# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

Tonya Owens,

                Plaintiff(s),

vs.

MGM Resorts International,

                Defendant(s).

**2:23-cv-01480-RFB-MDC**

**Order**

The *Motion to Extend Time to Respond to Motion to Consolidate* (ECF No. 31) is denied as moot. On March 22, 2024, the Court entered an order (ECF No. 32) consolidating the actions at issue.

Accordingly,

**IT IS ORDERED that** the *Motion to Extend Time to Respond* (ECF No. 31) is DENIED AS MOOT.

DATED this 3rd day of April 2024.

IT IS SO ORDERED.

_____

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge