1

2

3

4

5

6

7

8

9

10

11

12

Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

Jeff Ostrow*
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
(954) 525-4100
(954) 525-4300 (facsimile)
ostrow@kolawyers.com

***Counsel for Plaintiff Tonya Owens
and the Proposed Class***

(additional counsel on signature pages)

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

**In re: MGM Resorts International Data Breach Litigation**

Case No. 2:23-cv-01480-RFB-MDC

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO CONSOLIDATE**

### PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO CONSOLIDATE

On March 22, 2024, this Court ordered the consolidation of all related cases that had been filed at that time. Dkt. 32. Then, after the various Plaintiffs' counsel conducted private ordering conferences, they filed the presently pending motion asking that the Court appoint interim class counsel. Dkt. 42. Defendant now moves to consolidate two additional cases that were filed against it by additional counsel. Dkt. 50.

Proposed Interim Class Counsel in the consolidated matters do not object to the Court's consolidation of these additional cases into the lead case, No. 2:23-cv-01480. Consolidation promotes the efficient resolution of this class action and furthers the first rule of civil procedure. Fed. R. Civ. P. 1 (providing that the Rules should be employed to promote the "just, speedy, and inexpensive determination of every action and proceeding"). If the Court grants Defendant's motion, Proposed Interim Class Counsel will include these additional plaintiffs in a consolidated complaint, should the Parties fail to reach a resolution of this matter in the upcoming mediation.

Dated: July 25, 2024.                    Respectfully submitted,

*/s/ Nathan R. Ring*
Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

Jeff Ostrow*
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
(954) 525-4100
(954) 525-4300 (facsimile)
ostrow@kolawyers.com

***Counsel for Plaintiff Tonya Owens and Emily Kirwan and the Proposed Class***

John A. Love*
**LOVE CONSUMER LAW**
2500 Northwinds Parkway, Suite 330
30009, Suite 330
Alpharetta, Georgia 30009
(404) 855-3600
tlove@loveconsumerlaw.com

Maureen M. Brady
**McShane & Brady, LCC**
1656 Washington Street, Suite 120
Kansas City, Missouri 64108
(816) 888-8010
(816) 332-6295 (facsimile)

Sharon J. Zinns
**Zinns Law, LLC**
4243 Dunwoody Club Drive, Suite 104
Atlanta, Georgia 30350
(404) 882-9002
sharon@zinnslaw.com
Nathan R. Ring
Nevada State Bar No. 12078
**Stranch, Jennings & Garvey, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

***Counsel for Plaintiff David Zussman and the Proposed Class***

Amanda V. Boltax*
**Hausfeld LLP**
888 16th Street, NW, Suite 300
Washington, DC 20006

Amy E. Keller*
James Ulwick*
**DiCello Levitt LLP**
Ten North Dearborn Street, Sixth Floor
Chicago, Illinois 60602
(312) 214-7900
akeller@dicellolevitt.com

Brian E. Johnson*
**Cohen Milstein Sellers & Toll PLLC**
1100 New York Ave., NW, Suite 500
Washington, DC 20005
(417) 343-5956
(202) 408-4699 (facsimile)
bejohnson@cohenmilstein.com

Douglas J. McNamara
**COHEN MILSTEIN SELLERS & TOLL PLLC**
1100 New York Avenue, 5th Floor
Washington, DC 20005
(202) 408-4600
(202) 408-4699 (facsimile)
dmcnamara@cohenmilstein.com

James J. Pizzirusso*
**HAUSFELD LLP**
888 16th Street, Ste 300
Washington, DC 20006
(202) 540-7200
jpizzirusso@hausfeld.com

Steven M. Nathan
**HAUSFELD LLP**
33 Whitehall Street, Ste 14th Floor
New York, New York 10004
(646) 357-1100
(212) 202-4322 (facsimile)
snathan@hausfeld.com

Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

Don Springmeyer
**KEMP JONES LLP**
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169
(702) 385-6000
(702) 385-6001 (facsimile)
d.springmeyer@kempjones.com

***Counsel for Plaintiff David Lackey and the
Proposed Class***

Marc Dann
Brian Flick
**DANNLAW**
15000 Madison Avenue

Lakewood, Ohio 44107
(216) 373-0539

George Haines
**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
Ghaines@freedomlegalteam.com

Gerardo Avalos
**FREEDOM LAW FIRM**
8985 S Eastern Ave, Suite 350
Las Vegas, Nevada 89123
(702) 880-5554
(702) 967-6685 (facsimile)
gavalos@freedomlegalteam.com

Javier Merino
**THE DANN LAW FIRM, PC**
1520 Hwy. 130, Ste. 101
North Brunswick, NJ 08902
(201) 355-3440

