MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. CHRISTIAN, ESQ. (NBN 14716)
**THE BOURASSA LAW GROUP**
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102
Telephone:   (702) 851-2180
Facsimile:    (702) 851-2189
Email:         *mbourassa@blgwins.com*
                 *jfornetti@blgwins.com*
                 *vchristian@blgwins.com*

GARY F. LYNCH (Admitted *pro hac vice*)
PATRICK D. DONATHEN (Admitted *pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, Pennsylvania 15222
Telephone: (412) 322-9243
Email:       *gary@lcllp.com*
               *patrick@lcllp.com*

*Attorneys for Plaintiff Charles Bezak*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| TONYA OWENS, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>                    Defendant.<br><br>This Filing Relates To: 2:23-cv-01719-RFB-BNW | Master File No. 2:23-cv-01480-RFB-MDC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(i)** |

/ / /

/ / /

/ / /

-1-

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Plaintiff Charles Bezak ("Dismissing Plaintiff") hereby voluntarily dismisses his claims in the above captioned action against Defendant(s) without prejudice. This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant(s) of either an answer or a motion for summary judgment. In the event of a future recovery in this action, nothing in the foregoing shall prevent dismissing Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgement as an absent class member.

Dated this 6th day of November 2024.

**THE BOURASSA LAW GROUP**

By: */s/ Jennifer A. Fornetti*
MARK J. BOURASSA, ESQ. (NBN 7999)
JENNIFER A. FORNETTI, ESQ. (NBN 7644)
VALERIE S. GRAY, ESQ. (NBN 14716)
2350 W. Charleston Blvd., Suite 100
Las Vegas, Nevada 89102

GARY F. LYNCH (*pro hac vice*)
PATRICK D. DONATHEN (*pro hac vice*)
**LYNCH CARPENTER LLP**
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222

*Attorneys for Plaintiff Charles Bezak*

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of The Bourassa Law Group, and that on this date I caused to be served a true copy of **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED.R.CIV. P. 41(a)(1)(A)(i)** on all parties to this action by the method(s) indicated below:

  _X_   by using the Court's CM/ECF Electronic Notification System which will send notification of such filing to the email addresses registered in CM/ECF system as denoted on the Electronic Mail Notice List.

DATED: This 6th day of November, 2024.

                                      */s/ Kylie B. VanderMiller*
                                      Employee of The Bourassa Law Group