# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TONYA OWENS, | Case No. 2:23-cv-01480-RFB-MDC |
| Plaintiff | |
| v. | **Order Transferring Case** |
| MGM RESORTS INT'L., | |
| Defendant. | |

  There are two actions pending in this district related to separate, but similar MGM Resort International data breaches. *See* 2:23-cv-01480-RFB-MDC; 2:20-cv-00376-GMN-NJK.

  A notice of related cases was filed in case number 2:20-cv-00376-GMN-NJK, (ECF No.183) and was initially opposed noting the two cybersecurity events occurred four years apart, (ECF No. 184 and 187).  However, in a subsequent Joint Status Report (ECF No, 236), the parties decided "[g]iven the similar questions of law and fact between those actions and this case, the strong likelihood of significant overlap between the class members, and the substantial progress in In re: MGM Data Breach, relating these actions would be far more efficient than keeping them separate." Judge Navarro subsequently accepted transfer of the ten listed cases as likely to result in a substantial savings of judicial effort. (ECF No. 237) *See* LR 42-1(a).

  This Court agrees with Judge Navarro.  Because the cases are sufficiently related, assignment to the same District Judge and Magistrate Judge is likely to result in a substantial savings of judicial effort and reduce duplication of labor. *See* Fed. R. Civ. P. 42(a) (allowing courts to issue orders to avoid unnecessary cost or delay, as will predictably occur here, when actions involving a common question of law or fact are

pending before the court). Accordingly, the assigned judges agree to transfer this action to Judge Navarro, the judge whom the earliest-filed action is assigned to for all further proceedings.

## Conclusion

The Clerk of Court is therefore kindly directed to transfer and reassign 2:23-cv-01480-RFB-MDC to District Judge Gloria M. Navarro and Magistrate Judge Nancy J. Koppe for all further proceedings.

Dated: November 7, 2024

_____  
Gloria M. Navarro  
United States District Judge

_____  
Richard F. Boulware  
United States District Judge