Nathan R. Ring,
Nevada State Bar No. 12078
**STRANCH, JENNINGS**
**& GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Telephone: 725-235-9750
lasvegas@stranchlaw.com
*Liaison Counsel*

J. Gerard Stranch IV
(Admitted Pro Hac Vice)
**STRANCH, JENNINGS**
**& GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: 615-254-8801
gstranch@stranchlaw.com

James Pizzirusso
(Admitted Pro Hac Vice)
**HAUSFELD LLP**
888 16th Street, Ste 300
Washington, DC 20006
Tel: 202-540-7200
jpizzirusso@hausfeld.com

Lynn Toops
(Admitted Pro Hac Vice)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: 317-636-6481
ltoops@cohenandmalad.com

*Interim Class Counsel*

Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Bar No. 13442
EAB@pisanellibice.com
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702-214-2100

Angela C. Agrusa (pro hac vice)
angela.agrusa@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000

*Attorneys for Defendant*
MGM RESORTS INTERNATIONAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TANYA OWENS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>Defendant. | Master File No. 2:23-cv-01480-GMN<br>(Consolidated for pretrial proceedings with Case Nos. 2:23-cv-1481, 2:23-cv1537, 2:23-cv-1549, 2:23-cv-1550, 2:23-cv1577, 2:23-cv-1698, 2:23- cv-1719, 2:23-cv1777, 2:23-cv-1826, 2:23-cv- 1981, 2:23-cv2042, 2:23-cv-2064, 2:24-cv-81, 2:24-cv-00995, 2:24-cv-00999) |

**JOINT STATUS REPORT REGARDING SETTLEMENT**

1

In response to the Court's January 7, 2024, Minute Order (ECF No. 58), Plaintiffs and Defendant report that consistent with the Notice of Settlement filed in *In re MGM Int'l Resorts Data Breach Litig.*, No. 2:20-cv-00376-GMN, ECF No. 238 (D. Nev.), the Parties reached agreement to settle the claims in both actions after the October 10, 2024, mediation, through a single classwide settlement. Plaintiffs' Unopposed Motion for Preliminary Approval is being filed in both actions because the cases, although being settled together for efficiency, remain separate. In the event the Settlement does not become effective, the actions will proceed separately. Unless the Court orders otherwise, the Parties will continue to file all papers related to the Settlement in both actions, and respectfully request that all orders pertaining to the Settlement be entered and docketed in each.

Dated: January 17, 2025.          Respectfully submitted,

/s/ Nathan R. Ring
Nathan R. Ring,
Nevada State Bar No. 12078
**STRANCH, JENNINGS & GARVEY, PLLC**
3100 W. Charleston Boulevard, Suite 208
Las Vegas, NV 89102
Tel: 725-235-9750
lasvegas@stranchlaw.com
*Liaison Counsel*

J. Gerard Stranch IV (pro hac vice)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: 615-254-8801
gstranch@stranchlaw.com

James Pizzirusso (pro hac vice)
**HAUSFELD LLP**
888 16th Street, Ste 300
Washington, DC 20006
Tel: 202-540-7200
jpizzirusso@hausfeld.com

Lynn Toops (pro hac vice)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: 317-636-6481
ltoops@cohenandmalad.com
*Interim Class Counsel*

/s/ Todd L Bice
Todd L. Bice, Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Bar No. 13442
EAB@pisanellibice.com
**PISANELLI BICE PLLC**
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702-214-2100

Angela C. Agrusa (pro hac vice)
angela.agrusa@us.dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4735
Telephone: 310.595.3000

*Attorneys for Defendant*
MGM RESORTS INTERNATIONAL