# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE MGM INTERNATIONAL RESORTS DATA BREACH LITIGAITON<br><br>This Document Relates To: All actions. | Case No.: 2:20-cv-00376-GMN |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TANYA OWENS, et al.<br><br>              Plaintiffs,<br><br>    v.<br><br>MGM RESORTS INTERNATIONAL, et al.<br><br>             Defendants. | Master File No. 2:23-cv-01480-RFB<br>(Consolidated for pretrial proceedings with Case Nos. 2:23-cv-1481, 2:23-cv1537, 2:23-cv-1549, 2:23-cv-1550, 2:23-cv1577, 2:23-cv-1698, 2:23- cv-1719, 2:23-cv1777, 2:23-cv-1826, 2:23-cv- 1981, 2:23-cv2042, 2:23-cv-2064, 2:24-cv-81, 2:24-cv-00995, 2:24-cv-00999) |

**DECLARATION OF CAMERON R. AZARI, ESQ. RE: UPDATED NOTICE PROGRAM**

I, Cameron R. Azari, Esq., hereby declare and state as follows:

1. My name is Cameron R. Azari, Esq. I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2. I am a Senior Vice President of Epiq Class Action & Claims Solutions, Inc. ("Epiq") and the Managing Director of Epiq Legal Noticing (aka Hilsoft Notifications), a business unit of Epiq that specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans. The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Epiq and Epiq Legal Noticing.

3. I previously executed my *Declaration of Cameron R. Azari, Esq. Regarding Notice Program* ("Notice Declaration") that detailed the extensive individual and publication notice effort

DECLARATION OF CAMERON R. AZARI, ESQ. RE: UPDATED NOTICE PROGRAM

proposed for this settlement. That declaration included detailed sections on my and Epiq's experience that I will not replicate here. Subsequent to the filing of my Notice Declaration, Epiq received from MGM the available Settlement Class member data. And while the data produced was substantial (over 80 million records), it differed in its comprehensiveness from what was anticipated. In summary, a significant number of Settlement Class member records did not include an associated email address, and many associated physical addresses were incomplete, duplicative and may be unreliable. Mailing a postcard to all of these records would be unreasonable and cost many millions of dollars. This changed circumstance required Epiq and the settling Parties to discuss modifications to the proposed Notice Program to both reflect the reality of the reasonably available Settlement Class member data and still provide a comprehensive Notice Program that both satisfies Federal Rule 23 and encourages a robust response from the Settlement Class.

4.      This declaration describes the proposed Updated Settlement Notice Program ("Updated Notice Program") for the Settlement of *In re MGM International Resorts Data Breach Litigation*, Case No.: 2:20-cv-00376-GMN-NJK, and *Tanya Owens, et al. vs. MGM Resorts International, et al.*, Case No. 2:23-cv-01480-FRB, both pending in the United States District Court for the District of Nevada.

5.      The declaration will outline the Notice Program currently being implemented and how the Updated Notice Program, as set for the in the Settlement Agreement and Amendment to Settlement Agreement (collectively, "Agreement"), will satisfy Federal Rule of Civil Procedure 23 and due process.

6.      As detailed below, pursuant to the Court's Preliminary Approval Order, Notice to the Settlement Class commenced on February 19, 2025.

## NOTICE PROGRAM METHODOLOGY

7.      Federal Rule of Civil Procedure 23(c)(2)(B) directs that notice must be "the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort" and that "the notice may be by one or more of the following:

United States mail, electronic means, or other appropriate means." The Updated Notice Program will satisfy these requirements.

8. The Updated Notice Program is designed to reach the greatest practicable number of Settlement Class members. Given our experience with similar notice efforts, we expect the Updated Notice Program's individual notice efforts via email and/or mail to identified Settlement Class members combined with the digital notice and social media plan, will reach approximately 90% of the Settlement Class. The reach is further enhanced by the internet sponsored search listings, an informational release, and a Settlement Website. In my experience, the projected reach of the Updated Notice Program is consistent with other court-approved notice programs, is the best notice practicable under the circumstances of this case, and has been designed to satisfy the requirements of due process, including its "desire to actually inform" requirement.[1]

## NOTICE PROGRAM DETAIL

9. I have reviewed the Settlement Agreement. The Notice Program is designed to provide notice to the following "Settlement Class," defined in the Settlement Agreement as:

> [A]ll persons in the United States whose Private Information was compromised as a result of the Data Incidents[2] and who were sent notice by MGM of the Data Incident.
>
> Excluded from the Settlement Class are the judges presiding over the Actions and members of their direct families.

