# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE MGM INTERNATIONAL RESORTS DATA BREACH LITIGAITON<br><br>This Document Relates To: All actions. | Case No.: 2:20-cv-00376-GMN |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TANYA OWENS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL<br><br>Defendant. | Master File No. 2:23-cv-01480-GMN (Consolidated for pretrial proceedings with Case Nos. 2:23-cv-1481, 2:23-cv1537, 2:23-cv-1549, 2:23-cv-1550, 2:23-cv1577, 2:23-cv-1698, 2:23- cv-1719, 2:23-cv1777, 2:23-cv-1826, 2:23-cv- 1981, 2:23-cv2042, 2:23-cv-2064, 2:24-cv-81, 2:24-cv-00995, 2:24-cv-00999) |

**[PROPOSED] ORDER GRANTING JOINT MOTION TO APPROVE AMENDMENT TO SETTLEMENT AGREEMENT AND TO MODIFY NOTICE PROGRAM**

THIS CAUSE is before the Court upon the Parties' Joint Motion to Approve Amendment to Settlement Agreement and to Modify Notice Program ("Motion") (ECF No. ___). The Court has considered the Motion, Amendment to Settlement Agreement, and the Declaration of the Cameron Azari.

It is hereby **ORDERED AND ADJUSGED** that:

1. The Motion is Approved as follows:

   a. The Amendment to Settlement Agreement is approved subject to the Court's further consideration of whether the Settlement granted Final Approval at the Final Approval Hearing.

[PROPOSED] ORDER GRANTING JOINT MOTION TO APPROVE AMENDMENT TO SETTLEMENT AGREEMENT AND TO MODIFY NOTICE PROGRAM

  b. The Notice Program is hereby modified to clarify that only Tier 1, 2, and 3 Settlement Class members with physical addresses in MGM's data shall be sent a Postcard Notice, and to remove the requirement of issuing Postcard Notices to Settlement Class members whose Email Notices bounce back or are otherwise undeliverable.

  c. As it relates to the issuance of Postcard Notice, this Order amends and supersedes the Preliminary Approval Order.

2. The Final Approval Hearing shall remain scheduled for July 18, 2025.

**DATED** this ___ day of _____, 2025.

                 _____
                 Gloria M. Navarro, District Judge
                 UNITED STATES DISTRICT COURT

[PROPOSED] ORDER GRANTING JOINT MOTION TO APPROVE AMENDMENT TO SETTLEMENT AGREEMENT AND TO MODIFY NOTICE PROGRAM