| | |
|---|---|
| John A. Yanchunis<br>(Admitted Pro Hac Vice)<br>**MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br>201 N. Franklin Street, 7th Floor<br>Tampa, Florida 33602<br>Tel.: 813-223-5505<br>jyanchunis@forthepeople.com | Douglas J. McNamara<br>(Admitted Pro Hac Vice)<br>**COHEN MILSTEIN SELLERS & TOLL, PLLC**<br>1100 New York Ave<br>5th Floor Washington, DC 20005<br>Tel.: 202-408-4600<br>dmcnamara@cohenmilstein.com |
| David M. Berger<br>(Admitted Pro Hac Vice)<br>**GIBBS LAW GROUP LLP**<br>1111 Broadway, Suite 2100<br>Oakland, California 94607<br>Tel.: 510-350-9700<br>dmb@classlawgroup.com | E. Michelle Drake<br>(Admitted Pro Hac Vice)<br>**BERGER MONTAGUE PC**<br>43 SE Main Street, Suite 505<br>Minneapolis, MN 55414<br>Tel.: 612-594-5999<br>emdrake@bm.net |
| J. Gerard Stranch IV<br>(Admitted Pro Hac Vice)<br>**STRANCH, JENNINGS & GARVEY, PLLC**<br>The Freedom Center<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, Tennessee 37203<br>Tel: 615-254-8801<br>gstranch@stranchlaw.com | Lynn Toops<br>(Admitted Pro Hac Vice)<br>**COHEN & MALAD, LLP**<br>One Indiana Square, Suite 1400<br>Indianapolis, Indiana 46204<br>Tel: 317-636-6481<br>ltoops@cohenandmalad.com |
| James J. Pizzirusso<br>(Admitted Pro Hac Vice)<br>**HAUSFELD LLP**<br>888 16th Street, Ste 300<br>Washington, DC 20006<br>Tel: 202-540-7200<br>jpizzirusso@hausfeld.com | Jeff Ostrow<br>(Admitted Pro Hac Vice)<br>**KOPELOWITZ OSTROW, P.A.**<br>One West Las Olas Blvd., Suite 500<br>Fort Lauderdale, Florida 33301<br>Tel: 954-525-4100<br>ostrow@kolawyers.com |
| | Gary Klinger<br>(Admitted Pro Hac Vice)<br>**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: 866.252.0878<br>gklinger@milberg.com |

*Class Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE MGM INTERNATIONAL RESORTS DATA BREACH LITIGAITON<br><br>This Document Relates To: All actions. | Case No.: 2:20-cv-00376-GMN |

PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS AND MEMORANDUM OF LAW

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TANYA OWENS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL<br><br>Defendant. | Master File No. 2:23-cv-01480-GMN (Consolidated for pretrial proceedings with Case Nos. 2:23-cv-1481, 2:23-cv1537, 2:23-cv-1549, 2:23-cv-1550, 2:23-cv1577, 2:23-cv-1698, 2:23- cv-1719, 2:23-cv1777, 2:23-cv-1826, 2:23-cv- 1981, 2:23-cv2042, 2:23-cv-2064, 2:24-cv-81, 2:24-cv-00995, 2:24-cv-00999) |

**PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE LIMIT FOR PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS AND MEMORANDUM OF LAW**

Plaintiffs file their Unopposed Motion to Exceed Page Limit for Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Awards and Memorandum of Law ("Motion for Final Approval"), and in support thereof state as follows:

Plaintiffs' Motion for Final Approval is due to be filed on or before May 4, 2025. In lieu of filing two motions, one for final approval and the other for attorneys' fees, costs, and service awards, pursuant to this Court's Preliminary Approval Order (No. 2:20-cv-00376-GMN ECF No. 244; No. 2:23-cv-01480-GMN, ECF No. 63), Plaintiffs plan to move for all relief in one filing.

Plaintiffs have diligently endeavored to keep the Motion for Final Approval within the 24-page limit set forth in LR-7-3(b). However, due to the detailed facts pertaining to the two data breach actions being settled together and the necessary legal arguments to support final approval and the application for attorneys' fees, costs, and service awards, they respectfully request permission to exceed that limit by seven pages. Plaintiffs believe this will be efficient for the Court. *See* Declaration of Jeff Ostrow attached as ***Exhibit A***.

The Court is authorized by LR 7-3(c) to grant the requested relief.

WHEREFORE, Plaintiffs respectfully request an additional seven pages for their

Motion for Final Approval. A proposed order is attached as ***Exhibit B***.

Dated:   April 25, 2025.                             Respectfully submitted,

| | |
|---|---|
| */s/ Jeff Ostrow* <br> Jeff Ostrow <br> (Admitted Pro Hac Vice) <br> **KOPELOWITZ OSTROW, P.A.** <br> One West Las Olas Blvd., Suite 500 <br> Fort Lauderdale, Florida 33301 <br> Tel: 954-525-4100 <br> ostrow@kolawyers.com | */s/ Douglas J. McNamara* <br> Douglas J. McNamara <br> (Admitted Pro Hac Vice) <br> **COHEN MILSTEIN** <br> **SELLERS & TOLL, PLLC** <br> 1100 New York Ave <br> 5th Floor Washington, DC 20005 <br> Tel.: 202-408-4600 <br> dmcnamara@cohenmilstein.com |
| J. Gerard Stranch IV <br> (Admitted Pro Hac Vice) <br> **STRANCH, JENNINGS** <br> **& GARVEY, PLLC** <br> The Freedom Center <br> 223 Rosa L. Parks Avenue, Suite 200 <br> Nashville, Tennessee 37203 <br> Tel: 615-254-8801 <br> gstranch@stranchlaw.com | E. Michelle Drake <br> (Admitted Pro Hac Vice) <br> **BERGER MONTAGUE PC** <br> 43 SE Main Street, Suite 505 <br> Minneapolis, MN 55414 <br> Tel.: 612-594-5999 <br> emdrake@bm.net |
| James J. Pizzirusso <br> (Admitted Pro Hac Vice) <br> **HAUSFELD LLP** <br> 888 16th Street, Ste 300 <br> Washington, DC 20006 <br> Tel: 202-540-7200 <br> jpizzirusso@hausfeld.com | John A. Yanchunis <br> (Admitted Pro Hac Vice) <br> **MORGAN & MORGAN** <br> **COMPLEX LITIGATION GROUP** <br> 201 N. Franklin Street, 7th Floor <br> Tampa, Florida 33602 <br> Tel.: 813-223-5505 <br> jyanchunis@forthepeople.com |
| Lynn Toops <br> (Admitted Pro Hac Vice) <br> **COHEN & MALAD, LLP** <br> One Indiana Square, Suite 1400 <br> Indianapolis, Indiana 46204 <br> Tel: 317-636-6481 <br> ltoops@cohenandmalad.com | David M. Berger <br> (Admitted Pro Hac Vice) <br> **GIBBS LAW GROUP LLP** <br> 1111 Broadway, Suite 2100 <br> Oakland, California 94607 <br> Tel.: 510-350-9700 <br> dmb@classlawgroup.com |
| Gary Klinger <br> (Admitted Pro Hac Vice) <br> **MILBERG COLEMAN BRYSON** <br> **PHILLIPS GROSSMAN, PLLC** <br> 227 W. Monroe Street, Suite 2100 <br> Chicago, IL 60606 <br> Tel: 866.252.0878 <br> gklinger@milberg.com | *Class Counsel in Case* <br> *No.: 2:20-cv-00376-GMN* |

*Class Counsel in Master File No.:23-cv-01480-GMN*

3

PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS AND MEMORANDUM OF LAW