UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE MGM INTERNATIONAL RESORTS DATA BREACH LITIGATION<br><br>This Document Relates To: All actions. | Case No.: 2:20-cv-00376-GMN |

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TANYA OWENS, et al.<br><br>Plaintiffs,<br><br>v.<br><br>MGM RESORTS INTERNATIONAL<br><br>Defendant. | Master File No. 2:23-cv-01480-GMN<br>(Consolidated for pretrial proceedings with Case Nos. 2:23-cv-1481, 2:23-cv1537, 2:23-cv-1549, 2:23-cv-1550, 2:23-cv1577, 2:23-cv-1698, 2:23- cv-1719, 2:23-cv1777, 2:23-cv-1826, 2:23-cv- 1981, 2:23-cv2042, 2:23-cv-2064, 2:24-cv-81, 2:24-cv-00995, 2:24-cv-00999) |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND APPLICATION FOR ATTORNEYS' FEES, COSTS, AND SERVICE AWARDS**

THIS CAUSE is before the Court in the above-captioned actions on Plaintiffs' Unopposed Motion to Exceed Page Limit for Plaintiffs' Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Awards (2:20-cv-00376-GMN, ECF No. 255; 2:23-cv-01480-GMN, ECF No. 75). The Court has considered the Motion and supporting Declaration of Jeff Ostrow.

It is hereby ORDERED AND ADJUDGED that pursuant to LR 7-3(c), the Motion is GRANTED. Plaintiffs shall have an additional seven pages for their Unopposed Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Awards, for a total of 31 pages.

**DATED** this 25 day of ___April___, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATED DISTRICT COURT