Kevin Laukaitis
**Laukaitis Law LLC**
954 Avenida Ponce De Leon Suite 205, #10518
San Juan, PR 00908
(215)  789-4462

*Counsel for Plaintiff Michael Pircio and*
*the Proposed Class*

Lawrence Timothy Fisher
**BURSOR & FISHER, PA**
1990 North California Boulevard, Suite 940
Walnut Creek, CA 94596
(925) 300-4455
Fax: (925) 407-2700
ltfisher@bursor.com

*Counsel for Plaintiffs Laura Willis Albrigo and*
*Anita Johnson, and the Proposed Class*

Jon A Tostrud (*Pro Hac Vice*)
Anthony M. Carter (*Pro Hac Vice*)

**TOSTRUD LAW GROUP, P.C.**
1925 Century Park East, Suite 2125
Los Angeles, CA 90067
(310) 278-2600
(310) 278-2640 (facsimile)
acarter@tostrudlaw.com
jtostrud@tostrudlaw.com

Erik H. Langeland
**LANGELAND LAW**
733 Third Avenue, 15th Floor
New York, New York 10017
(212) 354-6270
(212) 898-9086 (facsimile)
elangeland@langelandlaw.com

Leon Marc Greenberg
**LEON GREENBERG, ATTORNEY AT LAW**
1811 S. Rainbow Blvd., 210
Las Vegas, Nevada 89146
(702) 383-6085
wagelaw@hotmail.com

Rachele R. Byrd (*Pro Hac Vice*)
**WOLF HALDENSTEIN ADLER FREEMAN
& HERZ LLP**
750 B Street, Suite 1820
San Diego, California 92101
(619) 239-4599
(619) 234-4599 (facsimile)
byrd@whafh.com

Ruthann Devereaux-Gonzalez
**LEON GREENBERG, PC**
2965 South Jones Blvd., Suite E3
Las Vegas, NV 89146
702-383-6085
ranni@overtimelaw.com

***Counsel for Plaintiff David Terezo and the
Proposed Class***

F. Peter Silva, II
**TYCKO & ZAVAREEI LLP**
2000 Pennsylvania Avenue NW, Suite 1010
Washington, DC 20006

202-973-0900
202-973-0950 (facsimile)
psilva@tzlegal.com

Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

Sabita J Soneji
**TYCKO AND ZAVAREEI LLP**
1970 Broadway, Suite 1070
Oakland, CA 94612
510-254-6808
ssoneji@tzlegal.com

***Counsel for Plaintiff Ronald G. Rundell
and the Proposed Class***

Gary F. Lynch (*Pro Hac Vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-233-9243
gary@lcllp.com

Mark J Bourassa
**THE BOURASSA LAW GROUP, LLC**
2350 W Charleston Blvd, Suite 100
Las Vegas, NV 89102
(702) 851-2180
Fax: (702) 851-2189
mbourassa@blgwins.com

Patrick D. Donathen (*Pro Hac Vice*)
**LYNCH CARPENTER, LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243
Fax: 412-231-0246
patrick@lcllp.com

Jennifer A. Fornetti
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, NV 89102
702-851-2180
jfornetti@blgwins.com

Valerie Christian
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, NV 89121
702-851-2180
vchristian@blgwins.com

***Counsel for Plaintiff Charles Bezak
and the Proposed Class***

Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

J. Gerard Stranch IV*
Andrew E. Mize*
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
(615) 254-8801
gstranch@stranchlaw.com
amize@stranchlaw.com

Lynn A. Toops*
Amina A. Thomas*
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
(317) 636-6481
ltoops@cohenandmalad.com
athomas@cohenandmalad.com

***Counsel for Plaintiff Paul Zari and the
Proposed Class***

Linda P. Nussbaum (*Pro Hac Vice*)
**NUSSBAUM LAW GROUP, PC**
1133 Avenue of the Americas, 31st Floor
New York, NY 10036
917-438-9189
lnussbaum@nussbaumpc.com

Caroline F. Bartlett
**CARELLA BYRNE CECCHI**
5 Becker Farm Road
Roseland, NJ 07068
973-994-1700

James E Cecchi
**CARELLA BYRNE CECCHI OLSTEIN BRODY & AGNELLO**
5 Becker Farm Road, Ste 2nd Floor
Roseland, NJ 07068
973-994-1700
Fax: 973-994-1744
jcecchi@carellabyrne.com

Nathan R. Ring
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, Nevada 89102
(725) 235-9750
lasvegas@stranchlaw.com

***Counsel for Plaintiff Michael Manson and the Proposed Class***

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

It is hereby certified that a true and accurate copy of the foregoing was this 25th day of July, 2024 filed via the CM/ECF system and that system will serve all parties of record or their counsel by electronic mail.

/s/ Nathan R. Ring
Nathan R. Ring