I further understand that certain Settlement Class members may elect a Tier Cash Payment, which is a flat cash payment the amount in which is based upon whether they are a Tier 1 Settlement Class Member, Tier 2 Settlement Class Member, or Tier 3 Settlement Class Member. The tiers are determined by the type of data a Settlement Class member had exposed in a Data Incident. Tier 1, 2

---

[1] *Mullane v. Cent. Hanover Bank & Trust Co.*, 339 U.S. 306, 315 (1950) ("But when notice is a person's due, process which is a mere gesture is not due process. The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it. The reasonableness and hence the constitutional validity of any chosen method may be defended on the ground that it is in itself reasonably certain to inform those affected . . .").

[2] The 2019 Data Incident and the 2023 Data Incident, collectively.

DECLARATION OF CAMERON R. AZARI, ESQ. RE: UPDATED NOTICE PROGRAM
3

and 3 Settlement Class Members are identifiable in the data. The remaining Settlement Class Members are eligible only for a Documented Loss Cash Payment and Financial Account Monitoring.

## NOTICE PROGRAM

### *Individual Notice*

10. MGM provided all reasonably available data for identified Settlement Class members (the "Class List"). An Email Notice is currently being sent to all identified Settlement Class members for whom a valid email address was available from the Class List. For records that had no associated email address, Epiq is currently performing "reverse look-ups" to identify any additional, available associated email address. Email Notice will then be sent to these identified email addresses. A Postcard Notice will be sent via United States Postal Service ("USPS") first class mail to Tier 1, 2, and 3 Settlement Class members without an available email address and for whom a physical address is available in the Class List. The Email Notice and Postcard Notice will clearly describe the Settlement and the legal rights of the Settlement Class members. In addition, the Email Notice and Postcard Notice direct the recipients to a Settlement Website where they can access additional information, including the Long Form Notice.

### *Individual Notice – Email*

11. Epiq commenced Email Notice to Settlement Class members whose records in the MGM data had associated email addresses (tens of millions of Email Notices have already been sent). Epiq is sending an Email Notice to all identified Settlement Class members for whom a valid email address is available or can be determined through the reverse look-up process. The following industry standard best practices will be followed for the Email Notice efforts. The Email Notice was drafted in such a way that the subject line, the sender, and the body of the message should overcome SPAM filters and ensure readership to the fullest extent reasonably practicable. For instance, the Email Notice uses an embedded html text format. This format provides easy-to-read text without graphics, tables, images, and other elements that in Epiq's experience would increase the likelihood that the message could be blocked by Internet Service Providers (ISPs) and/or SPAM filters for this type of email communication. The Email Notices are being sent from an IP

address known to major email providers as one not used to send bulk "SPAM" or "junk" email blasts. Each Email Notice is being transmitted with a digital signature to the header and content of the Email Notice, which allows ISPs to programmatically authenticate that the Email Notices are from Epiq's authorized mail servers. Each Email Notice is transmitted with a unique message identifier and an embedded link to the Settlement Website. By clicking the link, recipients will be able to access the Long Form Notice and other information about the Settlement.

12. If the receiving email server cannot deliver the message, a "bounce code" will be returned along with the unique message identifier. For Email Notices for which a bounce code is received indicating that the message was undeliverable for reasons such as an inactive or disabled account, the recipient's mailbox was full, technical autoreplies, etc., at least two additional attempts will be made to deliver the Email Notice.

### *Individual Notice – Direct Mail*

13. Consistent with the Settlement Agreement and Preliminary Approval Order, no later than April 19, 2025, Epiq will send a Postcard Notice via USPS first class mail to identified Tier 1, 2, and 3 Settlement Class Members for whom no email is available and have an associated postal address. In addition, the Postcard Notice will also direct the recipients to the Settlement Website where they can file Claims and access the Long Form Notice and additional information about the Settlement. Postcard Notice will not be sent to Settlement Class Members who are not eligible for a Tier 1, 2, or 3 Cash Payment. Those Settlement Class Members will be sent email notice where an email is identifiable and be covered by the online media notice outlined below.

14. Prior to sending the Postcard Notice, mailing addresses will be checked against the National Change of Address ("NCOA") database maintained by the USPS to ensure the Settlement Class member address information is up-to-date and accurately formatted for mailing.[3] In addition,

---

[3] The NCOA database is maintained by the USPS and consists of approximately 160 million permanent change-of-address (COA) records consisting of names and addresses of individuals, families, and businesses who have filed a change-of-address with the Postal Service™. The address information is maintained on the database for 48 months and reduces undeliverable mail by providing the most current address information, including standardized and delivery-point-coded addresses, for matches made to the NCOA file for individual, family, and business moves.

the addresses will be certified via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and will be verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses. This address updating process is standard for the industry and for the majority of promotional mailings that occur today.

15. The return address on the Postcard Notices will be a post office box that Epiq will maintain for this Settlement. The USPS will automatically forward Postcard Notices with an available forwarding address order that has not expired. Postcard Notices returned as undeliverable will be re-mailed to any new address available through USPS information (for example, to the address provided by the USPS on returned mail pieces for which the automatic forwarding order has expired, but is still within the time period in which the USPS returns the piece with the address indicated).

### *Internet Digital Notice Campaign*

16. Even with the extensive individual notice effort to tens of millions of Settlement Class members, there are some records in the Class List for whom individual notice will not be delivered. These Settlement Class members will be provided Publication Notice via a comprehensive online media plan. The digital plan proposed below is roughly twice the size of the Notice Program described in my Notice Declaration. It has been increased to account for the actual Settlement Class member data that was reasonably available.

17. Internet advertising has become a standard component in legal notice programs. The internet has proven to be an efficient and cost-effective method to target class members as part of providing notice of a settlement for a class action case. According to MRI-Simmons data, 97% of all adults are online and 84% of all adults use social media.

18. The Updated Notice Program includes targeted digital advertising ("Digital Notices") on the selected advertising network *Google Display Network*, which represents thousands of digital properties across all major content categories. Digital Notices will be targeted to selected target audiences and are designed to encourage participation by Settlement Class

members—by linking directly to the Settlement Website, allowing visitors easy access to relevant information and documents.

19.  The Digital Notices will also be placed on the leading social media platforms in the United States, including *Facebook*, *Instagram*, *Reddit*, and *X* (*Twitter*). The social media campaign will use an interest-based approach which focuses on the interests that users exhibit while on the social media platforms, capitalizing on the target audience's propensity to engage in social media.

20.  *Facebook* is the leading social networking site in the United States with a reach of approximately 62% of the U.S. population aged 18 and older[4] with 193 million users[5].

21.  *Instagram* has 169 million active users in the United States[6] and nearly three-fourths of its users in the United States are 44 years of age or younger.

22.  *Reddit* is a widely used social forum website that contains more than one million communities known as subreddits. These communities cover specific topics making this an ideal platform to reach individuals with focused interests. *Reddit* reaches 36% of internet users aged 18 to 29 years and 22% of users aged 30 to 49 years in the United States.[7]

23.  *X* (*Twitter*) is a popular microblogging social media website that allows posts/tweets containing images or videos. Users can like, comment, and share/retweet posts. *X* has more than 105 million users in the United States.[8]

24.  The Updated Program will also include a "List Activation" strategy. This will be accomplished by matching the available data of known Settlement Class members with current consumer profiles. This strategy ensures that specific individuals receiving direct notice will also be provided reminder messaging online via the Digital Notices. The "List Activation" strategy will be used on the *Google Display Network, Facebook*, *Instagram, and X (Twitter)*.

---

[4] MRI-Simmons 2024 Survey of the American Consumer®.
[5] MRI-Simmons 2024 Survey of the American Consumer®.
[6] Statista, November 28, 2024. https://www.statista.com/statistics/398166/us-instagram-user-age-distribution/.
[7] "Reddit.Com Desktop Traffic Share 2024." Statista, November 11, 2024. https://www.statista.com/statistics/325144/reddit-global-active-user-distribution/.
[8] "Topic: X (Formerly Twitter)." Statista. Accessed December 18, 2024. https://www.statista.com/topics/737/twitter/.

DECLARATION OF CAMERON R. AZARI, ESQ. RE: UPDATED NOTICE PROGRAM
7

25. All Digital Notices will appear on desktop, mobile, and tablet devices. Digital Notices on *Google Display Network*, *Facebook*, *Instagram*, *Reddit*, and *X* (*Twitter*) will be displayed nationwide. Digital Notices will also be targeted (remarketed) to people who click on a Digital Notice.

26. More details regarding the target audiences, specific ad sizes of the Digital Notices, and the number of planned impressions are included in the following table:

| *Digital Plan* | *Target* | *Ad Sizes* | *Planned Impressions* |
|---|---|---|---|
| *Google Display Network* | Adults 18+ | 728x90, 300x250, 300x600 & 970x250 | 20,000,000 |
| *Google Display Network* | Adults 18+ and Affinity targeting[9] for Gambling, MGM Casino, Slot Machines, Blackjack, Roulette, Poker, Craps, Baccarat, Video Poker, Pai Gow Poker, Keno and/or Sic Bo | 728x90, 300x250, 300x600 & 970x250 | 40,000,000 |
| *Google Display Network* | Adults 18+ and Intent targeting[10] for Gambling and/or MGM Casino | 728x90, 300x250, 300x600 & 970x250 | 40,000,000 |
| *Google Display Network* | List Activation | 728x90, 300x250, 300x600 & 970x250 | 35,000,000 |
| *Geofence Display Targeting*[11] | Adults 18+ who have been to an MGM Casino | 728x90, 300x250, 300x600 & 970x250 | 25,000,000 |
| *Facebook* | Adults 18+ | Newsfeed & Right Hand Column | 15,000,000 |
| *Facebook* | Adults 18+ and Interests in Gambling, MGM Casinos, Slot Machines, Blackjack, Roulette, | Newsfeed & Right Hand Column | 45,000,000 |

---

[9] "Affinity targeting" allows us to target specific websites, keywords, and/or relevant content that our target may be viewing.

[10] "Intent targeting" allows us to target individuals that are researching certain items on the internet.

[11] Geofence Targeting targets adults who have been to an MGM location. Adults who have location services turned on within their smartphones and enter a U.S. MGM Casino will be identified and banner notices will be served to them. This can occur after they have been in the casino and does not have to be while they are there. Locations included are Bellagio, ARIA, Vdara at ARIA, The Cosmopolitan of Las Vegas, MGM Grand, The Signature at MGM Grand, Mandalay Bay, Delano Las Vegas, Four Seasons Las Vegas, Park MGM, NoMad Las Vegas, New York-New York, Luxor, Excalibur, MGM Springfield, MGM National Harbor, MGM Grand Detroit, Beau Rivage, Borgata, MGM Northfield Park and Empire City Casino.

| *Digital Plan* | *Target* | *Ad Sizes* | *Planned Impressions* |
|---|---|---|---|
| | Poker, Craps, Baccarat, Video Poker, Pai Gow Poker, Keno, Sic Bo and/or Las Vegas | | |
| *Facebook* | List Activation | Newsfeed & Right Hand Column | 20,000,000 |
| *Instagram* | Adults 18+ | Newsfeed | 10,000,000 |
| *Instagram* | Adults 18+ and Interests in Gambling, MGM Casinos, Slot Machines, Blackjack, Roulette, Poker, Craps, Baccarat, Video Poker, Pai Gow Poker, Keno, Sic Bo and/or Las Vegas | Newsfeed | 30,000,000 |
| *Instagram* | List Activation | Newsfeed | 15,000,000 |
| *Reddit* | Adults 18+ and Subreddits r/Gambling, r/Poker and/or r/Vegas | Reddit Feed Ads | 10,000,000 |
| *X (Twitter)* | List Activation | Newsfeed | 5,000,000 |
| *X (Twitter)* | Adults 18+ and Post Engagement Targeting for Gambling and/or MGM Resorts | Newsfeed | 10,000,000 |
| **TOTAL** | | | **320,000,000** |

27.  Combined, approximately 320 million targeted impressions will be generated by the Digital Notices, which will be displayed nationwide.[12]  This is an increase of approximately 132 million impressions from the previously detailed Notice Program.  Clicking on the Digital Notices will link the reader to the Settlement Website, where they can easily obtain detailed information about the Settlement.

28.  The previously detailed Internet Digital Notice Campaign began running on February 20, 2025, and was planned to run for four weeks.  Due to the increase in impressions, the

---

[12] The third-party ad management platform, ClickCease will be used to audit the Digital Notice ad placements. This type of platform tracks all Digital Notice ad clicks to provide real-time ad monitoring, fraud traffic analysis, blocks clicks from fraudulent sources, and quarantines dangerous IP addresses. This helps reduce wasted, fraudulent, or otherwise invalid traffic (*e.g.*, ads being seen by 'bots' or non-humans, ads not being viewable, etc.).

DECLARATION OF CAMERON R. AZARI, ESQ. RE: UPDATED NOTICE PROGRAM
9

Internet Digital Notice Campaign will be extended to run for an additional four weeks to ensure enough time for the Updated Program to run in full.

### *Sponsored Search Listings*

29. To facilitate locating the Settlement Website, sponsored search listings began running on February 20, 2025, on the three most highly-visited internet search engines: *Google*, *Yahoo!*, and *Bing*. The Sponsored Search Listings will also be extended to run an additional four weeks to align with the Updated Notice Program.

### *Informational Release*

30. To build additional reach and extend exposures, on February 20, 2025, a party-neutral Informational Release (in both English and Spanish) was issued nationwide over PR Newswire to approximately 13,000 general media (print and broadcast) outlets, including local and national newspapers, magazines, national wire services, television and radio broadcast media across the United States as well as over 4,000 websites, online databases, internet networks, and social networking media. The Hispanic newsline reaches over 1,900 Hispanic US general media contacts as well as up to 4,840 additional industry-specific Hispanic media contacts. The Hispanic release also includes a guaranteed placement on 40+ Hispanic websites and/or news portals.

31. The Informational Release included the address of the Settlement Website and the toll-free telephone number. Although there was no guarantee that any news stories will result, the Informational Release served a valuable role by providing additional notice exposures beyond that which was provided by the paid media.

### *Settlement Website*

32. Epiq created a dedicated website for the Settlement, www.MGMDataSettlement.com that went active on February 19, 2025. Relevant documents were posted (or will be posted) on the Settlement Website, including the Settlement Agreement, Preliminary Approval Order, Long Form Notice, Claim Form, Motion for Final Approval, Application for Attorneys' Fees, Costs and Service Awards, and Final Approval Order (when available), and any other case-related documents. In addition, the Settlement Website includes

DECLARATION OF CAMERON R. AZARI, ESQ. RE: UPDATED NOTICE PROGRAM
10

relevant dates, answers to frequently asked questions ("FAQs"), instructions for how Settlement Class members may opt-out (request exclusion) from or object to the Settlement, contact information for the Settlement Administrator, and how to obtain other case-related information. Settlement Class Members can also file a Claim Form on the Settlement Website. The Settlement Website address is prominently displayed in all notice documents. To date, the Settlement Website has had over 500,000 visitor sessions.

### Toll-Free Telephone Number

33. A toll-free telephone number was established for the Settlement and brought live on February 19, 2025. Callers can hear an introductory message and have the option to learn more about the Settlement in the form of recorded answers to FAQs, and to request that a Long Form Notice be mailed to them. This automated telephone system is available 24 hours per day, 7 days per week. The toll-free telephone number prominently displayed in all notice documents. To date, the toll-free number has fielded over 2,700 calls.

34. A postal mailing address was also provided, allowing Settlement Class members the opportunity to request additional information or ask questions.

### Claim Submission & Distribution Options

35. The Notices provide a detailed summary of relevant information about the Settlement, including the Settlement Website address and how Settlement Class Members can file a Claim Form online or by mail. With any method of filing a Claim Form, Settlement Class Members are given the option of receiving a digital payment or a traditional paper check. The Settlement Notice effort to date has already resulted in significant claim activity. To date, more than 300,000 claims have been filed.

### Cost of Notice Implementation and Settlement Administration

36. Under the current scope of the project, Epiq has agreed to cap Settlement Administration Costs at $6,900,000. This is $200,000 less than reported in my Notice Declaration. This fee encompasses emailed and mailed notice (including postage), undeliverable mail processing and address research, claims administration (claims processing, website/telephone

support and associated project management) and distribution related expenses (checks and associated postage). All costs are subject to the Service Contract under which Epiq was retained as the Settlement Administrator, and the terms and conditions of that agreement.

37. The initial cap of $7,100,000 contemplated email addresses being available for the entire class. Were Epiq to follow the initial plan to mail postcards to non-Tier 1, 2 and 3 Class Members without an associated, delivered email, that cap would have needed to be increased by approximately $10 million (90% of which would be postage).

## CONCLUSION

38. In class action notice planning, execution, and analysis, we are guided by due process considerations under the United States Constitution, by federal and local rules and statutes, and further by case law pertaining to notice. This framework directs that the notice program be designed to reach the greatest practicable number of potential class members and, that the notice or notice program provide class members with easy access to the details of how the class action may impact their rights. All of these requirements will be met in this case.

39. The Updated Notice Program individual notice effort via email and/or mail to identified Settlement Class members, combined with the Digital Notice and social media effort, will reach approximately 90% of the Settlement Class. The reach will be further enhanced by internet sponsored search listings, an informational release, and a Settlement Website. The FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*, which is relied upon for federal cases, and is illustrative for state courts, states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will reach a high percentage of the class. It is reasonable to reach between 70–95%."[13] Here, we have developed the Updated Notice Program so that it will readily achieve a reach at the high end of that standard.

---

[13] FED. JUDICIAL CTR, JUDGES' CLASS ACTION NOTICE AND CLAIMS PROCESS CHECKLIST AND PLAIN LANGUAGE GUIDE 3 (2010), available at https://www.fjc.gov/content/judges-class-action-notice-and-claims-process-checklist-and-plain-language-guide-0.

DECLARATION OF CAMERON R. AZARI, ESQ. RE: UPDATED NOTICE PROGRAM
12

40. The Updated Notice Program follows the guidance for satisfying due process obligations that a notice expert gleans from the United States Supreme Court's seminal decisions, which emphasize the need: (a) to endeavor to actually inform the Settlement Class, and (b) to ensure that notice is reasonably calculated to do so.

a) "[W]hen notice is a person's due, process which is a mere gesture is not due process. The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it," *Mullane v. Central Hanover Trust*, 339 U.S. 306, 315 (1950); and

b) "[N]otice must be reasonably calculated, under all the circumstances, to apprise interested parties of the pendency of the action and afford them an opportunity to present their objections," *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156 (1974) (citing *Mullane*, 339 U.S. at 314).

41. The Updated Notice Program will provide the best notice practicable under the circumstances; conform to all aspects of Federal Rule of Civil Procedure 23 regarding notice, comport with the guidance for effective notice articulated in the Manual for Complex Litigation, Fourth and applicable FJC materials; and satisfy the requirements of due process, including its "desire to actually inform" requirement.

42. If quickly approved by the Court, the Updated Notice Program schedule can be implemented to afford enough time to provide full and proper notice to the Settlement Class members before the current opt-out and objection deadlines.

43. At the conclusion of the Updated Notice Program, I will provide a declaration verifying its effective implementation.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 28, 2025.

_____
Cameron R. Azari, Esq.