# EXHIBIT C

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE MGM INTERNATIONAL RESORTS DATA BREACH LITIGATION<br><br>This Document Relates To: All actions. | Case No.: 2:20-cv-00376-GMN |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| TANYA OWENS, et al.<br><br>            Plaintiffs,<br><br>    v.<br><br>MGM RESORTS INTERNATIONAL<br><br>            Defendant. | Master File No. 2:23-cv-01480-GMN<br>(Consolidated for pretrial proceedings with Case Nos. 2:23-cv-1481, 2:23-cv1537, 2:23-cv-1549, 2:23-cv-1550, 2:23-cv1577, 2:23-cv-1698, 2:23- cv-1719, 2:23-cv1777, 2:23-cv-1826, 2:23-cv- 1981, 2:23-cv2042, 2:23-cv-2064, 2:24-cv-81, 2:24-cv-00995, 2:24-cv-00999) |

**DECLARATION OF CAMERON R. AZARI, ESQ. REGARDING**
**IMPLEMENTATION AND ADEQUACY OF NOTICE PROGRAM**

I, Cameron R. Azari, Esq., hereby declare and state as follows:

1.      My name is Cameron R. Azari, Esq.  I have personal knowledge of the matters set forth herein, and I believe them to be true and correct.

2.      I am a nationally recognized expert in the field of legal notice and have served as an expert in hundreds of federal and state cases involving class action notice plans.

3.      I am a Senior Vice President of Epiq Class Action & Claims Solutions, Inc. ("Epiq") and the Managing Director of Epiq Legal Noticing (aka Hilsoft Notifications), a business unit of Epiq that specializes in designing, developing, analyzing, and implementing large-scale, un-biased, legal notification plans.

4.      The facts in this declaration are based on my personal knowledge, as well as information provided to me by my colleagues in the ordinary course of my business at Epiq and

Epiq Legal Noticing (hereinafter "Epiq").

## OVERVIEW

5.    This declaration describes the successful implementation of the Updated Settlement Notice Program ("Notice Program") for the Settlement of *In re MGM International Resorts Data Breach Litigation*, Case No.: 2:20-cv-00376-GMN, and *Tanya Owens, et al. vs. MGM Resorts International, et al.,* Case No. 2:23-cv-01480-GMN, both pending in the United States District Court for the District of Nevada.  This declaration details the notice activities undertaken to date and explains how and why the Notice Program is comprehensive and well-suited to reach the Settlement Class members.  This declaration also discusses the administration activity to date.

6.    I previously executed my *Declaration of Cameron R. Azari, Esq. Regarding Notice Program* ("Notice Declaration") on January 13, 2025, (Dkt. 62), which described the Notice Program, detailed Epiq's class action notice experience, and attached Epiq's *curriculum vitae.*  I also provided my educational and professional experience relating to class actions and my ability to render opinions on overall adequacy of notice programs.

7.    Subsequently, I executed my *Declaration of Cameron R. Azari, Esq. RE: Updated Notice Program* ("Updated Notice Declaration") on March 18, 2025, (Dkt. 72), which described the updated Settlement Notice Program based on the Settlement Class member data received from MGM.  A significant number of Settlement Class member records did not include an associated email address, and many associated physical addresses were incomplete, duplicative, and unreliable, requiring Epiq to modify the initial proposed Notice Program.

## NOTICE PROGRAM METHODOLOGY

8.    Federal Rule of Civil Procedure 23(c)(2)(B) directs that notice must be "the best notice that is practicable under the circumstances, including individual notice to all members who can be identified through reasonable effort" and that "the notice may be by one or more of the following: United States mail, electronic means, or other appropriate means."  The Notice Program as implemented satisfies these requirements.

9.    The Notice Program is designed to reach the greatest practicable number of Settlement Class members.  The Notice Program's individual notice efforts via email and/or mail

to identified Settlement Class members, combined with the Publication Notice (digital notice and social media plan), will reach approximately 90% of the Settlement Class. This reach is further enhanced by internet sponsored search listings, an informational release, and a Settlement Website. In my experience, the reach of the Notice Program is consistent with other court-approved notice programs, is the best notice practicable under the circumstances of this case, and satisfies the requirements of due process, including its "desire to actually inform" requirement.[1]

## NOTICE PROGRAM DETAIL

10.     On January 21, 2025, the Court approved the Notice Program and appointed Epiq as the Settlement Administrator in the *Order Granting Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement* ("Preliminary Approval Order"). In the Preliminary Approval Order, the Court approved and certified, for settlement purposes, following "Settlement Class":

> [A]ll persons in the United States whose Private Information was accessed during the Data Incidents.[2]

> Excluded from the Settlement Class are the judges presiding over the Actions and members of their direct families.

11.     I further understand that all Settlement Class Members are eligible for a Documented Loss Cash Payment and Financial Account Monitoring. Certain Settlement Class members may elect a Tiered Cash Payment, which is a flat cash payment amount (subject to a pro rata increase or decrease), which is based upon whether they are a Tier 1 Settlement Class Member, Tier 2 Settlement Class Member, or Tier 3 Settlement Class Member. The tiers are determined by the type of data a Settlement Class member had exposed in a Data Incident. Tier 1, 2, and 3 Settlement Class Members were identifiable in the data.

12.     After the Court's Preliminary Approval Order was entered, Epiq began

---

[1] *Mullane v. Cent. Hanover Bank & Trust Co*., 339 U.S. 306, 315 (1950) ("But when notice is a person's due, process which is a mere gesture is not due process. The means employed must be such as one desirous of actually informing the absentee might reasonably adopt to accomplish it. The reasonableness and hence the constitutional validity of any chosen method may be defended on the ground that it is in itself reasonably certain to inform those affected . . .").

[2] The 2019 Data Incident and the 2023 Data Incident, collectively.

1   implementing the Notice Program.  Subsequently, on April 1, 2025, the Court approved the

2   Updated Notice Program in the *Order Granting Joint Motion to Approve Amendment to Settlement*

3   *Agreement and to Modify Notice Program*.

4                                   **NOTICE PROGRAM**

5                                   *Individual Notice*

6        13.    It is my understanding that MGM provided all reasonably available data for

7   identified Settlement Class members ("Class List").  On January 22, 2025, Epiq received four data

8   files containing 160,488,318 records for identified Settlement Class members, containing names,

9   email addresses, and postal addresses.  Subsequently, on February 19, 2025, Epiq received one

10  supplemental data file containing 17,263,776 records for identified Settlement Class members,

11  which included phone numbers, Social Security numbers, and dates of birth for those records, if

12  available.  Epiq deduplicated and rolled-up the records and loaded the unique, identified Settlement

13  Class member records into its database for the case.  These efforts resulted in 76,793,483 unique,

14  identified Settlement Class member records.

15       14.    For records that had no associated email address, Epiq performed "reverse look-

16  ups" to identify any additional, available associated email address.  An Email Notice was sent to

17  all identified Settlement Class members for whom a valid email address was available, and a

18  Postcard Notice was sent via United States Postal Service ("USPS") first class mail to Tier 1, 2,

19  and 3 Settlement Class members without an available email address and for whom a physical

20  address was available.  The Email Notice and Postcard Notice clearly described the Settlement and

21  the legal rights of the Settlement Class members.  In addition, the Email Notice and Postcard

22  Notice directed the recipients to a Settlement Website where they could access additional

23  information, including the Long Form Notice.

24                              *Individual Notice – Email*

25       15.    On February 20, 2025, Epiq commenced sending 48,057,202 Email Notices to

26  identified Settlement Class members for whom a valid email address was available or was

27  determined through the reverse look-up process.  Some valid email addresses are associated with

28  multiple Settlement Class members, and some Settlement Class members have multiple email

addresses associated with their name, and an Email Notice was sent to each valid email address. The Email Notice to Tier 1, 2 and 3 identified Settlement Class members is included as **Attachment 1**. The Email Notice sent to non-Tiered identified Settlement Class members is included as **Attachment 2**.

16.    The following industry standard best practices were followed. The Email Notice is drafted in such a way that the subject line, the sender, and the body of the message overcame SPAM filters and ensured readership to the fullest extent reasonably practicable. For instance, the Email Notices used an embedded html text format. This format provided easy-to-read text without graphics, tables, images, and other elements that in our experience would have increased the likelihood that the message would have been blocked by Internet Service Providers (ISPs) or SPAM filters for this type of communication. The Email Notices were sent from an IP address known to major email providers as one not used to send bulk "SPAM" or "junk" email blasts. Each Email Notice was transmitted with a digital signature to the header and content of the Email Notice, which allowed ISPs to programmatically authenticate that the Email Notices were from our authorized mail servers. Each Email Notice was also transmitted with a unique message identifier. The Email Notices included an embedded link to the Settlement Website. By clicking the link, recipients are able to access the Long Form Notice and additional information about the Settlement.

17.    If the receiving email server cannot not deliver the message, a "bounce code" is returned along with the unique message identifier. For Email Notices for which a bounce code is received indicating that the message is undeliverable for reasons such as an inactive or disabled account, the recipient's mailbox was full, technical autoreplies, etc., at least two additional attempts are made to deliver the Email Notice.

### *Individual Notice – Direct Mail*

18.    On April 16, 2025, Epiq commenced sending 4,978,730 Postcard Notices via USPS first class mail to identified Tier 1, 2, and 3 Settlement Class members with an available mailing address for whom no valid email address is available. The Postcard Notice directs the recipients to the Settlement Website where they can file a Claim and access the Long Form Notice and additional information about the Settlement. The Postcard Notice is included as **Attachment 3**.

19.     Prior to sending the Postcard Notices, all mailing addresses were checked against the National Change of Address ("NCOA") database maintained by the USPS to ensure Settlement Class member address information was up-to-date and accurately formatted for mailing.[3]    In addition, the addresses were certified via the Coding Accuracy Support System ("CASS") to ensure the quality of the zip code, and was verified through Delivery Point Validation ("DPV") to verify the accuracy of the addresses.  This address updating process is standard for the industry and for the majority of promotional mailings that occur today.

20.     The return address on the Postcard Notices is a post office box that Epiq maintains for this Settlement.  The USPS automatically forwards Postcard Notices with an available forwarding address order that has not expired.  Postcard Notices returned as undeliverable are re-mailed to any new address available through USPS information (for example, to the address provided by the USPS on returned mail pieces for which the automatic forwarding order has expired, but is still within the time period in which the USPS returns the piece with the address indicated), and to better addresses that are found using a third-party lookup service.  Upon successfully locating better addresses, Postcard Notices are promptly remailed.

21.     Additionally, a Long Form Notice and Claim Form ("Notice Package") are mailed to all persons who requested one via the toll-free telephone number or other means.  As of April 28, 2025, Epiq has mailed 1,347 Notice Packages as a result of such requests.  The Long Form Notice is included as **Attachment 4**.  The Claim Form is included as **Attachment 5**.

### *Internet Digital Notice Campaign*

22.     Even with the extensive individual notice effort to Settlement Class members, there were some records in the Class List for whom individual notice could not be delivered.  These Settlement Class members were provided Publication Notice via a comprehensive online media plan.  The media plan consists of two phases.  The first phase ran from February 20, 2025, through March 19, 2025,

---

[3] The NCOA database is maintained by the USPS and consists of approximately 160 million permanent change-of-address records consisting of names and addresses of individuals, families, and businesses who have filed a change-of-address with the Postal Service™.  The address information is maintained on the database for 48 months and reduces undeliverable mail by providing the most current address information, including standardized and delivery point coded addresses, for matches made to the NCOA file for individual, family, and business moves.

delivering approximately 194.1 million targeted impressions, and the second phase is currently running and will deliver approximately 132 million targeted impressions by May 8, 2025. Combined, the two phases will generate approximately 326.1 million targeted impressions nationwide. Sponsored search began with the start of phase one on February 20, 2025, and will complete on June 3, 2025. As of April 28, 2025, more than 82,000 sponsored search ad impressions have been displayed.

23. Internet advertising has become a standard component in legal notice programs. The internet has proven to be an efficient and cost-effective method to target class members as part of providing notice of a settlement for a class action case. According to MRI-Simmons[4] data, 97% of all adults are online and 84% of all adults use social media.

24. The Notice Program includes targeted digital advertising ("Digital Notices") on the selected advertising network *Google Display Network*, which represents thousands of digital properties across all major content categories. Digital Notices are targeted to selected target audiences and are designed to encourage participation by Settlement Class members—by linking directly to the Settlement Website, allowing visitors easy access to relevant information and documents.

25. The Digital Notices are also placed on the leading social media platforms in the United States, including *Facebook*, *Instagram*, *Reddit*, and *X* (*Twitter*). The social media campaign uses an interest-based approach which focuses on the interests that users exhibit while on the social media platforms, capitalizing on the target audience's propensity to engage in social media.

26. *Facebook* is the leading social networking site in the United States with 193 million users.[5]

---

[4] MRI-Simmons is a leading source of publication readership and product usage data for the communications industry. MRI-Simmons is a joint venture of GfK Mediamark Research & Intelligence, LLC ("MRI") and Simmons Market Research. MRI-Simmons offers comprehensive demographic, lifestyle, product usage and exposure to all forms of advertising media collected from a single sample. As the leading U.S. supplier of multimedia audience research, the company provides information to magazines, televisions, radio, internet, and other media, leading national advertisers, and over 450 advertising agencies—including 90 of the top 100 in the United States. MRI-Simmons's national syndicated data is widely used by companies as the basis for the majority of the media and marketing plans that are written for advertised brands in the United States.

[5] Statista Digital 2025: Global Overview Report. Statista, founded in 2007, is a leading provider of worldwide market and consumer data and is trusted by thousands of companies around the world for data. Statista.com consolidates statistical data on over 80,000 topics from more than 22,500 sources and makes it available in German, English, French and Spanish.

27.    *Instagram* has 171 million active users in the United States[6] and nearly three-fourths of its users in the United States are 44 years of age or younger.

28.    *Reddit* is a widely used social forum website that contains more than one million communities known as subreddits.  These communities cover specific topics making this an ideal platform to reach individuals with focused interests.  *Reddit* reaches 288 million users in the United States.[7]

29.    *X* (*Twitter*) is a popular microblogging social media website that allows posts/tweets containing images or videos.  Users can like, comment, and share/retweet posts.  *X* has more than 103 million users in the United States.[8]

30.    All Digital Notices appear on desktop, mobile, and tablet devices.  Digital Notices on *Google Display Network*, *Facebook*, *Instagram*, *Reddit*, and *X* (*Twitter*) are displayed nationwide.  Digital Notices are also targeted (remarketed) to people who click on a Digital Notice.

31.    More details regarding the target audiences, specific ad sizes of the Digital Notices, and the number of impressions delivered for the first phase of the media campaign are included in the following table:

| Digital Plan | Target | Ad Sizes | Delivered Impressions |
|---|---|---|---|
| *Google Display Network* | Adults 18+ | 728x90, 300x250, 300x600 & 970x250 | 20,460,921 |
| *Google Display Network* | Adults 18+ and Affinity targeting for Gambling, MGM Casino, Slot Machines, Blackjack, Roulette, Poker, Craps, Baccarat, Video Poker, Pai Gow Poker, Keno and/or Sic Bo | 728x90, 300x250, 300x600 & 970x250 | 26,298,600 |
| *Google Display Network* | Adults 18+ and Intent targeting for Gambling and/or MGM Casino | 728x90, 300x250, 300x600 & 970x250 | 25,848,431 |
| *Geofence Display Targeting*[9] | Adults 18+ who have been to an MGM Casino | 728x90, 300x250, 300x600 & 970x250 | 15,743,161 |

---

[6] Statista Digital 2025: Global Overview Report.

[7] Statista Digital 2025: Global Overview Report.

[8] Statista Digital 2025: Global Overview Report.

[9] Geofence Targeting targets adults who have been to an MGM location.  Adults who have location services turned on within their smartphones and enter a U.S. MGM Casino are identified and Digital Notices served to them.  This can occur after they have been in the casino and does not

| Digital Plan | Target | Ad Sizes | Delivered Impressions |
|---|---|---|---|
| *Facebook* | Adults 18+ | Newsfeed & Right Hand Column | 15,197,823 |
| *Facebook* | Adults 18+ and Interests in Gambling, MGM Casinos, Slot Machines, Blackjack, Roulette, Poker, Craps, Baccarat, Video Poker, Pai Gow Poker, Keno, Sic Bo and/or Las Vegas | Newsfeed & Right Hand Column | 41,027,939 |
| *Instagram* | Adults 18+ | Newsfeed | 10,225,025 |
| *Instagram* | Adults 18+ and Interests in Gambling, MGM Casinos, Slot Machines, Blackjack, Roulette, Poker, Craps, Baccarat, Video Poker, Pai Gow Poker, Keno, Sic Bo and/or Las Vegas | Newsfeed | 30,955,101 |
| *Reddit* | Adults 18+ and Subreddits r/Gambling, r/Poker and/or r/Vegas | Reddit Feed Ads | 3,142,850 |
| *X (Twitter)* | Adults 18+ and Post Engagement Targeting for Gambling and/or MGM Resorts | Newsfeed | 5,226,474 |
| **TOTAL** | | | **194,126,325** |

32.    For the first phase, combined, approximately 194.1 million targeted impressions were generated by the Digital Notices, which were displayed nationwide.[10]  Clicking on the Digital Notices linked the reader to the Settlement Website, where they could easily obtain detailed information about the Settlement.  The first phase of the Internet Digital Notice Campaign ran from February 20, 2025, through March 19, 2025.  Examples of the Digital Notices are included as **Attachment 6**.

---

have to be while they are there.  Locations included are Bellagio, ARIA, Vdara at ARIA, The Cosmopolitan of Las Vegas, MGM Grand, The Signature at MGM Grand, Mandalay Bay, Delano Las Vegas, Four Seasons Las Vegas, Park MGM, NoMad Las Vegas, New York-New York, Luxor, Excalibur, MGM Springfield, MGM National Harbor, MGM Grand Detroit, Beau Rivage, Borgata, MGM Northfield Park and Empire City Casino.

[10] The third-party ad management platform, ClickCease is used to audit the Digital Notice ad placements. This type of platform tracks all Digital Notice ad clicks to provide real-time ad monitoring, fraud traffic analysis, blocks clicks from fraudulent sources, and quarantines dangerous IP addresses. This helps reduce wasted, fraudulent, or otherwise invalid traffic (*e.g.*, ads being seen by 'bots' or non-humans, ads not being viewable, etc.).

33.    The second phase of the Media Campaign includes a "List Activation" strategy. This is accomplished by matching the available data of known Settlement Class members with current consumer profiles.  This strategy ensures that specific individuals receiving direct notice are also provided reminder messaging online via Digital Notices.  The "List Activation" strategy is used on the *Google Display Network*, *Facebook*, *Instagram*, and *X* (*Twitter*).

34.    More details regarding the target audiences, specific ad sizes of the Digital Notices, and the number of impressions being delivered for the second phase of the media campaign are included in the following table, showing approximately 132 million additional targeted impressions will be generated nationwide by the Digital Notices for the second phase:

| *Digital Plan* | *Target* | *Ad Sizes* | *Impressions Being Delivered* |
|---|---|---|---|
| *Google Display Network* | Adults 18+ and Affinity targeting for Gambling, MGM Casino, Slot Machines, Blackjack, Roulette, Poker, Craps, Baccarat, Video Poker, Pai Gow Poker, Keno and/or Sic Bo | 728x90, 300x250, 300x600 & 970x250 | 15,000,000 |
| *Google Display Network* | Adults 18+ and Intent targeting for Gambling and/or MGM Casino | 728x90, 300x250, 300x600 & 970x250 | 15,000,000 |
| *Google Display Network* | List Activation against Phone Numbers & Emails | 728x90, 300x250, 300x600 & 970x250 | 35,000,000 |
| *Geofence Display Targeting* | Adults 18+ who have been to an MGM Casino | 728x90, 300x250, 300x600 & 970x250 | 10,000,000 |
| *Facebook* | Adults 18+ and Interests in Gambling, MGM Casinos, Slot Machines, Blackjack, Roulette, Poker, Craps, Baccarat, Video Poker, Pai Gow Poker, Keno, Sic Bo and/or Las Vegas | Newsfeed & Right Hand Column | 5,000,000 |
| *Facebook* | List Activation against Phone Numbers & Emails | Newsfeed & Right Hand Column | 20,000,000 |
| *Instagram* | List Activation against Phone Numbers & Emails | Newsfeed | 15,000,000 |
| *Reddit* | Adults 18+ and Subreddits r/Gambling, r/Poker and/or r/Vegas | Reddit Feed Ads | 7,000,000 |
| *X (Twitter)* | Adults 18+ and Post Engagement Targeting for Gambling and/or MGM Resorts | Newsfeed | 5,000,000 |
| *X (Twitter)* | List Activation against Phone Numbers & Emails | Feed Ads | 5,000,000 |
| **TOTAL** | | | **132,000,000** |

*Sponsored Search Listings*

35.    To facilitate locating the Settlement Website, sponsored search listings began running on February 20, 2025, on the three most highly-visited internet search engines: *Google*, *Yahoo!*, and *Bing*.  The sponsored search listings will run through June 3, 2025, the Claim Form Deadline.  As of April 28, 2025, the sponsored listings have been displayed 82,575 times, which resulted in 11,805 clicks that displayed the Settlement Website.  A complete list of the sponsored search keyword combinations is included as **Attachment 7**.  Examples of the sponsored search listing as displayed on each search engine are included as **Attachment 8**.

*Informational Release*

36.    To build additional reach and extend exposures, on February 20, 2025, a party-neutral Informational Release (in both English and Spanish) was issued nationwide over PR Newswire to approximately 13,000 general media (print and broadcast) outlets, including local and national newspapers, magazines, national wire services, television and radio broadcast media across the United States as well as over 4,000 websites, online databases, internet networks, and social networking media.  The Hispanic newsline reaches over 1,900 Hispanic US general media contacts as well as up to 4,840 additional industry-specific Hispanic media contacts.  The Hispanic release also included a guaranteed placement on 40+ Hispanic websites and/or news portals.

37.    The Informational Release included the address of the Settlement Website and the toll-free telephone number.  The Informational Release served a valuable role by providing additional notice exposures beyond that which was provided by the paid media.  The Informational Release in both English and Spanish is included as **Attachment 9**.

*Settlement Website*

38.    Epiq created a dedicated website for the Settlement (www.MGMDataSettlement.com) that went live on February 19, 2025.  Relevant documents are posted on the Settlement Website, including the Settlement Agreement, Preliminary Approval Order, Long Form Notice (in English and Spanish), Claim Form (in English and Spanish), and other case-related documents.  In addition, the Settlement Website includes relevant dates, answers to frequently asked questions ("FAQs"), instructions for how Settlement Class members may opt-out (request exclusion) from

or object to the Settlement, contact information for the Settlement Administrator, and how to obtain other case-related information, including a Long Form Notice and Claim Form. Settlement Class Members can also file a Claim Form on the Settlement Website. The Settlement Website address is prominently displayed in all notice documents. As of April 28, 2025, there have been 793,819 unique visitor sessions to the Settlement Website, and 3,297,945 web pages have been presented. The Long Form Notice in Spanish is included as **Attachment 10**. The Claim Form in Spanish is included as **Attachment 11**.

### *Toll-Free Telephone Number and Postal Address*

39.     A toll-free telephone number (1-888-899-8358) was established for the Settlement that went live on February 19, 2025. Callers can hear an introductory message and have the option to learn more about the Settlement in the form of recorded answers to FAQs, and to request that a Notice Package be mailed to them. This automated telephone system is available 24 hours per day, 7 days per week. The toll-free telephone number is prominently displayed in all notice documents. As of April 28, 2025, there have been 10,571 calls to the toll-free telephone number representing 21,193 minutes of use.

40.     A postal mailing address was also established and continues to be available for Settlement Class members to request additional information or ask questions.

### *Opt-Out Requests and Objections*

41.     The deadline to opt-out from the Settlement or to object to the Settlement is May 19, 2025. As of May 2, 2025, Epiq has received 92 opt-out requests, which are being reviewed. The list of opt-outs is included as **Attachment 12**. As of May 2, 2025, Epiq is aware of no objections to the Settlement regarding notice or settlement administration.

### *Claim Submission & Distribution Options*

42.     The Notices provide a detailed summary of relevant information about the Settlement, including the Settlement Website address and how Settlement Class Members can submit a Claim Form online or by mail. With any method of filing a Claim Form, Settlement Class Members are given the option of receiving an electronic payment or a traditional paper check.

43.     The deadline for Settlement Class Members to file a Claim Form is June 3, 2025.

As of April 28, 2025, Epiq has received 414,515 Claim Forms (413,575 online and 940 paper). Since the Claim Form filing deadline has not yet passed, these numbers are preliminary. The number of Claim Forms submitted to date suggests the Claims process is proceeding as expected and the rate of response is typical for a class action of this type. As standard practice, Epiq is in the process of conducting a complete quality control review of Claim Forms received. There is a likelihood that after detailed review, the total number of Claim Forms received will change due to duplicate and denied Claim Forms.

### *Settlement Administration Costs*

44.     Epiq estimates Settlement Administration Costs, inclusive of the costs for the Notice Program and implementing the Settlement terms following Final Approval of the Settlement will be $6,997,408.00.

### <u>CONCLUSION</u>

45.     In class action notice planning, execution, and analysis, we are guided by due process considerations under the United States Constitution, by federal and local rules and statutes, and further by case law pertaining to notice. This framework directs that the notice program be designed to reach the greatest practicable number of potential class members and, that the notice or notice program provide class members with easy access to the details of how the class action may impact their rights. All of these requirements were met in this case.

46.     The Notice Program individual notice effort includes email and/or mail to identified Settlement Class members, combined with the Publication Notice (Digital Notice and social media effort). With the address updating protocols that were used, the Notice Program individual notice efforts will reach approximately 90% of the Settlement Class. The reach was further enhanced by internet sponsored search listings, an informational release, and a Settlement Website. The FJC's *Judges' Class Action Notice and Claims Process Checklist and Plain Language Guide*, which is relied upon for federal cases, and is illustrative for state courts, states that, "the lynchpin in an objective determination of the adequacy of a proposed notice effort is whether all the notice efforts together will

1  reach a high percentage of the class.  It is reasonable to reach between 70–95%."[11]  Here, we have

2  developed and implemented a Notice Program that readily achieved a reach within that standard.

3      47.    The Notice Program follows the guidance for satisfying due process obligations

4  that a notice expert gleans from the United States Supreme Court's seminal decisions, which

5  emphasize the need: (a) to endeavor to actually inform the Settlement Class, and (b) to ensure that

6  notice is reasonably calculated to do so.

7      a)    "[W]hen notice is a person's due, process which is a mere gesture is not due

8          process. The means employed must be such as one desirous of actually informing

9          the absentee might reasonably adopt to accomplish it," *Mullane v. Central Hanover*

10         *Trust*, 339 U.S. 306, 315 (1950); and

11     b)    "[N]otice must be reasonably calculated, under all the circumstances, to

12         apprise interested parties of the pendency of the action and afford them an

13         opportunity to present their objections," *Eisen v. Carlisle & Jacquelin*, 417 U.S. 156

14         (1974) (citing *Mullane*, 339 U.S. at 314).

15     48.    The Notice Program provides the best notice practicable under the circumstances;

16  conformed to all aspects of Federal Rule of Civil Procedure 23 regarding notice, comports with

17  the guidance for effective notice articulated in the Manual for Complex Litigation, Fourth and

18  applicable FJC materials; and satisfies the requirements of due process, including its "desire to

19  actually inform" requirement.

20     I declare under penalty of perjury that the foregoing is true and correct.  Executed on May

21  2, 2025.

22                                    _____
                                      Cameron R. Azari, Esq.
23

24

25

26

_____

27  [11] FED. JUDICIAL CTR, JUDGES' CLASS ACTION NOTICE AND CLAIMS PROCESS CHECKLIST AND
28  PLAIN LANGUAGE GUIDE 3 (2010), available at https://www.fjc.gov/content/judges-class-action-
    notice-and-claims-process-checklist-and-plain-language-guide-0.

# Attachment 1

**From:**              MGM Data Incident Litigation Settlement Administrator
                            <mgmdatasettlement@e.epiqnotice.com>
**To:**                █████████
**Subject:**        MGM RESORTS INTERNATIONAL COURT ORDERED NOTICE OF CLASS ACTION
                            SETTLEMENT

**Unique ID:** ███████████
**PIN:** ████

Dear ███████████

**If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023, you may be entitled to benefits from a Settlement.**

*A court authorized this notice. This is <u>not</u> a solicitation from a lawyer.*

**You can learn more at: <u>www.MGMDataSettlement.com</u>**

A $45 million Settlement has been reached in two class action lawsuits against MGM Resorts International ("MGM" or "Defendant") arising out of two Data Incidents, one that occurred in or around July 2019, and a second separate Data Incident that occurred in or around September 2023 (together, the "Data Incidents"). Varying amounts of Private Information of customers and guests of MGM were accessed in the Data Incidents. The Private Information included names, addresses, telephone numbers, email addresses, dates of birth, and, for a smaller number of individuals, drivers' license numbers, passport numbers, and Social Security numbers. Only certain people had their Social Security numbers, passport numbers, and/or drivers' license numbers exposed.

The purpose of this Notice is to provide information about this Settlement and explain your rights and options.

**Who is Included?** You are receiving this Email Notice because data provided by MGM indicates your information was included in one of the Data Incidents and you are a Settlement Class Member. The Settlement Class includes all persons in the United States whose Private Information was compromised as a result of the Data Incidents and who were sent notice by the Defendant of the Data Incidents.

**What does the Settlement Provide?**

**Documented Loss Cash Payment.**
You may submit a timely and valid Claim Form and provide supporting documentation that you spent money or incurred losses related to the Data Incident for up to $15,000.00. Please visit the website for information and examples on how to file for a Documented Loss Cash Payment.

**Tiered Cash Payments.**
Certain Settlement Class Members are also eligible to receive a flat cash payment, without providing documentation, depending on what personal information may have been exposed in the Data Incidents. The three tiers of Cash Payments are listed below.

**Tier 1 Cash Payment** – If your Social Security number or military identification number was exposed, you may be eligible to receive an estimated $75 flat cash payment.

**Tier 2 Cash Payment** – If your passport number or driver's license number was exposed, you may be eligible to receive an estimated $50 flat cash payment.

**Tier 3 Cash Payment** – If your name, address, and/or date of birth was exposed, you may be eligible to receive an estimated $20 flat cash payment.

**According to data provided by MGM, you are eligible for a Tier 1 Cash Payment.**

Use this unique ID number ████████ and PIN ████ to file your Claim online.

Your Cash Payment amount may be subject to a *pro rata* (a legal term meaning equal share) increase if the amount of Valid Claims received is insufficient to exhaust the entire Settlement Fund. Similarly, in the event the amount of Valid Claims exhausts the amount of the Settlement, the amount of Cash Payments may be reduced *pro rata* accordingly.

**Financial Account Monitoring.**
In addition to the Cash Payments, you can file a Claim for one year of three-bureau identity theft protection, Financial Account Monitoring, and at least $1,000,000 of fraud/identity theft insurance.

**All Settlement Class Members are eligible to file a Claim for Financial Account Monitoring and a Documented Loss Cash Payment, but not every Settlement Class Member is eligible to file a Claim for a Tiered Cash Payment.**

You must submit a timely and valid Claim Form online here or by mail postmarked by **June 3, 2025**.

**Other Options.** If you do not want to be legally bound by the Settlement, you must opt out of the Settlement no later than **May 19, 2025**. If you do not opt out, you will give up the right to sue and will release the Defendant and Released Parties about the legal claims in the lawsuits. If you do not opt out, you may object to the Settlement by **May 19, 2025**. The Long-Form Notice on the Settlement Website has instructions on how to opt out or object. If you do nothing, you will get no Settlement Class Member Benefits, and you will be bound by the Settlement and any judgments and orders. The Court will hold a Final Approval Hearing on **June 18, 2025**, to consider whether to approve the Settlement and Class Counsel's request for attorneys' fees of up to 30% of the $45 million Settlement Fund, and reimbursement of their litigation costs. Class Counsel will also seek Service Awards for the Class Representatives. You or your lawyer may attend and ask to appear at the hearing, but you are not required to do so. The hearing may be held remotely, and if so, instructions will be at www.MGMDataSettlement.com.

**This notice is a summary. Learn more about the Settlement here or call toll free 1-888-899-8358.**

---

If [redacted] should not be subscribed or if you need to change your subscription information for MGM - Data Incident, please use this preferences page.

AL049 v.02

# Attachment 2

**From:**      MGM Data Incident Litigation Settlement Administrator
               <mgmdatasettlement@e.epiqnotice.com>
**To:**        ███████
**Subject:**   MGM RESORTS INTERNATIONAL COURT ORDERED NOTICE OF CLASS ACTION
               SETTLEMENT

**Unique ID:** ████████
**PIN:** ████

Dear ███████████

### If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023, you may be entitled to benefits from a Settlement.

***A court authorized this notice. This is <u>not</u> a solicitation from a lawyer.***

**You can learn more at: www.MGMDataSettlement.com**

A $45 million Settlement has been reached in two class action lawsuits against MGM Resorts International ("MGM" or "Defendant") arising out of two Data Incidents, one that occurred in or around July 2019, and a second separate Data Incident that occurred in or around September 2023 (together, the "Data Incidents"). Varying amounts of Private Information of customers and guests of MGM were accessed in the Data Incidents. The Private Information included names, addresses, telephone numbers, email addresses, dates of birth, and, for a smaller number of individuals, drivers' license numbers, passport numbers, and Social Security numbers. Only certain people had their Social Security numbers, passport numbers, and/or drivers' license numbers exposed.

The purpose of this Notice is to provide information about this Settlement and explain your rights and options.

**Who is Included?** You are receiving this Email Notice because data provided by MGM indicates your information was included in one of the Data Incidents and you are a Settlement Class Member. The Settlement Class includes all persons in the United States whose Private Information was compromised as a result of the Data Incidents and who were sent notice by the Defendant of the Data Incidents.

**What does the Settlement Provide?**

**<u>Documented Loss Cash Payment.</u>**

You may submit a timely and valid Claim Form and provide supporting documentation that you spent money or incurred losses related to the Data Incident for up to $15,000.00. Please visit the website for information and examples on how to file for a Documented Loss Cash Payment.

Use this unique ID number ███████ and PIN ████ to file your Claim online.

Your Cash Payment amount may be subject to a *pro rata* (a legal term meaning equal share) increase if the amount of Valid Claims received is insufficient to exhaust the entire Settlement Fund. Similarly, in the event the amount of Valid Claims exhausts the amount of the Settlement, the amount of Cash Payments may be reduced *pro rata* accordingly.

**Financial Account Monitoring.**
In addition to the Cash Payments, you can file a Claim for one year of three-bureau identity theft protection, Financial Account Monitoring, and at least $1,000,000 of fraud/identity theft insurance.

**All Settlement Class Members are eligible to file a Claim for Financial Account Monitoring and a Documented Loss Cash Payment, but not every Settlement Class Member is eligible to file a Claim for a Tiered Cash Payment.**

You must submit a timely and valid Claim Form online here or by mail postmarked by **June 3, 2025**.

**Other Options.** If you do not want to be legally bound by the Settlement, you must opt out of the Settlement no later than **May 19, 2025**. If you do not opt out, you will give up the right to sue and will release the Defendant and Released Parties about the legal claims in the lawsuits. If you do not opt out, you may object to the Settlement by **May 19, 2025**. The Long-Form Notice on the Settlement Website has instructions on how to opt out or object. If you do nothing, you will get no Settlement Class Member Benefits, and you will be bound by the Settlement and any judgments and orders. The Court will hold a Final Approval Hearing on **June 18, 2025**, to consider whether to approve the Settlement and Class Counsel's request for attorneys' fees of up to 30% of the $45 million Settlement Fund, and reimbursement of their litigation costs. Class Counsel will also seek Service Awards for the Class Representatives. You or your lawyer may attend and ask to appear at the hearing, but you are not required to do so. The hearing may be held remotely, and if so, instructions will be at www.MGMDataSettlement.com.

**This notice is a summary. Learn more about the Settlement here or call toll free 1-888-899-8358.**

---

If ████████████ should not be subscribed or if you need to change your subscription information for MGM - Data Incident, please use this preferences page.

AL049 v.02

Attachment 3

MGM Data Incident Litigation
Settlement Administrator
PO Box 3020
Portland, OR 97208-3020

FIRST-CLASS MAIL
PRESORTED
U.S. POSTAGE PAID
PORTLAND, OR
PERMIT NO. 2882

Court-Approved Legal Notice
*In re MGM International Resorts Data Breach Litigation*, 2:20-cv-00376-GMN-NJK and *Tonya Owens et. al v. MGM Resorts International et al.*, 2:23-cv-01480-FRB
United States District Court
for the District of Nevada

**If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023, you may be entitled to benefits from a Settlement.**

*A Court has authorized this notice. This is **not** a solicitation from a lawyer.*

www.MGMDataSettlement.com
1-888-899-8358



1
1

A jury trial. A Settlement has been reached in two class action lawsuits against MGM Resorts International ("Defendant") arising out of two Data Incidents, one that occurred in or around July 2019, and a second one that occurred in or around September 2023 (together, the "Data Incidents"). Varying amounts of Private Information of customers and guests of Defendant were accessed in the Data Incidents. The Private Information included, names, addresses, telephone numbers, email addresses, dates of birth, drivers' license numbers, passport numbers, Social Security numbers, and military identification numbers.

**Who is Included?** The Settlement Class includes all persons in the United States whose Private Information was compromised as a result of the Data Incidents and who were sent notice by the Defendant of the Data Incidents.

**What does the Settlement Provide?**

**Documented Loss Cash Payment:** You can file a Claim Form with supporting documentation that you spent money or incurred losses related to the Data Incident for up to $15,000.

**Tiered Cash Payment:** Certain Settlement Class Members are also eligible to receive a flat cash payment, without providing supporting documentation, depending on what personal information may have been exposed in the Data Incidents. There are three Tiers: (1) Tier 1 payments are estimated to be $75; (2) Tier 2 payments are estimated to be $50; and (3) Tier 3 payments are estimated to be $20. All payments may be adjusted upward or downward depending on the amount of Valid Claims filed. Please visit the website for information on the 3 different Tiered Cash Payments.

**According to data provided by MGM, you are eligible for a Tier 3 Cash Payment**
Use this unique ID number ███████████ and PIN ██████ to file your Claim online

**Financial Account Monitoring**: In addition to Cash Payments, you can elect one year of Financial Account Monitoring.

**All Settlement Class Members are eligible to file a Claim for Financial Account Monitoring and a Documented Loss Cash Payment, but not every Settlement Class Member is eligible to file a Claim for a Tiered Cash Payment.**

You must submit your Claim Form online or by mail postmarked by **June 3, 2025**.

**Other Options**. If you do not want to be bound by the Settlement, you must opt-out by **May 19, 2025**. If you do not opt-out, you will give up the right to sue and will release the Defendant and Released Parties of legal claims in the lawsuits. If you do not opt-out, you may object to the Settlement by **May 19, 2025**. The Long Form Notice on the Settlement Website has instructions on how to opt-out or object. If you do nothing, you will get no Settlement Class Member Benefits, and you will be bound by the Settlement, any judgments, and orders. The Court will hold a Final Approval Hearing on **June 18, 2025**, to consider whether to approve the Settlement, the requested Service Awards, attorneys' fees of up to 30% of the $45 million Settlement Fund, costs, and any objections. You or your own attorney may attend and ask to appear at the hearing, but are not required to do so.

**This notice is a summary. Learn more about the Settlement at www.MGMDataSettlement.com, or by calling toll free 1-888-899-8358.**                                   AL0532 v.01

Attachment 4

# If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023, you may be entitled to benefits from a Settlement.

*A court has authorized this Notice. This is <u>not</u> a solicitation from a lawyer.*

- A $45 million Settlement has been reached against MGM Resorts International ("MGM" or "Defendant") arising out of two Data Incidents, one that occurred in or around July 2019, and a second separate Data Incident that occurred in or around September 2023 (together, the "Data Incidents"). Varying amounts of Private Information of customers and guests of MGM were accessed in the Data Incidents. The Private Information may have included, names, addresses, telephone numbers, email addresses, dates of birth, drivers' license numbers, military identification numbers, passport numbers, and Social Security numbers. Only certain people had their Social Security numbers, passport numbers and/or drivers' license numbers exposed.

- If you are a Settlement Class Member, you may be able to receive the following Settlement Class Member Benefits:

  **Documented Loss Cash Payment:** You may submit a timely and valid Claim Form and provide supporting documentation that you spent money or incurred losses related to the Data Incident for up to $15,000.00.

  **Tiered Cash Payments:** Certain Settlement Class Members are also eligible to receive a flat cash payment, without providing documentation, depending on what personal information may have been exposed in the Data Incidents. A timely and Valid Claim required for Tiered Cash Payments also.

    **Tier 1 Cash Payment** - If your Social Security number or military identification number was exposed, you may be eligible to receive an estimated $75.00 flat cash payment.

    **Tier 2 Cash Payment** – If your passport number or driver's license number was exposed, you may be eligible to receive an estimated $50.00 flat cash payment.

    **Tier 3 Cash Payment** – If your name, address, and/or date of birth was exposed, you may be eligible to receive an estimated $20.00 flat cash payment.

  **Financial Account Monitoring:** In addition to the Cash Payments, all Settlement Class members are eligible for one year of Financial Account Monitoring, upon submission of a timely and Valid Claim.

Your Cash Payment may be subject to a *pro rata* (a legal term meaning equal share) increase or decrease. More information about this adjustment is found below.

### This Notice may affect your rights. Please read it carefully.

| Your Legal Rights and Options | | Deadline |
|---|---|---|
| **SUBMIT A CLAIM FORM** | The only way to get Settlement Class Member Benefits is to submit a timely and valid Claim Form. | Submitted or Postmarked by: **June 3, 2025** |
| **OPT-OUT OF THE SETTLEMENT** | Get no Settlement Class Member Benefits. Keep your right to file your own lawsuit against the Released Parties about the legal claims in these lawsuits that are released by the Settlement. | **Postmarked by: May 19, 2025** |

**Questions? Go to www.MGMDataSettlement.com or call 1-888-899-8358**

| **OBJECT TO THE SETTLEMENT** | Stay in the Settlement, but tell the Court why you do not agree with the Settlement. You will still be bound by the Settlement if the Court approves it. | **Postmarked by: May 19, 2025** |
|---|---|---|
| **DO NOTHING** | Get no Settlement Class Member Benefits. Give up your legal rights. | |

- These rights and options—**and the deadlines to exercise them**—are explained in this Notice. The Court must decide whether to approve the Settlement and the requested Service Awards and attorneys' fees and Costs. Settlement Class Member Benefits will not be provided unless the Court approves the Settlement.

# BASIC INFORMATION

## 1.  Why is this Notice being provided?

A court authorized this Notice because you have the right to know about the Settlement and about all of your rights and options before the Court decides whether to grant Final Approval of the Settlement. This Notice explains the lawsuit, the Settlement, your legal rights, what benefits are available, who is eligible for the benefits, and how to get them.

The Honorable Gloria M. Navarro of the United States District Court for the District of Nevada is overseeing the combined Settlement of two class action lawsuits. The lawsuits are known as *In re MGM International Resorts Data Breach Litigation*, Case No.: 2:20-cv-00376-GMN-NJK and *Tanya Owens, et al. v. MGM Resorts International, et al.*, Case No. 2:23-cv-01480-FRB ("lawsuits"). The individuals who filed these lawsuits are called the "Plaintiffs" and/or "Class Representatives" and the company sued, MGM Resorts International, is called the "Defendant."

## 2.  What are the lawsuits about?

Plaintiffs filed these lawsuits against Defendant, individually, and on behalf of customers and guests of Defendant whose Private Information, including but not limited to, names, addresses, telephone numbers, email addresses, dates of birth, drivers' license numbers, passport numbers, and Social Security numbers was compromised as a result of two separate Data Incidents.

Plaintiffs allege that on or around July 2019, and again on or around September 2023, as a result of the Data Incidents, unauthorized individuals accessed Defendant's network and their Private Information. Different Plaintiffs brought two separate lawsuits against Defendant arising out of each of the Data Incidents.

Defendant denies the legal claims in each lawsuit and denies any wrongdoing or liability. No court or other judicial entity has made any judgment or other determination of any wrongdoing by Defendant, or that any law has been violated. Instead, Plaintiffs and Defendant have agreed to a Settlement to avoid the risk, cost, and time of continuing the lawsuit.

## 3.  Why is the lawsuit a class action?

In a class action, one or more people (called class representatives) sue on behalf of all people who have similar legal claims. Together, all these people are called a class or class members. One court resolves the issues for all Settlement Class members, except for those Settlement Class members who timely exclude themselves (opt-out) from the Settlement Class.

The Class Representatives in the lawsuits are the Plaintiffs who sued the Settlement Agreement.

### 4. Why is there a Settlement?

Sometime after each lawsuit was filed, the Plaintiffs in the lawsuit in the 2019 Data Incident and the Plaintiffs in the lawsuit in the 2023 Data Incident decided to work together and collectively pursue a global settlement of both lawsuits with the Defendant. Plaintiffs and Defendant do not agree about the legal claims made in the lawsuits. Neither lawsuit has not gone to trial, and the Court has not decided in favor of Plaintiffs or Defendant in either one. Instead, Plaintiffs and Defendant have agreed to settle the lawsuits together. The Class Representatives, Defendant, and their lawyers believe the Settlement is best for all Settlement Class members because of the benefits to the Settlement Class members and the risks and uncertainty associated with continuing either of the lawsuits.

## WHO IS INCLUDED IN THE SETTLEMENT?

### 5. How do I know if I am part of the Settlement?

The Settlement Class includes all persons in the United States whose Private Information was compromised as a result of the Data Incidents and who were sent notice by the Defendant of the Data Incidents.

### 6. Are there exceptions to being included in the Settlement?

Yes. Excluded from the Settlement Class are the judges presiding over the lawsuits and members of their direct families.

### 7. What if I am still not sure whether I am part of the Settlement?

If you are still not sure whether you are a Settlement Class member, you may go to the Settlement Website at www.MGMDataSettlement.com or call the Settlement Administrator's toll-free number at 1-888-899-8358.

## THE SETTLEMENT BENEFITS—WHAT YOU GET IF YOU QUALIFY

### 8. What does the Settlement provide?

If you are a Settlement Class member and you submit a timely and valid Claim Form, you may be eligible for the following Settlement Class Member Benefits:

**Documented Loss Cash Payment**.

You may submit a Claim Form with supporting documentation that you spent money or incurred losses related to the Data Incidents for up to $15,000.00.

Examples of losses include, but are not limited to:

- Unreimbursed losses relating to fraud or identity theft;
- Professional fees including attorneys' fees, accountants' fees, and fees for credit repair services;
- Costs associated with freezing or unfreezing credit with any credit reporting agency;
- Credit monitoring costs that were incurred on or after the Data Incidents through the Claims Deadline; and
- Miscellaneous expenses such as notary, facsimile, postage, copying, mileage, and long-distance telephone charges.

Examples of supporting documentation include, but are not limited to:

- credit card statements;
- bank statements;
- invoices;
- telephone records; and
- receipts

"Self-prepared" documents such as handwritten receipts are, by themselves, insufficient to receive reimbursement, but can be considered to add clarity or support other submitted documentation. You will not be reimbursed for expenses if you have been reimbursed for the same expenses by another source.

**Tiered Cash Payments**.

In addition to the Documented Loss Cash Payment, you may be eligible to receive a flat cash payment if you had certain information exposed in either of the 2019 or 2023 Data Incidents. If you were sent Notice of the Settlement by email or mail, your Notice informed you if you were likely eligible for a Tier 1, Tier 2 or Tier 3 Cash Payment.

> **Tier 1 Cash Payment** - If your Social Security number or military identification number was exposed, you may be eligible to receive an estimated $75.00 flat cash payment.

> **Tier 2 Cash Payment** – If your passport number or driver's license number was exposed, you may be eligible to receive an estimated $50.00 flat cash payment.

> **Tier 3 Cash Payment** – If your name, address, and/or date of birth was exposed, you may be eligible to receive an estimated $20.00 flat cash payment.

Your Cash Payment may be subject to a *pro rata* (a legal term meaning equal share) increase from the Settlement Fund if the amount of Valid Claims is insufficient to exhaust the entire Settlement Fund. Similarly, in the event the amount of Valid Claims exhausts the amount of the Settlement Fund, the amount of Cash Payments may be reduced *pro rata* accordingly.

**Financial Account Monitoring.**

In addition to the Cash Payments, you may be eligible for one year of three-bureau identity theft protection, credit monitoring, and at least $1,000,000 of fraud/identity theft insurance.

| 9. What am I giving up to receive Settlement benefits or stay in the Settlement Class? |
| --- |

Unless you opt-out of the Settlement, you are choosing to remain in the Settlement Class. If the Settlement is approved and becomes final, all Court orders and any judgments will apply to you and legally bind you. You will not be able to sue, continue to sue, or be part of any other lawsuit against the Released Parties about the legal issues in the lawsuits that are released by this Settlement. The specific rights you are giving up are called "Released Claims."

| 10. What are the Released Claims? |
| --- |

Section XIII of the Settlement Agreement describes the Released Claims and the Release, in necessary legal terminology, so please read these sections carefully. The complete Settlement Agreement is available at www.MGMDataSettlement.com. For questions regarding the Release or Released Claims and what the language in the Settlement Agreement means, you can also contact Class Counsel listed in Question 14 for free, or you can talk to your own lawyer at your own expense.

# HOW TO GET BENEFITS FROM THE SETTLEMENT

## 11. How do I make a Claim for Settlement Class Member Benefits?

You must submit a timely and valid Claim Form for the Settlement Benefits described in Question 8. Your Claim Form must be submitted online at www.MGMDataSettlement.com by **June 3, 2025**, or mailed to the Settlement Administrator at the address on the Claim Form, **postmarked** by **June 3, 2025**. Claim Forms are also available on the Settlement Website at www.MGMDataSettlement.com or by calling 1-888-899-8358 or by writing to:

*MGM Data Incident Litigation*
Settlement Administrator
PO Box 3020
Portland, OR 97208-3020

## 12. How do I know if I qualify for a Tier 1, Tier 2, or Tier 3 Cash Payment?

If you were sent Notice of the Settlement via email or mail, your Notice indicated whether you were eligible for a Tier 1, Tier 2, or Tier 3 Cash Payment. You were also provided with a unique ID number to help you easily file your Claim online at the Settlement Website.  If you still have questions about your eligibility, visit www.MGMDataSettlement.com or call 1-888-899-8358.

## 13. What happens if my contact information changes after I submit a Claim Form?

If you change your mailing address or email address after you submit a Claim Form, it is your responsibility to inform the Settlement Administrator of your updated information. You may notify the Settlement Administrator of any changes by writing to:

*MGM Data Incident Litigation*
Settlement Administrator
PO Box 3020
Portland, OR 97208-3020

## 14. When will I receive my Settlement Class Member Benefits?

If you file a timely and valid Claim Form, the Settlement Class Member Benefits will be provided by the Settlement Administrator after the Settlement is approved by the Court and becomes final.

It may take time for the Settlement to be approved and become final. Please be patient and check www.MGMDataSettlement.com for updates.

# THE LAWYERS REPRESENTING YOU

## 15. Do I have a lawyer in this lawsuit?

Yes, the Court has appointed John Yanchunis of Morgan & Morgan Complex Litigation Group, E. Michelle Drake of Berger Montague PC, Doug McNamara of Cohen Milstein Sellers & Toll, PLLC, David Berger of Gibbs Law Group LLP, J. Gerard Stranch IV of Stranch, Jennings & Garvey, PLLC, Lynn Toops of Cohen & Malad LLP, James Pizzirusso of Hausfeld LLP, Gary M. Klinger of Milberg Coleman Bryson Phillips Grossman PLLC, and Jeff Ostrow of Kopelowitz Ostrow P.A. as Class Counsel to represent you and the Settlement Class for the purposes of this Settlement. You may hire

your own lawyer at your own cost and expense if you want someone other than Class Counsel to represent you in this lawsuit.

## 16. How will Class Counsel be paid?

Class Counsel will file a motion asking the Court to award attorneys' fees and costs payable out of the $45,000,000 Settlement Fund. They will seek 30% of the Settlement Fund in attorneys' fees and reimbursement of their litigation costs. Class Counsel will also ask the Court to approve Service Awards in the amount of $10,000.00 each for those Class Representatives who had their depositions taken and $3,500.00 each for all other Class Representatives. The Service Awards are for the Class Representatives' efforts in participating in the Actions and for achieving the Settlement. If awarded by the Court, the Attorneys' Fees, Costs, and the Service Awards will be paid from the Settlement Fund. The Court may award less than these amounts.

Class Counsel's Application for attorneys' fees, Costs, and Service Awards will be made available on the Settlement Website at www.MGMDataSettlement.com.

## OPTING-OUT FROM THE SETTLEMENT

If you are a Settlement Class member and want to keep any right you may have to individually sue or continue to sue the Released Parties on your own based about the legal claims in the lawsuits or released by the Released Claims, then you must take steps to get out of the Settlement. This is called excluding yourself from—or "opting-out" of—the Settlement.

## 17. How do I opt-out of the Settlement?

To opt-out of the Settlement, you must mail a written request for exclusion, which includes the following:

1) Your name, address, telephone number, and email address (if any);
2) Your personal physical signature; and
3) A statement that you want to be excluded from the Settlement Class, such as "I hereby request to be excluded from the Settlement Class in *In re MGM International Resorts Data Breach Litigation*, Case No.: 2:20-cv-00376-GMN-NJK and *Tanya Owens, et al. v. MGM Resorts International, et al.*, Case No. 2:23-cv-01480-FRB."

The opt-out request must be **mailed** to the Settlement Administrator at the following address, and be **postmarked** by **May 19, 2025**:

*MGM Data Incident Litigation*
Settlement Administrator
PO Box 3020
Portland, OR 97208-3020

**You cannot opt-out (exclude yourself) by telephone or by email.**

"Mass" or "class" requests for exclusion filed by third parties on behalf of a "mass" or "class" of Settlement Class members or multiple Settlement Class members where the opt-out has not been signed by each and every individual Settlement Class member will not be allowed.

## 18. If I opt-out can I still get anything from the Settlement?

No. If you timely opt-out, you will not be entitled to receive Settlement Class Member Benefits, but you will not be bound by the Settlement or any judgment in the lawsuits. You can only get Settlement Class Member Benefits if you stay in the Settlement and submit a timely and valid Claim Form.

## 19. If I do not opt-out, can I sue Defendant for the same thing later?

No. Unless you timely opt-out, you give up any right to individually sue any of the Released Parties for the legal claims this Settlement resolves and Releases relating to the Data Incidents. You must opt-out of the lawsuits to start or continue with your own lawsuit or be part of any other lawsuit against the Released Parties. If you have a pending lawsuit, speak to your lawyer in that case immediately.

# OBJECTING TO THE SETTLEMENT

## 20. How do I tell the Court that I object to the Settlement?

If you are a Settlement Class Member, you can tell the Court you object to all or any part of the Settlement.

To object, you must send your written objection by U.S. mail to the Clerk of Court, Class Counsel, Defendant's Counsel, and the Settlement Administrator postmarked by or shipped by private courier (such as Federal Express) by **May 19, 2025**, stating you object to the Settlement in *In re MGM International Resorts Data Breach Litigation*, Case No.: 2:20-cv-00376-GMN-NJK and *Tanya Owens, et al. v. MGM Resorts International, et al.*, Case No. 2:23-cv-01480-FRB.

To file an objection, you cannot opt-out of the Settlement Class. Your objection must include all of the following information:

1) Your full name, address, telephone number, and email address (if any);
2) All grounds for the objection, accompanied by any legal support for the objection known to you as the objector or your own lawyer;
3) The number of times you have objected to a class action settlement within the 5 years preceding the date that you file the objection, the caption of each case in which you have made an objection, and a copy of any orders related to or ruling upon your prior objections that were issued by the trial and appellate courts in each listed case;
4) The identity of all lawyers representing you, including any former or current lawyers who may be entitled to compensation for any reason related to the objection to the Settlement and/or Application for Attorneys' Fees, Costs, and Service Awards;
5) The number of times in which your lawyer or your lawyer's law firm have objected to a class action settlement within the 5 years preceding the date of the filed objection, the caption of each case in which your lawyer or the firm has made the objection and a copy of any orders related to or ruling upon your lawyer's or the lawyer's law firm's prior objections that were issued by the trial and appellate courts in each listed case in which your lawyer's and/or lawyer's law firm have objected to a class action settlement within the preceding 5 years;
6) The identity of all lawyers (if any) representing you who will appear at the Final Approval Hearing;
7) A list of all persons who will be called to testify at the Final Approval Hearing in support of the objection (if any);
8) A statement confirming whether you intend to personally appear and/or testify at the Final Approval Hearing; and

Questions? Go to www.MGMDataSettlement.com or call 1-888-899-8358

7

9) Your signature as the objector (a lawyer's signature is not sufficient).

To be timely, written notice of an objection including all of the information above must be mailed to the Clerk of Court, Class Counsel, Defendant's Counsel and the Settlement Administrator by **May 19, 2025**, at the following addresses:

| COURT | CLASS COUNSEL |
|---|---|
| Clerk<br>U.S. District Court<br>Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd South<br>Las Vegas, NV 89101 | John A. Yanchunis<br>Morgan & Morgan<br>201 North Franklin Street, 7th Floor<br>Tampa, FL 33602<br><br>J. Gerard Stranch IV<br>Stranch, Jennings, Garvey, PLLC<br>223 Rosa L. Parks Ave, Suite 200<br>Nashville, TN 32703 |

| DEFENDANT'S COUNSEL | SETTLEMENT ADMINISTRATOR |
|---|---|
| Neil Gilman<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>ngilman@huntonak.com<br><br>Eric M. Roberts<br>DLA Piper LLP (US)<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>eric.roberts@us.dlapiper.com | MGM Data Incident Litigation<br>Settlement Administrator<br>PO Box 3020<br>Portland, OR 97208-3020 |

If you fail to comply with the requirements for objecting as detailed above, you waive and forfeit any and all rights you may have to appear separately and/or to object to the Settlement and you will be bound by all the terms of the Settlement and by all proceedings, orders, and judgments in the lawsuits.

### 21. What is the difference between objecting and asking to opt-out?

Objecting is simply telling the Court you do not like something about the Settlement or the requested Attorneys' Fees, Costs, or Service Awards. You can object only if you stay in the Settlement Class (meaning you do not opt-out of the Settlement). Opting-out of the Settlement is telling the Court you do not want to be part of the Settlement Class or the Settlement. If you opt-out, you cannot object to the Settlement.

# THE FINAL APPROVAL HEARING

The Court will hold a "Final Approval Hearing" to decide whether to approve the Settlement. You may attend and you may ask to speak if you file an objection by the deadline, but you do not have to.

### 22. When and where will the Court decide whether to approve the Settlement?

The Court will hold a Final Approval Hearing on **June 18, 2025, at 9:00 a.m.** before the Honorable Gloria M. Navarro, II, in Courtroom 7D at the Lloyd D. George Federal Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101. At this hearing, the Court will consider whether the

Settlement is fair, reasonable, and adequate and decide whether to approve the Settlement, Class Counsel's Application for the Attorneys' Fees, Costs, and Service Awards.

If there are objections that were filed by the deadline, the Court will consider them. If you file a timely objection, and you would like to speak at the hearing, the Court will also listen to you or your lawyer speak at the hearing, if you so request.

**Note:** The date and time of the Final Approval Hearing are subject to change without further notice to the Settlement Class. The Court may also decide to hold the hearing via video conference or by telephone. You should check the Settlement Website www.MGMDataSettlement.com to confirm the date and time of the Final Approval Hearing has not changed.

## 23. Do I have to attend the Final Approval Hearing?

No. Class Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you file an objection, you do not have to attend the Final Approval Hearing to speak about it. As long as you file a written objection by the deadline, the Court will consider it.

## 24. May I speak at the Final Approval Hearing?

Yes, as long as you do not opt-out and you file a timely written objection requesting to speak at the hearing, you can (but do not have to) participate and speak for yourself at the Final Approval Hearing. This is called making an appearance. You also can have your own lawyer speak for you, but you will have to pay for the lawyer yourself.

If you want to appear, or if you want your own lawyer instead of Class Counsel to speak for you at the hearing, you must follow all of the procedures for objecting to the Settlement listed in Question 20 above—and specifically include a statement whether you and your lawyer will appear at the Final Approval Hearing.

# IF YOU DO NOTHING

## 25. What happens if I do nothing at all?

If you are a Settlement Class Member and you do nothing, you will not receive any of the Settlement Class Member Benefits, and you will give up rights explained in the "Opting-Out from the Settlement" section of this Notice, including your right to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against any of the Released Parties about the legal issues in this lawsuit that are released by the Settlement relating to the Data Incidents.

# GETTING MORE INFORMATION

## 26. How do I get more information?

This Notice summarizes the Settlement. Complete details about the Settlement are provided in the Settlement Agreement. The Settlement Agreement and other related documents are available at www.MGMDataSettlement.com. You may get additional information at www.MGMDataSettlement.com, by calling toll-free 1-888-899-8358, or by writing to:

**Questions? Go to www.MGMDataSettlement.com or call 1-888-899-8358**

9

*MGM Data Incident Litigation*
Settlement Administrator
PO Box 3020
Portland, OR 97208-3020

**PLEASE DO NOT TELEPHONE THE COURT OR THE COURT'S
CLERK OFFICE REGARDING THIS NOTICE.**

Attachment 5

<table>
<tr><td>

**Must be postmarked
or submitted online
NO LATER THAN
June 3, 2025**

</td><td>

**MGM Data Incident Litigation
Settlement Administrator
P.O. BOX 3020
Portland, OR 97208-3020
MGMDataSettlement.com**

</td></tr>
</table>

## MGM Data Incident Litigation Claim Form

### SETTLEMENT BENEFITS – WHAT YOU MAY GET

If you are a person in the United States whose Private Information was compromised in either of the MGM Data Incidents that occurred on July 10, 2019, and/or September 7, 2023, you may submit a Claim.

**The easiest way to submit a Claim is online at MGMDataSettlement.com**, or you can complete and mail this Claim Form to the mailing address above.

**You may submit a Claim for one or more of these Settlement Class Member Benefits:**

1. **Financial Account Monitoring**: Use the Claim Form to request free Financial Account Monitoring.

2. **Documented Loss Cash Payment**: If you incurred financial losses from fraud or identity theft that you believe is fairly traceable to the Data Incidents, you can be reimbursed up to $15,000.00. You must submit documents supporting your Claim.

3. **Tiered Cash Payment**. If you have been identified as a Tier 1, Tier 2, or Tier 3 Settlement Class member, you are also eligible to receive a flat cash payment. The three Tiers of Cash Payments are listed below.
   - **Tier 1 Cash Payment** - If your Social Security number or military identification number was exposed, you may be eligible to receive an estimated $75.00 flat cash payment.

   - **Tier 2 Cash Payment** – If your passport number or driver's license number was exposed, you may be eligible to receive an estimated $50.00 flat cash payment.

   - **Tier 3 Cash Payment** – If your name, address, and date of birth was exposed, you may be eligible to receive an estimated $20.00 flat cash payment.

**Monetary compensation from this Settlement is available under Option 2, Documented Loss Cash Payment, and Option 3, Tiered Cash Payment.**

**All Settlement Class members are eligible to file a Claim for Financial Account Monitoring and a Documented Loss Cash Payment, but not every Settlement Class member is eligible to file a Claim for a Tiered Cash Payment.**

**Claims must be submitted online or postmarked by June 3, 2025. Use the website address below for online Claims or the physical address above for mailed claims.**

*Please note: The Settlement Administrator may contact you to request additional documentation to process your Claim. Your Cash Payment amounts may increase or decrease depending on the number and amount of Valid Claims submitted.*

For more information and complete instructions visit  **www.MGMDataSettlement.com**.

**Please note that Settlement Class Member Benefits will be distributed only after the Settlement is approved by the Court and becomes final.**

If the Settlement is approved and your Claim for a Cash Payment is accepted, you will receive an email at the email address you provide below prompting you to select how you would like to be paid. You can receive your Cash Payment via a variety of digital options such as digital debit card or PayPal, or you can elect to receive a paper check.

If the Settlement is approved and you file a Valid Claim for Financial Account Monitoring, you will receive an email with a code and activation instructions at the email address you provide below.

## Your Information

*We will use this information to contact you and process your Claim. It will not be used for any other purpose. If any of the following information changes, you must promptly notify the Settlement Administrator.*

First Name:                                                          MI:        Last Name:

Alternative Name(s) (If Any):

Unique ID (As shown on the notice you received):

Mailing Address (Required):

City:                                                                                          State:        ZIP:

Phone Number:

Email Address:

Year of Birth:

**02-CA40081547**
AL0022 v.08

2

## Financial Account Monitoring
*You may be eligible to receive free financial account monitoring services.*

You can elect to submit a Claim for Financial Account Monitoring including identity theft protection and credit monitoring. This benefit includes one year of Cyex Identity Defense Total with three-bureau monitoring and at least $1,000,000.00 of fraud/identity theft insurance. The one-year period will commence when you use your code to activate the Financial Account Monitoring.

*Please select Option 1 if you want the Financial Account Monitoring for which you are eligible.*

☐    **Option 1, Financial Account Monitoring:** I want to receive free Financial Account Monitoring.

*If you select this option, you will be sent instructions and an activation code after the Settlement is final to your email address or home address. You won't be "upsold" any services by enrolling or otherwise asked to submit any payment for these services now or in the future.*

## Documented Loss Cash Payment: Money You Lost or Spent

If you incurred financial losses from fraud or identity theft that you believe is fairly traceable to either of the Data Incidents and have not been reimbursed for that money, you can receive reimbursement for up to $15,000.00.

It is important for you to send documents that show what happened and how much you lost or spent, so that you can be reimbursed.

*Please select Option 2 if you want to claim for Reimbursement of Out-of-Pocket Losses or Expenses.*

☐    **Option 2, Documented Loss Cash Payment:** I have experienced a documented out-of-pocket loss related to the MGM Data Incidents. I am providing the necessary information and documentation.

To look up more details about how Cash Payments work, visit **MGMDataSettlement.com** or call toll-free 1-888-899-8358. You will find more information about the types of losses that can be paid back to you, what documents you need to attach, and how the Settlement Administrator decides whether to approve your payment. *By filling out the boxes on the next page of this form, you are certifying that the money you spent doesn't relate to other data breaches.*

**You may make as many copies of the Claim Form pages as necessary to list all of your expenses. If you need more space to list your losses, please submit additional pages of this Claim Form to provide that information.**

| Loss Type | Approximate Date Loss | Amount of Loss |
|---|---|---|
| Costs for freezing or unfreezing your credit report on or after 7/10/2019 | ☐☐ – ☐☐ – ☐☐☐☐<br>MM     DD     YYYY | $ ☐☐☐☐☐ • ☐☐ |

**Description of Loss or Money Spent and Supporting Documents**
(Identify what you are attaching, and why it's related to the Data Incidents)
*Examples: Receipts, notices, or account statements reflecting payment for a credit freeze.*

_____

_____

_____

_____

| | | |
|---|---|---|
| Credit monitoring and identity theft protection purchased between 7/10/2019 and the date of your claim submission | ☐☐ – ☐☐ – ☐☐☐☐<br>MM     DD     YYYY | $ ☐☐☐☐☐ • ☐☐ |

**Description of Loss or Money Spent and Supporting Documents**
(Identify what you are attaching, and why it's related to the Data Incidents)
*Examples: Receipts or statements for credit monitoring services.*

_____

_____

_____

_____

| | | |
|---|---|---|
| Costs, expenses, and losses due to identity theft, fraud, or misuse of your personal information on or after 7/10/2019 and that you believe are fairly traceable to the Data Incidents | ☐☐ – ☐☐ – ☐☐☐☐<br>MM     DD     YYYY | $ ☐☐☐☐☐ • ☐☐ |

**Description of Loss or Money Spent and Supporting Documents**
(Identify what you are attaching, and why it's related to the Data Incidents)
*Examples: Account statement with unauthorized charges highlighted, police reports, IRS documents, FTC Identity Theft Reports, letters refusing to refund fraudulent charges, credit monitoring services you purchased*

_____

_____

_____

_____

| Loss Type | Approximate Date Loss | Amount of Loss |
|---|---|---|
| Professional fees paid to address identity theft on or after 7/10/2019 and that you believe are fairly traceable to the Data Incidents | [ ][ ] – [ ][ ] – [ ][ ][ ][ ]<br>MM        DD        YYYY | $ [ ][ ][ ][ ][ ] . [ ][ ] |

**Description of Loss or Money Spent and Supporting Documents**
(Identify what you are attaching, and why it's related to the Data Incidents)
*Examples: Receipts, bills, and invoices from accountants, lawyers, or others.*

_____

_____

_____

_____

| Loss Type | Approximate Date Loss | Amount of Loss |
|---|---|---|
| Other expenses such as notary, fax, postage, copying, mileage, and long-distance telephone charges related to the Data Incidents | [ ][ ] – [ ][ ] – [ ][ ][ ][ ]<br>MM        DD        YYYY | $ [ ][ ][ ][ ][ ] . [ ][ ] |

**Description of Loss or Money Spent and Supporting Documents**
(Identify what you are attaching, and why it's related to the Data Incidents)
*Examples: Phone bills, receipts, detailed list of places you traveled (i.e. police station, IRS office), reason why you traveled there (i.e. police report or letter from IRS re: falsified tax return) and number of miles you traveled*

_____

_____

_____

_____

## Tiered Cash Payment

If you have been identified as a Tier 1, Tier 2, or Tier 3 Settlement Class member, you are eligible to receive a flat cash payment. The three Tiers of Cash Payments are listed below.

**Tier 1 Cash Payment** - If your Social Security number was exposed, you may be eligible to receive an estimated $75.00 flat cash payment.

**Tier 2 Cash Payment** – If your passport number or driver's license number was exposed, you may be eligible to receive an estimated $50.00 flat cash payment.

**Tier 3 Cash Payment** – If your name, address, and date of birth was exposed, you may be eligible to receive an estimated $20.00 flat cash payment.

*Please select Option 3 if you want the Tiered Cash Payment for which you are eligible.*

☐   **Option 3: Tiered Cash Payment: I am eligible to receive one of the Tiered Cash Payments based on the Notice I received, and I wish to claim the Tiered Cash Payment I am eligible for.**

*If you select this option, we will confirm your eligibility against MGM's records. If you are not a Tier 1, Tier 2 or Tier 3 Settlement Class member, you will not receive a Tiered Cash Payment. Only individuals whose Notice identified them as eligible will be able to claim this option.*

## Signature

I affirm under the laws of the United States that the information I have supplied in this form and any copies of documents that I am sending to support my claim are true and correct to the best of my knowledge.

I understand that I may be asked to provide more information by the Settlement Administrator before my claim is complete.

_____
Print Name

_____   Date: [ ][ ] – [ ][ ] – [ ][ ][ ][ ]
Signature                                MM     DD     YYYY

Attachment 6

Odds  Public Betting  PRO Report  PRO Projections  Picks  Prop Projections  Sportsbooks  Casinos  Pro Systems  Legalization Tracker  How To Bet  Betting Calculators  Podcasts

Bet $10, Get $20 in Bonus Bets!

Must be 21+ and Present in New York. Gambling Problem? Call 1-877-8-HOPENY or Text HOPENY. New Users Only. T&Cs Apply.

No Code Needed

## Sports Betting Odds & Analysis



If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023,

### Canada vs. USA: How to Bet This 4 Nations Face-Off Championship Match

NHL · Greg Liodice

## Best U.S. Sportsbooks

BetMGM

bet365

Fanatics Sportsbook

Kalshi (Exchange)

Caesars Sportsbook

DraftKings

ESPN BET

Sleeper (DFS)

Underdog (DFS)

PrizePicks (DFS)

BetRivers

Dabble (DFS)

Fliff (Social Free to Play)

## Recent Stories

See All



NBA · ⏱ Next Game: 5 Hours

**NBA Best Bets Today: Predictions, Picks, Odds for Thursday, February 20**

Action Network Staff · 1 hour ago



NBA

**Nets vs. Cavaliers Odds, NBA Picks, Parlay for 2/20**

Action AI, Alex Kolodziej · 37 mins ago



NCAAB · ⏱ Next Game: 5 Hours

**College Basketball Best Bets, Odds: 4 Picks and Predictions for Thursday, February 20**

Action Network Staff · 33 mins ago



NCAAB · ⏱ Next Game: 7 Hours

**USC vs Maryland Predictions, Odds, Time: 2025 College Basketball Picks**

Rolando Rosa · 20 mins ago



NBA · ⏱ Next Game: 5 Hours



NCAAB · ⏱ Next Game: 3 Hours

Odds   Public Betting   PRO Report   PRO Projections   Picks   Prop Projections   Sportsbooks   Casinos   Pro Systems   Legalization Tracker   How To Bet   Betting Calculators   Podcasts

Kalshi

**Trade on Sports & Politics – Get a $10 Bonus with Our Code!**

Must be 18 years or older and have a legal, U.S. residential address within the 50 states, D.C., or U.S. territories.

ACTION Promo Code

# Sports Betting Odds & Analysis



you may be entitled to benefits from a settlement.
Learn More

### Canada vs. USA: How to Bet This 4 Nations Face-Off Championship Match

NHL   Greg Liodice

## Best U.S. Sportsbooks

- BetMGM
- bet365
- Fanatics Sportsbook
- Kalshi (Exchange)
- Caesars Sportsbook
- DraftKings
- ESPN BET
- Sleeper (DFS)
- Underdog (DFS)
- PrizePicks (DFS)
- BetRivers
- Dabble (DFS)
- Fliff (Social Free to Play)
- Boom (DFS)
- Vivid Picks (DFS)
- Rebet (Social)

## Recent Stories                                    See All


NBA   ⏱ Next Game: 5 Hours
**NBA Best Bets Today: Predictions, Picks, Odds for Thursday, February 20**
Action Network Staff • 1 hour ago


NBA
**Nets vs. Cavaliers Odds, NBA Picks, Parlay for 2/20**
Action AI, Alex Kolodziej • 37 mins ago


NCAAB   ⏱ Next Game: 5 Hours
**College Basketball Best Bets, Odds: 4 Picks and Predictions for Thursday, February 20**
Action Network Staff • 33 mins ago


NCAAB   ⏱ Next Game: 7 Hours
**USC vs Maryland Predictions, Odds, Time: 2025 College Basketball Picks**
Rolando Rosa • 20 mins ago


NBA   ⏱ Next Game: 5 Hours
**Celtics vs. 76ers Prediction, Odds, Parlay Pick for Thursday, February 20**
Joe Dellera • 2 hours ago


NCAAB   ⏱ Next Game: 3 Hours
**Marshall vs Old Dominion Predictions, Picks, Odds for Thursday, February 20**
Carmine Carcieri • 6 hours ago

Off                                                    New York

SUPER BOWL TOP PHOTOS
See key moments

YOUR INBOX APPROVES
Sports news, delivered ...

NEVER MISS AN NFL MOMENT
5 best, via ...

PROJECTING ALL 30 RECORDS
MLB win totals

SUBSCRIBE NOW
$1 for 6 months

USA TODAY

U.S.    Politics    [ Sports ]    Entertainment    Life    Money    Travel    Opinion    Crossword    29°F    Subscribe    Sign In

## Sports | College Basketball (M)

Scores    Schedule    Standings    Teams    Odds    More



Advertisement

If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023,

**Auburn takes back No. 1 spot in the men's basketball poll**
MEN'S COLLEGE BASKETBALL  Feb. 17, 2025

**Auburn, Alabama lead NCAA men's tournament top 16 seeds release**
MEN'S COLLEGE BASKETBALL  Feb. 15, 2025

**When does March Madness start? NCAA bracket dates, what to know**
MEN'S COLLEGE BASKETBALL  12:04 p.m. ET Feb. 20

**Doug Gottlieb responds to LeBron James' comments about Green Bay basketball**
MEN'S COLLEGE BASKETBALL  9:57 a.m. ET Feb. 20

# Bracketology: Big Ten rise in NCAA men's tournament projection

MEN'S COLLEGE BASKETBALL  Feb. 18, 2025



**SEC, Kansas top winners, losers losers from NCAA men's tournament seed release**

MEN'S COLLEGE BASKETBALL  Feb. 15, 2025



**Bubble watch: Analyzing the teams fighting to make the men's tournament**

MEN'S COLLEGE BASKETBALL  8:14 a.m. ET Feb. 19



**Teams rising and falling in the projected NCAA tournament bracket**

MEN'S COLLEGE BASKETBALL  6:09 a.m. ET Feb. 19

## Scores

More NCAAMB Scores →

| | | |
|---|---|---|
| N NW | 13-13 | |
| OHIOST | 15-11 | |
| 6:30 PM ET | | |



**What's wrong with Kansas? KU suffers one of its worst losses ever**

Tuesday's 34-point loss to BYU tied for the worst loss Kansas has suffered since Bill Self took over in 2003.

BIG 12  7:41 a.m. ET Feb. 19

**March Madness odds: Best bets to win 2025 NCAA**

Sports, in your inbox

Sports news, no matter the season. Stop by for the scores, stay for the stories.

Email Address  →

SUPER BOWL TOP PHOTOS
See key moments

YOUR INBOX APPROVES
Sports news, delivered ...

NEVER MISS AN NFL MOMENT
's best, via

PROJECTING ALL 30 RECORDS
MLB win totals

**USA TODAY**

SUBSCRIBE NOW
$1 for 6 months

U.S.  Politics  [ Sports ]  Entertainment  Life  Money  Travel  Opinion  Crossword

29°F    Subscribe    Sign In ⌄

## Sports | College Basketball (M) ⌄

Scores    Schedule    Standings    Teams    Odds    More ⌄



**Auburn takes back No. 1 spot in the men's basketball poll**
MEN'S COLLEGE BASKETBALL  Feb. 17, 2025

**Auburn, Alabama lead NCAA men's tournament top 16 seeds release**
MEN'S COLLEGE BASKETBALL  Feb. 15, 2025

**When does March Madness start? NCAA bracket dates, what to know**
MEN'S COLLEGE BASKETBALL  12:04 p.m. ET Feb. 20

**Doug Gottlieb responds to LeBron James' comments about Green Bay basketball**
MEN'S COLLEGE BASKETBALL  9:57 a.m. ET Feb. 20

Advertisement

you may be entitled to benefits from a settlement.
Learn More

## Bracketology: Big Ten rise in NCAA men's tournament projection

MEN'S COLLEGE BASKETBALL  Feb. 18, 2025



**SEC, Kansas top winners, losers losers from NCAA men's tournament seed release**
MEN'S COLLEGE BASKETBALL  Feb. 15, 2025



**Bubble watch: Analyzing the teams fighting to make the men's tournament**
MEN'S COLLEGE BASKETBALL  8:14 a.m. ET Feb. 19



**Teams rising and falling in the projected NCAA men's tournament bracket**
MEN'S COLLEGE BASKETBALL  6:09 a.m. ET Feb. 19

## Scores

More NCAAMB Scores →

| | | |
|---|---|---|
| N  NW | 13-13 | |
| OHIOST | 15-11 | |
| 6:30 PM ET | | |



**What's wrong with Kansas? KU suffers one of its worst losses ever**

Tuesday's 34-point loss to BYU tied for the worst loss Kansas has suffered since Bill Self took over in 2003.

BIG 12  7:41 a.m. ET Feb. 19

**March Madness odds: Best bets to win 2025 NCAA men's tournament**



**Sports, in your inbox**

Sports news, no matter the season. Stop by for the scores, stay for the stories.

Email Address    →

VIEW E-EDITION

99¢ for 6 mos

SIGN IN

## LAS VEGAS REVIEW-JOURNAL

60°F

NEWS    LOCAL    SPORTS    BUSINESS    OPINION    CRIME    ENTERTAINMENT    DINING OUT    INVESTIGATIONS    OBITS

Home >> Crime >> Homicides

# 'A rock for a lot of people': Las Vegas bartender mourned, found shot inside vehicle



Atomic Liquors bartender Hope Ritter was found dead early Saturday morning in downtown Las Vegas. (Las Vegas Review-Journal)



 **By Bryan Horwath**
Las Vegas Review-Journal
February 19, 2025 - 8:56 pm

Don't miss the big stories. Like us on Facebook.    👍 Like 341K

Updated February 19, 2025 - 11:13 pm


NAQVI INJURY LAW — Never Settle For Less. BEST LAS VEGAS (702) INJURED

▶ Show audio player

As she sat at the Atomic Liquors outdoor patio Wednesday evening, Maria Ledesma

If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023, you may be entitled to benefits from a settlement.

Learn More

**MOST READ**

1  Trump's 'Valentine's Day Massacre' hits Nevada 

2  Vegas Strip property debuts another seafood restaurant after famous chef bails 

3  'Very bullish on Las Vegas': Major Strip player pumping $1B into properties 

4  Universal sets opening date for year-round horror experience in Las Vegas 

5  'They don't care about this neighborhood': Coroner ID's teen killed 

AP SETS THE STANDARD FOR POLITICAL REPORTING. SUPPORT INDEPENDENT, FACT-BASED JOURNALISM.

**DONATE**

SPORTS

# Bets pour in on 4 Nations Cup final between US and Canada



1 of 4 | Canada's Brandon Hagel (38) and United States' Noah Hanifin (15) battle in front of goaltender Connor Hellebuyck (37) during third period of 4 Nations Face-Off hockey game in Montreal on Saturday, Feb. 15, 2025. (Christinne Muschi/The Canadian Press via AP)

BY MARK ANDERSON
Updated 5:57 PM EST, February 19, 2025

Share ⬆

LAS VEGAS (AP) — The players have been emotionally invested in the 4 Nations Face-Off, and sports bettors have noticed and followed suit.

Money has been pouring in on the tournament, and the championship on Thursday night in Boston — a rematch between the United States and Canada — is drawing large betting handles.

ADVERTISEMENT



If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023, you may be entitled to benefits from a settlement.

**Learn More**

## MOST READ





If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023,

Advertisement

# Louisiana governor supports idea of bringing NHL team to New Orleans

Share   

 Updated: 9:42 AM CST Feb 20, 2025

Infinite Scroll Enabled 

 **Fletcher Mackel** 
Sports Anchor/Reporter



Could New Orleans land an NHL expansion team?

Louisiana Gov. Jeff Landry seems to support the idea.



< 2 / 2 >



MENU

New Orleans, LA 70130 **36°** ☀ Sunny / 0% ♀ Change ⬈ MORE >

☀ 36° WEATHER    Q SEARCH

SUBSCRIBE TO EMAIL



you may be entitled to benefits from a settlement.    Learn More

Advertisement

# Louisiana governor supports idea of bringing NHL team to New Orleans

Share   

 Updated: 9:42 AM CST Feb 20, 2025

Infinite Scroll Enabled 

 **Fletcher Mackel** 🐦 ✉
Sports Anchor/Reporter





**BREAKING NEWS THAT MATTERS TO YOU**

WDSU NEWS | EVERY NIGHT 10:00PM

Advertisement

Could New Orleans land an NHL expansion team?

Louisiana Gov. Jeff Landry seems to support the idea.

The Weather Channel

Search City or Zip Code

US | °F

GO PREMIUM | SIGN UP

☀ 64° Las Vegas, NV

My Dashboard **NEW** | Today | Hourly | 10 Day | Weekend | Monthly | Radar | ❄ Winter | More Forecasts ▾


If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023,

**Las Vegas, NV** As of 9:45 am PST



# 64°
**Sunny/Wind**
Day 69° • Night 47°

▶ Watch: Horrifying Moment Delta Plane Flipped

## Today's Forecast for Las Vegas, NV

| | | | |
|---|---|---|---|
| **Morning** | 64° | 〰 | 0% |
| Afternoon | 68° | ☀ | 0% |
| Evening | 56° | 🌙 | 0% |
| Overnight | 49° | 🌘 | 0% |

Next 48 Hours

Advertisement

NY's only specialty-designated heart center
Catholic Health St. Francis Heart Center
Learn More

## Weather Today in Las Vegas, NV

Advertisement

The Weather Channel
PREMIUM
## Our Best Radar Yet
Go Premium

### NW Rain, Snow And Flood Threat



# The Weather Channel

Search City or Zip Code

US | °F

GO PREMIUM | SIGN UP

64° Las Vegas, NV

My Dashboard NEW | Today | Hourly | 10 Day | Weekend | Monthly | Radar | ❄ Winter | More Forecasts

you may be entitled to benefits from a settlement.
**Learn More**

## Las Vegas, NV As of 9:45 am PST

# 64°

**Sunny/Wind**
Day 69° • Night 47°

▶ Watch:  Horrifying Moment Delta Plane Flipped

## Today's Forecast for Las Vegas, NV

| | | | |
|---|---|---|---|
| **Morning** | **64°** | 〰 | 0% |
| Afternoon | **68°** | ☀ | 0% |
| Evening | **56°** | 🌙 | 0% |
| Overnight | **49°** | 🌙 | 0% |

Next 48 Hours

Advertisement

NY's only specialty-designated heart center
Catholic Health
St. Francis Heart Center
Learn More

## Weather Today in Las Vegas, NV

Feels Like

**61°**


Advertisement

The Weather Channel PREMIUM

# Our Best Radar Yet

Go Premium

## NW Rain, Snow And Flood Threat



Atmospheric River Returns

If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023, you may be entitled to benefits from a settlement.

**Learn More**

'He's just the guy that helps you win': How Jacob Slavin has been the quiet hero of Team USA

USA USA · 8h · Ryan Clark

Who wins the U.S.-Canada rematch? Goalie confidence, X factors, keys to victory

USA USA · 8h · Ryan Clark and Kristen Shilton



NEW MODELS COMING SOON. SCHEDULE YOUR VIP TOUR TODAY!

Del Webb Savannah at Heartwood
From the low $400Ks

**Del Webb®**

4 Nations revitalizes hockey betting ahead of final

38m · Doug Greenberg

Hall of Fame Penguins broadcaster Lange dies

PITTSBURGH PENGUINS · 13h

Owners get OK to transform United Center area

CHICAGO BLACKHAWKS · 16h

Quinn Hughes won't join U.S. for 4

# How Jaccob Slavin has been the quiet hero of Team USA



Ryan S. Clark
Feb 20, 2025, 07:00 AM ET

Share   Like                                   ❤️ 🔥 75

BOSTON -- What makes Team USA a *team* -- and not just a collection of All-Stars -- is having Jaccob Slavin on the roster.

That's not conjecture. That's what Team USA coach Mike Sullivan said when asked what the Carolina Hurricanes defenseman means to the men's national team at the 4 Nations Face-Off.

Practically everything about Team USA is a spectacle. The way they win is a spectacle. Their personalities are spectacles upon spectacles. Even hearing the song "Free Bird" after each goal is a spectacle; the reaction it draws from Team USA's fans comes with the expectation that a bald eagle is going to soar throughout the arena to the backdrop of fireworks.

And while Slavin is the antithesis of that spectacle, what he does for the team is one of the main reasons the spectacle exists in

**EDITOR'S PICKS**



The stars and surprises (good and bad) from the 4 Nations Face-Off:

Pontiac mom accused of abandoning children to live in squalor for years arraigned    ×

# The Detroit News
SERVING MICHIGAN SINCE 1873

**SUBSCRIBE NOW**
$1 for 1 month

News **[ Sports ]** Autos    Business    Michigan    Life + Home    Entertainment    Opinion    Obituaries    ⌄    🔍    19°F ☁    Subscribe    Sign In ⌄

Advertisement - scroll for more content



If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023, you may be entitled to benefits from a settlement.

**Learn More**

## Sports

Lions ⌄    Tigers ⌄    Red Wings ⌄    Pistons    Michigan    Michigan State    More ⌄



## Three keys for Michigan basketball in top-15 matchup against MSU

**WOLVERINES** 12:00 p.m. ET Feb. 20

### Top Headlines

Tigers ace Skubal reaches for a soon-to-be-extinct goal — 200 innings

Darius Slay open to second Lions stint if he doesn't return to Eagles

Tigers' bullpen depth allows Hinch to forgo hard-set roles

Gritiron Gang: NFL Scouting Combine preview plus latest Lions' news

Wings unfazed by rugged schedule ahead: 'I don't think we're afraid ... by any means'

Advertisement





Milwaukee's Bobby Portis suspended 25 games for violating NBA's drug policy
**NBA** 12:08 p.m. ET Feb. 20




Tigers give Maeda the ball in spring opener: 'He came here to prove something'
**TIGERS** 6:06 p.m. ET Feb. 19



Lions' Jameson Williams won't face further discipline from NFL over gun-related incident
**LIONS** 3:53 p.m. ET Feb. 19

 


**Sponsored**

 Psst...25% OFF Just for You!
lincove.com

**Legal Notice**
Sponsored · 🌐 ···  ✕

If your information was compromised as a result of the MGM Resorts Data Incidents, you may be entitled to settlement benefits.



MGMDATASETTLEMENT.COM
**MGM Resorts Data Incidents**                              Learn more

👍 Like          💬 Comment          ↪ Share



**Legal Notice**
Sponsored · 🌐

If your information was compromised as a result of the MGM Resorts Data Incidents, you may be entitled to settlement benefits.

MGMDATASETTLEMENT.COM
**MGM Resorts Data Incidents**                    Learn more

👍 Like          💬 Comment          ↪ Share

Sponsored

**SALE TIME**

**25% OFF on all subscriptions!**
trueheightvitamins.com



Search Facebook

Friends

Memories

Saved

Groups

Video

Marketplace

Feeds

See more



**Beyond Our Sight** · Follow
February 16 at 8:52 PM · ⚙

Extremely detailed view of Mars!

140 million miles away from us!



Sponsored



**MGM Resorts Data Incidents**
mgmdatasettlement.com









**Instagram**

legal.notice
Sponsored

Learn more ❯

legal.notice Information compromised due to MGM Data Incidents? You can get settlement benefits.



**legal.notice**
Sponsored

· · ·

**Learn more**  ›

legal.notice Information compromised due to MGM Data Incidents? You can get settlement benefits.

r/Class-Action-Notices removed

If your information was compromised as a result of the MGM Resorts Data Incidents, you may be entitled to settlement benefits.



mgmdatasettlement.com

**Learn More**

 Vote     0     Share

 **u/Class-Action-Notice** Promoted    •••

**If your information was compromised as a result of the MGM Resorts Data Incidents, you may be entitled to settlement benefits.**



mgmdatasettlement.com    **Learn More**

 Vote         💬 0        ↗ Share



**Class Action** @class_notice

If your information was compromised as a result of the MGM Resorts Data Incidents, you may be entitled to settlement benefits.



www.mgmdatasettlement.com
MGM Resorts Data Incidents

  

 Promoted



**Class Action** @class_notice

If your information was compromised as a result of the MGM Resorts Data Incidents, you may be entitled to settlement benefits.



www.mgmdatasettlement.com

MGM Resorts Data Incidents

  Promoted

Attachment 7

# *MGM Data Breach*

## Sponsored Search Keyword List

MGM Data Breach
MGM Breach
MGM Data Incident
MGM Incident
MGM Settlement
MGM Breach Settlement
MGM Data Settlement
MGM Data Breach Settlement
MGM Data Incident Settlement
MGM Lawsuit
MGM Breach Lawsuit
MGM Data Lawsuit
MGM Data Breach Lawsuit
MGM Data Incident Lawsuit
MGM Litigation
MGM Breach Litigation
MGM Data Litigation
MGM Data Breach Litigation
MGM Data Incident Litigation
MGM Class Action
MGM Breach Class Action
MGM Data Class Action
MGM Data Breach Class Action
MGM Data Incident Class Action
MGM Class Action Lawsuit
MGM Breach Class Action Lawsuit
MGM Data Class Action Lawsuit
MGM Data Breach Class Action Lawsuit
MGM Data Incident Class Action Lawsuit
MGM Class Action Settlement
MGM Breach Settlement
MGM Data Class Action Settlement
MGM Data Breach Class Action Settlement
MGM Data Incident Class Action Settlement
MGM Cyber Attack
MGM Cyberattack
MGM Claim Form
MGM Payment
MGM Cash Payment

Attachment 8



MGM Data Breach ✕

All    News    Images    Videos    Forums    Shopping    Web    More ▾

Sponsored

 www.mgmdatasettlement.com/

MGM Data Incident - Class Action Settlement

Benefits available to those compromised in the July 2019 and/or Sept 2023 Data Incidents. To find out more information and to see if you are included, visit the Settlement website.

 Inszone Insurance
https://inszoneinsurance.com › blog › cyberattack-mgm... ⋮



Cyber Attack & Breach on the MGM Resort Explained

Jan 13, 2025 — MGM Resorts suffered a data breach in 2019 that exposed personal information for up to 10.6 million customers, including high-profile ...

 The Record from Recorded Future News
https://therecord.media › mgm-agrees-45-million-paym... ⋮

MGM agrees to pay $45 million to victims of 2019 data ...

Jan 28, 2025 — MGM Resorts International agreed to pay $45 million to settle multiple class action lawsuits related to a data breach in 2019 and a ...

## People also ask ⋮

Is the MGM data breach legitimate?    ⌄

How much is the MGM data breach lawsuit payout per person?    ⌄

Can I get compensation for a data breach?    ⌄

When was the MGM data breach?    ⌄

Feedback

 Berger Montague
https://bergermontague.com › cases › mgm-resorts-data-... ⋮

MGM Resorts Data Breach Class Action Lawsuit



The breach involves up to 200 million guests worldwide who stayed at an MGM property through approximately December 31, 2017. Information stolen in the breach ...

 MGM Resorts Investor Relations
https://investors.mgmresorts.com › press-release-details ⋮

Press Release Details

Oct 5, 2023 — MGM Resorts determined that an unauthorized third party obtained personal information of some of its customers on September 11, 2023.

 **Google**    MGM Class Action       ✕

All    News    Images    Videos    Forums    Maps    Shopping    More ▾

Sponsored

🌐 www.mgmdatasettlement.com/

## MGM Data Settlement - Class Action Lawsuit - See if you are included

Impacted by the 7/2019 and/or 9/2023 Data Incidents? Settlement benefits may be available. To find out more information and to see if you are included, visit the Settlement website.

 ClassAction.org
https://www.classaction.org › News ⋮

## $45 Million MGM Settlement Resolves Data Breach ...

Jan 30, 2025 — **MGM has agreed to pay a $45 million settlement** to resolve class action lawsuits over separate data breaches that occurred in July 2019 and ...

 Cohen Milstein
https://www.cohenmilstein.com › 45m-global-settlemen... ⋮

## Settlement in MGM Data Breach Preliminarily Approved

Jan 24, 2025 — A federal court granted preliminary approval of a $45 million global **settlement** in a data breach **class action** against **MGM** Resorts International.

 Berger Montague
https://bergermontague.com › cases › mgm-resorts-data-... ⋮

## MGM Resorts Data Breach Class Action Lawsuit

The breach involves up to 200 million guests worldwide who stayed at an **MGM** property through approximately December 31, 2017. Information stolen in the breach ...

## People also ask ⋮

Is there a class action suit against MGM?      ⌄

How much is the MGM settlement per person?      ⌄

How much is the MGM data breach lawsuit payout per person?      ⌄

Is it worth joining a class action lawsuit?      ⌄

Feedback

 Class Action Lawsuits
https://topclassactions.com › privacy › data-breach › m... ⋮

## $45M MGM settlement resolves data breach class actions

Plaintiff John Smallman filed a data breach **class action lawsuit** against **MGM** Resorts International on Feb. 21, 2020 after he claims that his personal data was ...

 yahoo!

MGM Data Breach

All    AI Chat NEW    Videos    Images    ••• More    Anytime ⌄

Ad related to: MGM Data Breach

🌐 www.mgmdatasettlement.com

**MGM Data Incident - Class Action Settlement** ›

Benefits available to those compromised in the July 2019 and/or Sept 2023 Data Incidents. To find out more information and to see if you are included, visit the Settlement website.

Hotel and casino giant MGM Resorts has agreed to pay **$45 million** to settle more than a dozen class action lawsuits after hackers stole personal data on millions of customers in two separate cyberattacks.

Reference:

**MGM Resorts settles lawsuits after millions of customer …**

CNN www.cnn.com · 2023/10/05 · business

**Casino giant MGM expects $100 million hit from hack that led …** ›

Oct 6, 2023 · The private **data** of customers who used **MGM** services before March 2019, including contact information, gender, date of birth and driver's license numbers, was breached…

🌐 investors.mgmresorts.com · investors · news-releases

**MGM RESORTS UPDATE ON RECENT CYBERSECURITY ISSUE** ›

Oct 5, 2023 · Promptly after learning of this issue, **MGM** Resorts took steps to protect its systems and **data**, including shutting down certain systems. The Company also quickly launche…

🌐 www.claimdepot.com · settlements · mgm-resorts-data

**MGM Resorts $45 Million Data Breach Settlement** ›

Jan 29, 2025 · **MGM** Resorts International has agreed to pay **$45 million** to settle a class action lawsuit. The lawsuit alleges that **MGM** Resorts failed to adequately protect customer data,…

## Videos



Forbes

Inside The Ransomware Attack That Shut Down MGM Resorts

Sep 13, 2023



WSJ

MGM Agrees to Pay $45 Million to Settle Data-Breach Lawsuit

Jan 27, 2025



YouTube

Data breach at MGM Resorts expected to cost casino giant $100 million

Oct 6, 2023    1.3K Views

View All ↗

CA www.classaction.org · news · 45-million-mgm

**$45 Million MGM Settlement Resolves Data Breach Lawsuits Ov…** ›

Jan 30, 2025 · The **$45,000,000 data breach settlement**, which was preliminarily approved by the court in late January 2025, covers anyone in the United States whose private information was…

### Searches related to MGM Data Breach

🔍 mgm data breach lawsuit how to join

🔍 mgm data breach settlement website

🔍 mgm data breach claim form

🔍 mgm data breach lawsuit

🔍 mgm data breach class action

🔍 mgm data breach compensation



**yahoo!**

MGM Data Lawsuit

All    AI Chat [NEW]    Images    Videos    ··· More                    Anytime ∨

Ad related to: MGM Data Lawsuit

🌐 www.mgmdatasettlement.com

### MGM Data Settlement - Class Action Lawsuit ›

Impacted by the 7/2019 and/or 9/2023 Data Incidents? Settlement benefits may be available. To find out more information and to see if you are included, visit the Settlement website.

CA www.classaction.org · news · 45-million-mgm

### $45 Million MGM Settlement Resolves Data Breach Lawsuits Ov... ⋮

Jan 30, 2025 · MGM has agreed to pay a $45 million settlement to resolve class action lawsuits over separate data breaches that occurred in July 2019 and September 2023.

🌐 www.claimdepot.com · settlements · mgm-resorts-data

### MGM Resorts $45 Million Data Breach Settlement ›

Jan 29, 2025 · MGM Resorts International has agreed to pay $45 million to settle a class action lawsuit. The lawsuit alleges that MGM Resorts failed to adequately protect customer data,...

## Searches related to MGM Data Lawsuit

🔍 mgm data lawsuit **settlement**            🔍 mgm data lawsuit **class action**

🔍 mgm data lawsuit **update**               🔍 mgm data lawsuit **news**

🔍 mgm data lawsuit **claim**                🔍 mgm data lawsuit **payout**

🔍 mgm data lawsuit **status**               🔍 mgm data lawsuit **scam**

CA www.classaction.org · mgm-data-breach-lawsuit

### MGM Data Breach Lawsuits | ClassAction.org ›

‹    **What Does The Lawsuit Say exactly?**    How A Lawsuit Could Help    MGM ›

As a result of MGM Resorts' actions – or lack thereof – guests are now at a "**heightened** and imminent risk of fraud and identity **theft**," the lawsuit says. Further, the suit says, guests would not have paid as much as they did for their hotel stays – or would not have stayed at all – had they known MGM Resorts failed to implement proper data security...

See full list on classaction.org

🌐 www.cohenmilstein.com · 45m-global-settlement-in

### Settlement in MGM Data Breach Preliminarily Approved ›

Jan 24, 2025 · A federal court granted preliminary approval of a **$45 million** global settlement in a data breach class action against MGM Resorts International for failing to implement reasonable...

TC techcrunch.com · 2025/01/29 · mgm-resorts-settles

 Microsoft Bing

MGM Cyber Attack

  Deep search

ALL    COPILOT    WORK    NEWS    VIDEOS    IMAGES    SHOPPING    MAPS    ⋮ MORE    TOOLS

About 908,000 results

 mgmdatasettlement.com
https://www.mgmdatasettlement.com ▾

## MGM Data Incident - Class Action Settlement

Sponsored Benefits available to those compromised in the July 2019 and/or Sept 2023 Data Incidents. To find out more information and to see if you are included, visit the Settlement website.

 cisco.com
https://umbrella.cisco.com › cyber-threat › 2024-report ▾

## Cyber Threat Trends Report | The 2024 Threat Trends Report

Sponsored Learn How DNS Security Can Defend Against Today's Most Common Threats. Download Report. We Resolve 715 Billion DNS Requests Daily—Use Our Threat Intel & Analysis to Get Protected

No Appliances · DNS Based Security · Free 14 Day Trial · 80 Bn Daily DNS Requests

 CNN
https://www.cnn.com › business

## Casino giant MGM expects $100 million hit from hack that led to …

Oct 6, 2023 · MGM Resorts International said on Thursday a cyberattack last month that disrupted its operations would cause a $100 million hit to its third-quarter results, as it works to ...

 Cyber Security Hub
https://www.cshub.com › attacks › news › …

## A full timeline of the MGM Resorts cyber attack



Sep 15, 2023 · Hospitality and entertainment company, MGM Resorts, recently suffered a cyber attack that severely impacted its business operations. The …
Author: Olivia Powell

## Videos of MGM Cyber attack

bing.com › videos



**MGM Cyber Attack - Explained**

6K views · Sep 15, 2023

 YouTube › Real Vegas Locals

### Related searches for MGM Cyber Attack

🔍 MGM cyber attack **today**

🔍 MGM cyber attack **update today**

🔍 MGM cyber attack **latest news**

🔍 MGM cyber attack **what happened**

🔍 MGM **hack what happened**

🔍 **what happened to** MGM **casino**

🔍 MGM cyber attack **update**

🔍 **las vegas** cyber attack **2023**

 Microsoft Bing

MGM Settlement    🎤 📷    🌈    🔍 Deep search

🔍 ALL    COPILOT    WORK    NEWS    VIDEOS    IMAGES    MAPS    TRAVEL    ⋮ MORE    TOOLS

About 2,150,000 results

# $45 million
According to 4 sources

Hotel and casino giant MGM Resorts has agreed to pay **$45 million** to settle more than a dozen class action lawsuits after hackers stole personal data on millions of customers in two separate cyberattacks.

**MGM Resorts settles lawsui…**
techcrunch.com

A Nevada federal judge preliminarily approved a **$45 million** MGM Resorts International settlement resolving claims it failed to protect the customer information during data breaches in 2019 and 2023. The MGM settlement would end dozens…

**$45M MGM settlement reso…**
topclassactions.com

### Related searches for MGM Settlement

🔍 MGM settlements **phone number**

🔍 MGM **resorts** settlement

🔍 MGM **sues victims vegas**

🔍 MGM settlements **contact number**

🔍 MGM **lawsuit**

🔍 **mg** settlements **bunbury**

🔍 MGM **shooting in vegas**

🔍 **las vegas** MGM **shooting**

 mgmdatasettlement.com
https://www.mgmdatasettlement.com ▾

**MGM Data Settlement - Class Action Lawsuit**

Sponsored Impacted by the 7/2019 and/or 9/2023 Data Incidents? Settlement benefits may be available. To find out more information and to see if you are included, visit the Settlement website.

 claimdepot.com
https://www.claimdepot.com › settlements › mgm-resorts-data-settlement

**MGM Resorts $45 Million Data Breach Settlement - claimdepot.com**

Jan 29, 2025 · MGM Resorts International has agreed to pay $45 million to settle a class action lawsuit. The lawsuit alleges that MGM Resorts failed to adequately protect customer data, …

 ClassAction.org
https://www.classaction.org › news

**$45 Million MGM Settlement Resolves Data Breach …**

Jan 30, 2025 · MGM has agreed to pay a $45 million settlement to resolve class action lawsuits over separate data breaches that occurred in July 2019 and September 2023.



## Videos of MGM settlement
bing.com › videos

 **MGM** agrees to settle lawsuit with Las Vegas shooting victims

49.3K views · Oct 3, 2019
YouTube › CBS News

 **MGM** Agrees to Pay Las Vegas Shooting Victims Up to $800 Million

Mar 22, 2018
NY Times › Richard A. Oppel Jr.

 **MGM** Resorts Reaches **Settlement** in 2017 Las Vegas Mass Shooting

Oct 3, 2019
WSJ › Katherine Sayre, Zusha Elinson

 **MGM** to pay $800 million **settlement** to victims of Las Vegas massacre

Attachment 9

# If your Private Information was compromised as a result of one of two Data Incidents involving MGM Resorts International in or around July 2019, and/or in or around September 2023, you may be entitled to benefits from a Settlement

USA - English ▾

---

NEWS PROVIDED BY
**United States District Court for the District of Nevada →**
Feb 20, 2025, 09:00 ET

---

LAS VEGAS, Feb. 20, 2025 /PRNewswire/ -- A $45 million Settlement has been reached in two class action lawsuits against MGM Resorts International ("Defendant") arising out of two Data Incidents, one that occurred in or around July 2019, and a second one that occurred in or around September 2023 (together, the "Data Incidents"). Varying amounts of Private Information of customers and guests of Defendant were accessed in the Data Incidents. The Private Information included, names, addresses, telephone numbers, email addresses, dates of birth, and, for a smaller number of individuals, drivers' license numbers, passport numbers, Social Security numbers, and military identification numbers.

**Who is Included?** The Settlement Class includes all persons in the United States whose Private Information was compromised as a result of the Data Incidents and who were sent notice by the Defendant of the Data Incidents.

**Documented Loss Cash Payment:** You can file a Claim Form with supporting documentation that you spent money or incurred losses related to the Data Incident for up to $15,000.

**Tiered Cash Payment:** Certain Settlement Class Members are also eligible to receive a flat cash payment, without providing supporting documentation, depending on what personal information may have been exposed in the Data Incidents. There are three Tiers: (1) Tier 1 payments are estimated to be $75; (2) Tier 2 payments are estimated to be $50; and (3) Tier 3 payments are estimated to be $20. All payments may be adjusted upward or downward depending on the amount of Valid Claims filed. Please visit the website for information on the 3 different Tiered Cash Payments.

**Financial Account Monitoring:** In addition to Cash Payments, you can elect one year of Financial Account Monitoring.

**All Settlement Class Members are eligible to file a Claim for Financial Account Monitoring and a Documented Loss Cash Payment, but not every Settlement Class Member is eligible to file a Claim for a Tiered Cash Payment.**

You must submit your Claim Form online or by mail postmarked by **June 3, 2025**.

**Other Options**. If you do not want to be bound by the Settlement, you must opt-out by **May 19, 2025**. If you do not opt-out, you will give up the right to sue and will release the Defendant and Released Parties of legal claims in the lawsuits. If you do not-opt out, you may object to the Settlement by **May 19, 2025**. The Long Form Notice on the Settlement Website has instructions on how to opt-out or object. If you do nothing, you will get no Settlement Class Member Benefits, and you will be bound by the Settlement, any judgments, and orders. The Court will hold a Final Approval Hearing on **June 18, 2025**, to consider whether to approve the Settlement, the requested Service Awards, attorneys' fees of up to 30% of the $45 million Settlement Fund, costs, and any objections. You or your own attorney may attend and ask to appear at the hearing, but are not required to do so.

**This notice is a summary. Learn more about the Settlement at www.MGMDataSettlement.com, or by calling toll free 1-888-899-8358.**

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

**440k+**
**Newsrooms &**
**Influencers**

**9k+**
**Digital Media**
**Outlets**

**270k+**
**Journalists**
**Opted In**

# Si su Información Privada se vio comprometida como resultado de uno de los dos Incidentes de Datos que involucraron a MGM Resorts International en julio de 2019 y/o en septiembre de 2023, o aproximadamente en esas fechas, usted puede tener derecho a los beneficios de un Acuerdo de Conciliación

USA - español ▾

NEWS PROVIDED BY
**United States District Court for the District of Nevada** ➡
Feb 20, 2025, 09:00 ET

LAS VEGAS, 20 de febrero de 2025 /PRNewswire-HISPANIC PR WIRE/ -- Se ha llegado a un Acuerdo de Conciliación por $45 millones en dos demandas colectivas contra MGM Resorts International ("Demandado") derivadas de dos Incidentes de Datos, uno que ocurrió en julio de 2019, y un segundo que ocurrió en septiembre de 2023 o alrededor de esas fechas (en conjunto, los "Incidentes de Datos"). En los Incidentes de Datos, se accedió a cantidades variables de Información Privada de clientes y huéspedes del Demandado. La Información Privada incluía nombres, direcciones, números de teléfono, direcciones de correo electrónico, fechas de nacimiento y, para un número menor de personas, números de licencia de conducir, números de pasaporte, números de la Seguridad Social y números de identificación militar.

**¿Quiénes están incluidos?** El Grupo de Demandantes incluye a todas las personas en los Estados Unidos cuya Información Privada se vio comprometida como resultado de los Incidentes de Datos y a quienes el Demandado envió una notificación de los Incidentes de Datos.

**¿Qué establece el Acuerdo de Conciliación?**

<u>Pago en efectivo por pérdidas documentadas:</u> Puede presentar un Formulario de Reclamación con documentación de apoyo de que gastó dinero o incurrió en pérdidas relacionadas con el Incidente de Datos por hasta $15,000.

<u>Pago en efectivo por niveles:</u> Ciertos Miembros del Grupo de Demandantes también son elegibles para recibir un pago fijo en efectivo, sin proporcionar documentación de apoyo, dependiendo de la información personal que pueda haber sido expuesta en los Incidentes de Datos. Se establecieron tres niveles: (1) Los pagos del Nivel 1 se estiman en $75; (2) los pagos del Nivel 2 se estiman en $50; y (3) los pagos del Nivel 3 se estiman en $20. Todos los pagos pueden ajustarse al alza o a la baja en función de la cantidad de Reclamaciones Válidas presentadas. Visite el sitio web para obtener información sobre los 3 diferentes Pagos en efectivo por niveles.

<u>Monitoreo de cuentas financieras:</u> Además de los Pagos en efectivo, puede elegir un año de Monitoreo de cuentas financieras.

<u>**Todos los Miembros del Grupo de Demandantes son elegibles para presentar una Reclamación de Monitoreo de cuentas financieras y un Pago en efectivo por pérdidas documentadas, pero no todos los Miembros del Grupo de Demandantes son elegibles para presentar una Reclamación de Pago en efectivo por niveles.**</u>

Debe enviar su Formulario de Reclamación en línea o por correo postal con matasellos de antes del **3 de junio de 2025.**

**Otras opciones**. Si no desea estar sujeto al Acuerdo de Conciliación, debe excluirse antes del **19 de mayo de 2025**. Si no se excluye, renunciará al derecho a demandar y eximirá al Demandado y a las Partes Eximidas de las reclamaciones legales planteadas en las demandas. Si no se excluye, puede objetar el Acuerdo de Conciliación antes del **19 de mayo de 2025**. El Aviso Detallado en el Sitio Web del Acuerdo de

Conciliación contiene instrucciones sobre cómo excluirse u objetar. Si no hace nada, no obtendrá Beneficios para los Miembros del Grupo de Demandantes y estará sujeto al Acuerdo de Conciliación, a cualquier sentencia y a cualquier orden. El Tribunal celebrará una Audiencia de Aprobación Definitiva el **18 de junio de 2025** para considerar si aprueba el Acuerdo de Conciliación, las Indemnizaciones por Servicios solicitadas, los honorarios de los abogados de hasta el 30 % del Fondo del Acuerdo de Conciliación de $45 millones, los costos y cualquier objeción. Usted o su propio abogado pueden asistir y solicitar comparecer en la audiencia, pero no están obligados a hacerlo.

**Este aviso es un resumen. Obtenga más información sobre el Acuerdo de Conciliación en www.MGMDataSettlement.com, o llamando al número gratuito 1-888-899-8358.**

FUENTE United States District Court for the District of Nevada

WANT YOUR COMPANY'S NEWS

# FEATURED ON PRNEWSWIRE.COM?

# GET STARTED

| **440k+** Newsrooms & Influencers | **9k+** Digital Media Outlets | **270k+** Journalists Opted In |

Attachment 10

**Si su Información Privada se vio comprometida como resultado de uno de los dos Incidentes de Datos que involucraron a MGM Resorts International en julio de 2019 y/o en septiembre de 2023, o aproximadamente en esas fechas, usted puede tener derecho a los beneficios de una Conciliación.**

*Este aviso fue autorizado por un tribunal. <u>No</u> es a solicitud de un abogado.*

- Se ha llegado a una Conciliación por $45 millones contra MGM Resorts International ("MGM" o el "Demandado") derivadas de dos Incidentes de Datos, uno que ocurrió en julio de 2019, y un segundo que ocurrió en septiembre de 2023 o alrededor de esas fechas (en conjunto, los "Incidentes de Datos"). En los Incidentes de Datos, se accedió a cantidades variables de Información Privada de clientes y huéspedes de MGM. La Información Privada incluía nombres, direcciones, números de teléfono, direcciones de correo electrónico, fechas de nacimiento y números de licencia de conducir, números de pasaporte, números de la Seguridad Social y números de identificación militar. Solo los números de Seguro Social, números de pasaporte y/o números de licencia de conducir de ciertas personas quedaron expuestos.

- Si usted es un Miembro del Grupo de Demandantes de la Conciliación, es posible que como tal pueda recibir los siguientes Beneficios:

  **Pago en efectivo por pérdidas documentadas:** Puede presentar un Formulario de Reclamación válido y en forma oportuna y documentación de apoyo de que gastó dinero o incurrió en pérdidas relacionadas con el Incidente de Datos por hasta $15,000.

  **Pago en efectivo por niveles:** Ciertos Miembros del Grupo de Demandantes de la Conciliación también son elegibles para recibir un pago fijo en efectivo, sin tener que proporcionar documentación de apoyo, dependiendo de la información personal que pueda haber sido expuesta en los Incidentes de Datos. También se requiere la presentación de una Reclamación válida y oportuna para poder recibir los Pagos en efectivo por niveles.

  **Pago en efectivo de nivel 1**: si su número de Seguro Social o número de identificación militar quedó expuesto, puede ser elegible para recibir un pago en efectivo fijo estimado de $75.00.

  **Pago en efectivo de nivel 2**: si su número de pasaporte o número de licencia de conducir quedó expuesto, puede ser elegible para recibir un pago en efectivo fijo estimado de $50.00.

  **Pago en efectivo de nivel 3**: si su nombre, dirección y/o fecha de nacimiento quedaron expuestos, es posible que sea elegible para recibir un pago en efectivo fijo estimado de $20.00.

  **Monitoreo de cuentas financieras:** Además de los Pagos en efectivo, todos los Miembros del Grupo de Demandantes de la Conciliación son elegibles para recibir un año de Monitoreo de cuentas financieras, tras la presentación de una Reclamación válida y oportuna.

Su Pago en efectivo puede estar sujeto a un aumento o disminución *prorrateado* (un término legal que significa participación equitativa). A continuación, encontrará más información sobre este ajuste.

**Este Aviso puede afectar sus derechos. Léalo con atención.**

| Sus opciones y derechos legales | | Fecha límite |
|---|---|---|
| **PRESENTAR UN FORMULARIO DE RECLAMACIÓN** | La única manera de obtener Beneficios para los Miembros del Grupo de Demandantes de la Conciliación es presentando un Formulario de Reclamación válido y oportuno. | Enviado o con fecha de franqueo postal a más tardar del: **3 de junio de 2025** |
| **EXCLUIRSE DE LA CONCILIACIÓN** | No obtiene Beneficios para Miembros del Grupo de Demandantes. Conserva cualquier derecho de presentar su propia demanda contra las Partes exoneradas en relación con las reclamaciones legales que se plantean en estas demandas que sean resueltas por la Conciliación. | **Contener fecha de franqueo postal a más tardar del: 19 de mayo de 2025** |
| **OBJETAR LA CONCILIACIÓN** | Permanece en la Conciliación, pero le informa al Tribunal por qué no está de acuerdo con la Conciliación. Seguirá estando obligado por la Conciliación si el Tribunal la aprueba. | **Contener fecha de franqueo postal a más tardar del: 19 de mayo de 2025** |
| **NO HACER NADA** | No obtiene Beneficios para Miembros del Grupo de Demandantes. Renuncia a sus derechos legales. | |

- Estos derechos y estas opciones, **y las fechas límite para ejercerlos**, se explican en este Aviso. El Tribunal debe decidir si aprueba la Conciliación, así como las adjudicaciones por servicio, los honorarios y costos solicitados de los abogados. No se proporcionará ningún Beneficio para los Miembros del Grupo de Demandantes de la Conciliación hasta que el Tribunal apruebe dicha Conciliación.

# INFORMACIÓN BÁSICA

## 1. ¿Por qué se proporciona este Aviso?

Un tribunal autorizó este Aviso porque usted tiene el derecho de saber acerca de la Conciliación y de todos sus derechos y opciones antes de que el Tribunal decida si dará la Aprobación Definitiva de la Conciliación. En este Aviso se explican la demanda, el Acuerdo de conciliación, sus derechos legales, los beneficios disponibles, quiénes son elegibles para recibir los beneficios y cómo obtenerlos.

La Honorable Gloria M. Navarro del Tribunal de Distrito de los Estados Unidos para el Distrito de Nevada está supervisando la Conciliación combinada de dos demandas colectivas. Las demandas se conocen como *In re MGM International Resorts Data Breach Litigation*, Caso N.º: 2:20-cv-00376-GMN-NJK y *Tanya Owens, et al. v. MGM Resorts International, et al.*, Caso N.º 2:23-cv-01480-FRB (las "demandas"). Las personas que presentaron estas demandas se denominan los "Demandantes" y/o los "Representantes del Grupo de Demandantes" y la compañía demandada, MGM Resorts International, se denomina el "Demandado".

## 2. ¿De qué tratan las demandas?

Los Demandantes presentaron estas demandas contra el Demandado individualmente y en nombre de los clientes y huéspedes del Demandado cuya Información Privada, incluidos, entre otros datos, nombres, direcciones, números de teléfono, direcciones de correo electrónico, fechas de nacimiento, números de licencia de conducir, números de pasaporte y números de Seguro Social se vio comprometida como resultado de dos Incidentes de Datos separados.

Los Demandantes alegan que, en julio de 2019, o alrededor de esa fecha, y nuevamente en septiembre de 2023, o alrededor de esa fecha, como resultado de los Incidentes de Datos, personas no autorizadas accedieron a la red del Demandado y a su Información Privada. Diferentes Demandantes interpusieron dos demandas separadas contra el Demandado que surgieron de cada uno de los Incidentes de Datos.

El Demandado niega las reclamaciones legales en cada demanda y niega haber cometido un acto ilícito o tener responsabilidad. Ningún tribunal ni ninguna otra entidad judicial ha emitido una sentencia ni otra determinación de una infracción por parte del Demandado o de que se haya violado la ley. En cambio, los Demandantes y el Demandado han llegado a una Conciliación para evitar el riesgo, el costo y el tiempo de continuar con la demanda.

### 3. ¿Por qué esta se considera una demanda colectiva?

En una demanda colectiva, una o más personas (llamadas representantes del grupo) demandan en nombre de todas las personas que tienen reclamaciones similares. En conjunto, todas estas personas se denominan Grupo de Demandantes o Miembros del Grupo de Demandantes. Un tribunal resuelve las cuestiones para todos los Miembros del Grupo de Demandantes de la Conciliación, excepto aquellos que se excluyan (se retiren) del Grupo de Demandantes de la Conciliación dentro del plazo establecido.

Los Representantes del Grupo de Demandantes en las demandas son los Demandantes que demandaron el Acuerdo de Conciliación.

### 4. ¿Por qué existe una Conciliación?

En algún momento después de que se interpusiera cada demanda, los Demandantes de la demanda por el Incidente de Datos de 2019 y los Demandantes de la demanda por el Incidente de Datos de 2023 decidieron trabajar juntos y en conjunto llegar a una conciliación global de ambas demandas con el Demandado. Los Demandantes y el Demandado no están de acuerdo con respecto a las reclamaciones legales planteadas en las demandas. Ninguna demanda fue elevada a juicio, y el Tribunal no ha tomado ninguna decisión a favor de los Demandantes ni del Demandado. En su lugar, los Demandantes y el Demandado acordaron resolver ambas demandas mediante una conciliación. Los Representantes del Grupo de Demandantes, el Demandado y sus abogados creen que la Conciliación es lo mejor para todos los Miembros del Grupo de Demandantes de la Conciliación debido a los beneficios disponibles para estos y los riesgos e incertidumbre de continuar las demandas.

## ¿QUIÉNES ESTÁN INCLUIDOS EN LA CONCILIACIÓN?

### 5. ¿Cómo sé si formo parte de la Conciliación?

El Grupo de Demandantes incluye a todas las personas en los Estados Unidos cuya Información Privada se vio comprometida como resultado de los Incidentes de Datos y a quienes el Demandado envió una notificación de los Incidentes de Datos.

### 6. ¿Existen excepciones para ser incluido en la Conciliación?

Sí. Quedan excluidos del Grupo de Demandantes de la Conciliación los jueces que presiden las demandas y sus familiares directos.

## 7. ¿Qué hago si todavía no estoy seguro si formo parte del Acuerdo de Conciliación?

Si no está seguro de si es Miembro del Grupo de Demandantes de la Conciliación, puede visitar el Sitio web de la Conciliación en www.MGMDataSettlement.com o llamar al número gratuito del Administrador de la Conciliación al 1-888-899-8358.

# LOS BENEFICIOS DE LA CONCILIACIÓN:
# QUÉ OBTENDRÁ SI REÚNE LOS REQUISITOS

## 8. ¿Qué establece el Acuerdo de Conciliación?

Si usted es Miembro del Grupo de Demandantes de la Conciliación y presenta un Formulario de Reclamación válido y oportuno, es posible que sea elegible para recibir los siguientes Beneficios para Miembros del Grupo de Demandantes de la Conciliación:

**Pago en efectivo por pérdidas documentadas**.

Puede presentar un Formulario de Reclamación con documentación de apoyo de que gastó dinero o incurrió en pérdidas relacionadas con los Incidentes de Datos por hasta $15,000.

Algunos ejemplos de pérdidas incluyen, entre otros, los siguientes:

- Pérdidas no reembolsadas relacionadas con fraude o robo de identidad;
- Honorarios profesionales, incluidos honorarios de abogados, honorarios de contadores y honorarios por servicios de reparación de crédito;
- Costos asociados con el congelamiento o descongelamiento de crédito con cualquier agencia de informes de crédito;
- Costos de monitoreo de crédito en los que se incurrió durante o después de los Incidentes de Datos hasta la Fecha límite de las reclamaciones; y
- Gastos varios como de notario, fax, franqueo, fotocopias, millaje y cargos telefónicos por llamadas de larga distancia.

Algunos ejemplos de documentación de apoyo incluyen, entre otros, los siguientes:

- estados de cuenta de tarjeta de crédito;
- estados de cuenta bancarios;
- facturas;
- registros telefónicos; y
- recibos.

La documentación "de preparación propia", como recibos escritos a mano, son, por sí mismos, insuficientes para recibir el reembolso, pero se pueden considerar para agregar claridad o respaldar otra documentación presentada. No se le reembolsarán los gastos si otra fuente le ha reembolsado los mismos gastos.

**Pagos en efectivo por niveles**.

Además del Pago en Efectivo por Pérdida Documentada, usted puede ser elegible para recibir un pago en efectivo fijo si determinada información suya quedó expuesta en cualquiera de los Incidentes de Datos de 2019 o 2023. Si se le envió un Aviso de la Conciliación por correo electrónico o correo postal, en tal Aviso se le informaba si era probablemente elegible para recibir un Pago en Efectivo de Nivel 1, Nivel 2 o Nivel 3.

**Pago en efectivo de nivel 1**: si su número de Seguro Social o número de identificación militar quedó expuesto, puede ser elegible para recibir un pago en efectivo fijo estimado de $75.00.

**Pago en efectivo de nivel 2**: si su número de pasaporte o número de licencia de conducir quedó expuesto, puede ser elegible para recibir un pago en efectivo fijo estimado de $50.00.

**Pago en efectivo de nivel 3**: si su nombre, dirección y/o fecha de nacimiento quedaron expuestos, es posible que sea elegible para recibir un pago en efectivo fijo estimado de $20.00.

Los Pagos en Efectivo pueden estar sujetos a un aumento prorrateado (un término legal que significa participación equitativa) del Fondo de la Conciliación en caso de que el monto de las Reclamaciones Válidas sea insuficiente para agotar todo el Fondo de la Conciliación. De manera similar, en caso de que el monto de las Reclamaciones Válidas agote el monto del Fondo de la Conciliación, el monto de los Pagos en Efectivo podrá reducirse de manera prorrateada según corresponda.

**Monitoreo de cuentas financieras.**

Además de los Pagos en Efectivo, usted puede ser elegible para obtener un año de protección contra robo de identidad de tres agencias, monitoreo de crédito y al menos $1,000,000 de seguro contra fraude/robo de identidad.

### 9. ¿A qué renuncio para recibir los beneficios de la Conciliación o permanecer en el Grupo de Demandantes?

A menos que se excluya de la Conciliación, usted elige permanecer en el Grupo de Demandantes de la Conciliación. Si la Conciliación se aprueba y se torna definitiva, todas las órdenes y sentencias del Tribunal lo afectarán y serán legalmente vinculantes para usted. Usted no podrá iniciar o continuar una demanda, ni ser parte de ninguna otra demanda contra las Partes Exoneradas, por los asuntos legales de estas demandas que sean exonerados mediante la presente Conciliación. Los derechos específicos a los que usted renuncia se denominan "Reclamaciones Exoneradas".

### 10. ¿Cuáles son las Reclamaciones Exoneradas?

En la Sección XIII del Acuerdo de Conciliación se describen las Reclamaciones Exoneradas y la Exoneración de Responsabilidad, utilizando la terminología legal necesaria, por lo tanto, lea esas secciones detenidamente. El Acuerdo de Conciliación completo está disponible en www.MGMDataSettlement.com. Puede hablar sin costo alguno con los Abogados del Grupo de Demandantes que aparecen en la pregunta 14, o puede, por su cuenta y gasto, hablar con su propio abogado si tiene preguntas acerca de la Exoneración de Responsabilidad o las Reclamaciones Exoneradas y el significado del vocabulario del Acuerdo de Conciliación.

## CÓMO OBTENER LOS BENEFICIOS DE LA CONCILIACIÓN

### 11. ¿Cómo realizo una Reclamación de los Beneficios para Miembros del Grupo de Demandantes de la Conciliación?

Debe presentar un Formulario de Reclamación válido y oportuno para recibir los Beneficios de la Conciliación descritos en la Pregunta 8. Su Formulario de Reclamación debe enviarse en línea en www.MGMDataSettlement.com a más tardar el **3 de junio de 2025**, o por correo al Administrador de la Conciliación a la dirección que figura en el Formulario de Reclamación, **con fecha de franqueo postal a más tardar del 3 de junio de 2025**. Los Formularios de Reclamación también están disponibles en el

**¿Tiene alguna pregunta? Visite www.MGMDataSettlement.com o llame al 1-888-899-8358**

**5**

Sitio web de la Conciliación en www.MGMDataSettlement.com o llamando al 1-888-899-8358 o escribiendo a esta dirección:

*MGM Data Incident Litigation*
Settlement Administrator
PO Box 3020
Portland, OR 97208-3020

## 12. ¿Cómo sé si reúno los requisitos para recibir un Pago en Efectivo de Nivel 1, Nivel 2 o Nivel 3?

Si se le envió un Aviso de la Conciliación por correo electrónico o correo postal, en su Aviso se le indicaba si usted era elegible para recibir un Pago en Efectivo de Nivel 1, Nivel 2 o Nivel 3. También se le proporcionó un número de identificación único para ayudarle a presentar fácilmente su Reclamación en línea en el Sitio web de la Conciliación. Si aún tiene preguntas sobre su elegibilidad, visite www.MGMDataSettlement.com o llame al 1-888-899-8358.

## 13. ¿Qué sucede si mi información de contacto cambia después de que envío un Formulario de Reclamación?

Si usted cambia su dirección postal o dirección de correo electrónico después de presentar un formulario de reclamación, es su responsabilidad comunicarle al administrador del acuerdo de conciliación su información actualizada. Deberá notificar al administrador del acuerdo de conciliación cualquier cambio por escrito a la siguiente dirección:

*MGM Data Incident Litigation*
Settlement Administrator
PO Box 3020
Portland, OR 97208-3020

## 14. ¿Cuándo recibiré mis Beneficios para Miembros del Grupo de Demandantes de la Conciliación?

Si usted presenta un Formulario de Reclamación válido, los Beneficios para Miembros del Grupo de Demandantes de la Conciliación serán proporcionados por el Administrador de la Conciliación después de que la Conciliación sea aprobada por el Tribunal y se torne definitiva.

Puede tomar tiempo para que la Conciliación se apruebe y sea definitiva. Tenga paciencia y consulte la página www.MGMDataSettlement.com para obtener actualizaciones.

# LOS ABOGADOS QUE LO REPRESENTAN

## 15. ¿Tengo un abogado en esta demanda?

Sí, el Tribunal ha designado a John Yanchunis de Morgan & Morgan Complex Litigation Group, E. Michelle Drake de Berger Montague PC, Doug McNamara de Cohen Milstein Sellers & Toll, PLLC, David Berger de Gibbs Law Group LLP, J. Gerard Stranch IV de Stranch, Jennings y Garvey, PLLC, Lynn Toops de Cohen & Malad LLP, James Pizzirusso de Hausfeld LLP, Gary M. Klinger de Milberg Coleman Bryson Phillips Grossman PLLC, y Jeff Ostrow de Kopelowitz Ostrow P.A. como Abogados del Grupo de Demandantes para representarlo a usted y al Grupo de Demandantes de la Conciliación a

los fines de esta Conciliación. Usted puede contratar a su propio abogado por su cuenta y cargo si desea que otra persona que no sean los Abogados del Grupo de Demandantes lo represente en esta demanda.

### 16. ¿Cómo se les pagará a los Abogados del Grupo de Demandantes?

Los Abogados del Grupo de Demandantes presentarán una moción para solicitar al Tribunal que adjudique los honorarios de abogados y costos por un valor de $45,000,000 del Fondo de la Conciliación. Buscarán solicitar el 30 % del Fondo de la Conciliación en concepto de honorarios de abogados y el reembolso de sus costos de litigio. Los Abogados del Grupo de Demandantes también solicitarán al Tribunal que apruebe Adjudicaciones por Servicio por un monto de $10,000.00 cada una para aquellos Representantes del Grupo de Demandantes a quienes les hayan tomado declaración y $3,500.00 cada uno para todos los demás Representantes del Grupo de Demandantes. Las Adjudicaciones por Servicio compensan los esfuerzos de los Representantes del Grupo de Demandantes destinados a las Demandas y a lograr la Conciliación. Si el Tribunal los concede, estos Honorarios de Abogados, Costos y Adjudicaciones por Servicio se pagarán del Fondo de la Conciliación. El Tribunal puede adjudicar montos menores que estos.

La Solicitud de los Abogados del Grupo de Demandantes para cubrir los honorarios de los abogados, los Costos y las Adjudicaciones por servicio estará disponible en el Sitio web de la Conciliación en www.MGMDataSettlement.com.

# CÓMO OPTAR POR EXCLUIRSE DE LA CONCILIACIÓN

Si usted es Miembro del Grupo de Demandantes de la Conciliación y desea conservar cualquier derecho que pueda tener de iniciar o continuar una demanda contra las Partes Exoneradas por su cuenta y cargo, por las reclamaciones legales planteadas en estas demandas o exoneradas por las Reclamaciones Exoneradas, usted debe seguir los pasos para salir de la Conciliación. Esto se conoce cómo excluirse u "optar por no formar parte" de la Conciliación.

### 17. ¿Cómo excluirse de la Conciliación?

Para excluirse de la Conciliación, debe enviar una solicitud de exclusión por escrito que incluya lo siguiente:

1) Su nombre, dirección, número de teléfono y dirección de correo electrónico (según corresponda);
2) Su firma física personal; y
3) Una declaración en la que indique que desea ser excluido del Grupo de Demandantes de la Conciliación, como por ejemplo: "Por el presente solicito ser excluido del Grupo de Demandantes de la Conciliación en *In re MGM International Resorts Data Breach Litigation*, Caso N.º: 2:20-cv-00376-GMN-NJK y *Tanya Owens, et al. v. MGM Resorts International, et al.*, Caso N.º 2:23-cv-01480-FRB".

La solicitud de exclusión debe **enviarse por correo** al Administrador de la Conciliación a la siguiente dirección, con **fecha de franqueo postal** a más tardar del **19 de mayo de 2025**:

*MGM Data Incident Litigation*
Settlement Administrator
PO Box 3020
Portland, OR 97208-3020

**No puede optar por excluirse (salirse) por teléfono ni por correo electrónico.**

No se permitirán las solicitudes de exclusión "masivas" o "en grupo" presentadas por terceros en nombre de "un conjunto masivo" o "un grupo" de Miembros del Grupo de Demandantes de la Conciliación o múltiples Miembros del Grupo de Demandantes cuando la exclusión no haya sido firmada por cada Miembro del Grupo de Demandantes de la Conciliación.

## 18. Si me excluyo, ¿puedo igualmente obtener algo de la Conciliación?

No. Si se excluye en forma oportuna, no tendrá derecho a recibir ningún Beneficio para Miembros del Grupo de Demandantes de la Conciliación, pero no quedará vinculado ni por la Conciliación ni por ninguna sentencia que se dicte en estas demandas. Solamente puede obtener los Beneficios para Miembros del Grupo de Demandantes de la Conciliación si permanece en la Conciliación y presenta un Formulario de Reclamación válido y oportuno.

## 19. Si no me excluyo, ¿puedo iniciar acciones legales contra el Demandado por el mismo asunto en el futuro?

No. A menos que se excluya en forma oportuna, usted renuncia al derecho de demandar individualmente a las Partes Exoneradas por las reclamaciones legales que la presente Conciliación resuelva y exonere en relación con los Incidentes de Datos. Usted debe excluirse de estas demandas para poder iniciar o continuar su propia demanda o ser parte de cualquier otra demanda contra el Demandado u otras Partes Exoneradas. Si usted tiene una demanda en trámite, hable de inmediato con el abogado que lo representa en ese caso.

# OBJETAR LA CONCILIACIÓN

## 20. ¿Cómo le comunico al Tribunal que objeto la Conciliación?

Si usted es Miembro del Grupo de Demandantes de la Conciliación, puede informar al Tribunal que objeta la totalidad o alguna parte de la Conciliación.

Para objetar, debe enviar su objeción por escrito por correo postal de los EE. UU. al Secretario del Tribunal, los Abogados del Grupo de Demandantes, los Abogados del Demandado y el Administrador de la Conciliación con fecha de franqueo postal o enviado por servicio de mensajería privado (como Federal Express) a más tardar el **19 de mayo de 2025**, indicando que objeta la Conciliación en *In re MGM International Resorts Data Breach Litigation,* Caso n.°: 2:20-cv-00376-GMN-NJK y *Tanya Owens, et al. v. MGM Resorts International, et al.*, Caso n.° 2:23-cv-01480-FRB.

Para presentar una objeción, no puede excluirse del Grupo de Demandantes de la Conciliación. Su objeción debe incluir la siguiente información:

1) Su nombre completo, dirección, número de teléfono y dirección de correo electrónico (según corresponda);
2) Todos los motivos de la objeción, acompañados por cualquier fundamento jurídico que respalde tal objeción conocido por usted o sus abogados;
3) La cantidad de veces en que ha objetado una conciliación en una demanda colectiva en los cinco años anteriores a la fecha en que presenta la objeción, el título de cada caso en el que haya hecho tal objeción y una copia de las sentencias relacionadas o que se pronuncien sobre tales objeciones previas, emitidas por los tribunales de primera instancia y de apelación en cada uno de los casos mencionados;
4) La identidad de todos los abogados (si los hubiera) que lo representan, incluido cualquier abogado

anterior o actual que pueda tener derecho a una compensación por cualquier motivo relacionado con la objeción a la Conciliación o a la solicitud de honorarios de abogados, costos y adjudicaciones por servicio;

5) La cantidad de veces en las que su abogado o estudio de abogados objetó una conciliación en una demanda colectiva dentro de los cinco años anteriores a la fecha de la objeción presentada, el título de cada caso en el que el abogado o el estudio de abogados haya hecho tal objeción y una copia de las sentencias relacionadas o que se pronuncien respecto de tales objeciones previas del abogado o del estudio de abogados que hubiesen sido emitidas por los tribunales de primera instancia y de apelación en cada uno de los casos mencionados en los que su abogado o estudio de abogados haya objetado una conciliación en una demanda colectiva dentro de los cinco años anteriores;

6) la identidad de todos los abogados (si los hubiera) que lo representan y que vayan a comparecer en la Audiencia de Aprobación Definitiva;

7) una lista de todas las personas que vayan a ser convocadas para testificar en la Audiencia de Aprobación Definitiva para respaldar la objeción (si las hubiera);

8) una declaración que confirme si usted tiene la intención de comparecer y/o testificar en la Audiencia de aprobación definitiva; y

9) Su firma como la persona que objeta (la firma del abogado no es suficiente).

Para ser oportuna, el aviso por escrito de una objeción, incluida toda la información anterior, debe enviarse por correo al Secretario del Tribunal, los Abogados del Grupo de Demandantes, los Abogados del Demandado y el Administrador de la Conciliación antes **del 19 de mayo de 2025**, a las siguientes direcciones:

| TRIBUNAL | ABOGADOS DEL GRUPO DE DEMANDANTES |
|---|---|
| Clerk<br>U.S. District Court<br>Lloyd D. George Federal Courthouse<br>333 Las Vegas Blvd South<br>Las Vegas, NV 89101 | John A. Yanchunis<br>Morgan & Morgan<br>201 North Franklin Street, 7th Floor<br>*Tampa, FL 33602*<br><br>J. Gerard Stranch IV<br>Stranch, Jennings, Garvey, PLLC<br>223 Rosa L. Parks Ave, Suite 200<br>Nashville, TN 32703 |
| **ABOGADOS DEL DEMANDADO** | **ADMINISTRADOR DE LA CONCILIACIÓN** |
| Neil Gilman<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, DC 20037<br>ngilman@huntonak.com<br><br>Eric M. Roberts<br>DLA Piper LLP (US)<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606<br>eric.roberts@us.dlapiper.com | MGM Data Incident Litigation<br>Settlement Administrator<br>PO Box 3020<br>Portland, OR 97208-3020 |

Si no cumple con los requisitos para objetar establecidos más arriba, renunciará y perderá todos y cada uno de los derechos que pueda tener a comparecer por separado o a objetar la Conciliación, y estará obligado por todos los términos de la Conciliación y por todos los procedimientos, órdenes y sentencias de las demandas.

## 21. ¿Cuál es la diferencia entre presentar una objeción y pedir la exclusión?

Objetar es simplemente decirle al Tribunal que no le agrada algo sobre la Conciliación o sobre los honorarios de los abogados, costos o adjudicaciones solicitados. Usted solo puede objetar si permanece en el Grupo de Demandantes de la Conciliación (es decir, si usted no se excluye de la Conciliación). Excluirse de la Conciliación es decirle al Tribunal que usted no desea ser parte del Grupo de Demandantes ni de la Conciliación. Si se excluye, no puede objetar la Conciliación.

# LA AUDIENCIA DE APROBACIÓN DEFINITIVA

El Tribunal llevará a cabo una "Audiencia de Aprobación Definitiva" para decidir si aprobará la Conciliación. Puede asistir y pedir la palabra si usted presenta una objeción antes de la fecha límite, pero no es obligatorio que lo haga.

## 22. ¿Cuándo y dónde decidirá el Tribunal si aprueba la Conciliación?

El Tribunal llevará a cabo una Audiencia de Aprobación Definitiva el **18 de junio de 2025, a las 9:00 a.m.** ante la Honorable Gloria M. Navarro, II, en la Sala 7D del Tribunal Federal Lloyd D. George, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101. En esta audiencia, el Tribunal evaluará si la Conciliación es justa, razonable y adecuada, y decidirá si aprueba la Conciliación y la solicitud de honorarios de abogados, costos y adjudicaciones por servicio efectuada por los Abogados del Grupo de Demandantes de la Conciliación.

Si hay objeciones que se presentaron antes de la fecha límite, el Tribunal las considerará. Si presenta una objeción oportuna, y desea declarar en la audiencia, el Tribunal también lo escuchará a usted o a su abogado declarar en la audiencia, si así lo solicita.

**<u>Nota</u>:** La fecha y la hora de la Audiencia de Aprobación Definitiva están sujetas a cambios sin previo aviso al grupo demandante del Acuerdo. El Tribunal también puede decidir celebrar la audiencia a través de Zoom o por teléfono. Debe consultar el Sitio web de la Conciliación www.MGMDataSettlement.com para confirmar que la fecha de la Audiencia de Aprobación Definitiva no haya cambiado.

## 23. ¿Tengo que asistir a la Audiencia de Aprobación Definitiva?

No. Los Abogados del Grupo de Demandantes responderán todas las preguntas que el Tribunal pueda tener. Sin embargo, puede asistir por su cuenta si lo desea. Si presenta una objeción, no necesitará asistir a la Audiencia de Aprobación Definitiva para hablar sobre ello. Siempre que presente su objeción por escrito antes del plazo límite, el Tribunal la considerará.

## 24. ¿Puedo declarar en la Audiencia de Aprobación Definitiva?

Sí, siempre y cuando no se excluya y presente una objeción por escrito en forma oportuna en la cual solicite hablar en la audiencia, podrá participar y hablar en su nombre en la Audiencia de Aprobación Definitiva (pero no está obligado a hacerlo). Esto se conoce como comparecencia. Asimismo, usted puede hacer que su abogado haga uso de la palabra en su nombre, pero usted deberá pagar el abogado a su costa.

Si usted desea comparecer, o si desea que su propio abogado en lugar de los Abogados del Grupo de Demandantes hable en su nombre en la Audiencia, debe seguir todos los procedimientos para objetar la

Conciliación que se indican en la Pregunta 20 anterior (e incluir específicamente una declaración para indicar si usted y su abogado comparecerán en la Audiencia de Aprobación Definitiva).

## SI DECIDE NO HACER NADA

### 25. ¿Qué sucede si no actúo?

Si usted es un Miembro del Grupo de Demandantes y no hace nada, no recibirá ningún Beneficio para Miembros del Grupo de Demandantes de la Conciliación y renunciará a los derechos explicados en la sección "Exclusión de la Conciliación" de este Aviso, incluido su derecho a iniciar o continuar una demanda, o ser parte de cualquier otra demanda contra cualquiera de las Partes Exoneradas, respecto de los asuntos legales de esta demanda que son exonerados por la Conciliación en relación con los Incidentes de Datos.

## CÓMO OBTENER MÁS INFORMACIÓN

### 26. ¿Cómo puedo obtener más información?

Este Aviso resume la Conciliación. El Acuerdo de Conciliación proporciona detalles completos sobre la Conciliación. El Acuerdo de Conciliación y otros documentos relacionados están disponibles en www.MGMDataSettlement.com. Puede obtener información adicional en www.MGMDataSettlement.com, llamando al número gratuito 1-888-899-8358 o escribiendo a esta dirección:

*MGM Data Incident Litigation*
Settlement Administrator
PO Box 3020
Portland, OR 97208-3020

**NO LLAME POR TELÉFONO AL TRIBUNAL O
AL SECRETARIO DEL TRIBUNAL EN RELACIÓN CON ESTE AVISO.**

# Attachment 11

**Debe tener fecha de franqueo postal** o se debe enviar en línea con fecha A MÁS TARDAR del 3 de junio de 2025

**Demanda por Incidentes de Datos de MGM**
**Administrador de la Conciliación**
**P.O. Box 3020**
**Portland, OR 97208-3020**
**MGMDataSettlement.com**

---

## Formulario de Reclamación relativo a la demanda por Incidentes de Datos de MGM

### BENEFICIOS DE LA CONCILIACIÓN: ¿QUÉ OBTENDRÁ?

Si usted es una persona en los Estados Unidos cuya Información Privada se vio comprometida en alguno de los Incidentes de Datos de MGM que ocurrieron el 10 de julio de 2019 y/o el 7 de septiembre de 2023, puede presentar una Reclamación.

**La forma más fácil de presentar una Reclamación es en línea en MGMDataSettlement.com,** o puede completar y enviar por correo este Formulario de Reclamación a la dirección postal que se indica arriba.

**Puede presentar una Reclamación para recibir uno o varios de estos Beneficios para Miembros del Grupo de Demandantes de la Conciliación:**

1. **Monitoreo de cuentas financieras**: Utilice el Formulario de Reclamación para solicitar el Monitoreo de cuentas financieras gratuito.

2. **Pago en efectivo por pérdidas documentadas**: Si incurrió en pérdidas financieras por fraude o robo de identidad que cree que son bastante atribuibles a los Incidentes de Datos, se le pueden reembolsar hasta $15,000.00. Debe presentar documentos que respalden su Reclamación.

3. **Pago en efectivo por niveles.** Si usted ha sido identificado como Miembro del Grupo de Demandantes de la Conciliación de Nivel 1, Nivel 2 o Nivel 3, también es elegible para recibir un pago fijo en efectivo. Los tres Niveles de pagos en efectivo se enumeran a continuación.
   - **Pago en efectivo de nivel 1:** si su número de Seguro Social o número de identificación militar quedó expuesto, puede ser elegible para recibir un pago en efectivo fijo estimado de $75.00.

   - **Pago en efectivo de nivel 2:** si su número de pasaporte o número de licencia de conducir quedó expuesto, puede ser elegible para recibir un pago en efectivo fijo estimado de $50.00.

   - **Pago en efectivo de nivel 3:** si su nombre, dirección y/o fecha de nacimiento quedaron expuestos, puede ser elegible para recibir un pago en efectivo fijo estimado de $20.00.

**La compensación monetaria de esta Conciliación está disponible en virtud de la Opción 2, Pago en efectivo por pérdida documentada, y la Opción 3, Pago en efectivo por niveles.**

**Todos los Miembros del Grupo de Demandantes de la Conciliación son elegibles para presentar una Reclamación de Monitoreo de cuentas financieras y un Pago en efectivo por pérdidas documentadas, pero no todos los Miembros del Grupo de Demandantes de la Conciliación son elegibles para presentar una Reclamación de Pago en efectivo por niveles.**

**Las Reclamaciones deben presentarse en línea o enviarse con sello postal fechado a más tardar el 3 de junio de 2025. Utilice la dirección del sitio web a continuación para enviar Reclamaciones en línea o la dirección física anterior para enviar Reclamaciones por correo.**

*Tenga en cuenta lo siguiente: El Administrador de la Conciliación puede comunicarse con usted para solicitar documentos adicionales para procesar su Reclamación. Sus montos de Pago en efectivo pueden aumentar o disminuir según la cantidad y el monto de Reclamaciones Válidas presentadas.*

Para obtener más información e instrucciones completas, visite **www.MGMDataSettlement.com**.

---

**Los Beneficios para Miembros del Grupo de Demandantes de la Conciliación se distribuirán solo después de que el Tribunal apruebe la Conciliación y esta se torne definitiva.**

Si se aprueba la Conciliación y su Reclamación de Pago en efectivo es aceptada, recibirá un correo electrónico a la dirección de correo electrónico que indique más adelante cuando se le pide que seleccione cómo le gustaría que se le pagara. Puede recibir su Pago en efectivo a través de una variedad de opciones digitales, como tarjeta de débito digital o PayPal, o puede elegir recibir un cheque.

Si se aprueba el Acuerdo y usted presenta una Reclamación válida para el Monitoreo de cuentas financieras, recibirá un correo electrónico con un código e instrucciones de activación en la dirección de correo electrónico que proporcione a continuación.

## Su información

*Utilizaremos esta información para comunicarnos con usted y procesar su Reclamación. No se utilizará para ningún otro fin. Si cambia alguno de los siguientes datos, deberá notificar lo antes posible al Administrador de la Conciliación.*

Nombre:  Inicial del segundo nombre:  Apellido:

Nombre(s) alternativo(s) (si corresponde):

Identificación única (como aparece en el aviso que recibió):

Dirección (obligatorio):

Ciudad:  Estado:  Código postal:

Número telefónico:

Dirección de correo electrónico:

Año de nacimiento:

## Monitoreo de cuentas financieras

*Puede ser elegible para recibir servicios gratuitos de monitoreo de cuentas financieras.*

Puede optar por presentar una Reclamación para el Monitoreo de cuentas financieras, que incluye la protección contra robo de identidad y el monitoreo de crédito. Este beneficio incluye un año de Cyex Identity Defense Total con monitoreo de tres agencias y al menos $1,000,000.00 de seguro contra fraude/robo de identidad. El período de un año comenzará cuando utilice su código para activar el Monitoreo de cuentas financieras.

*Seleccione la Opción 1 si desea recibir el Monitoreo de cuentas financieras para el cual es elegible.*

☐   **Opción 1, Monitoreo de cuentas financieras:** Quiero recibir el Monitoreo de cuentas financieras gratuito.

*Si selecciona esta opción, se le enviarán instrucciones y un código de activación a su dirección de correo electrónico o domicilio después de que la Conciliación sea definitiva. No se le venderá ningún servicio extra al inscribirse ni se le pedirá que envíe ningún pago por estos servicios ahora ni en el futuro.*

## Pago en efectivo por pérdidas documentadas: Dinero que perdió o gastó

Si incurrió en pérdidas financieras por fraude o robo de identidad que cree que son bastante atribuibles a alguno de los Incidentes de Datos y no se le ha reembolsado ese dinero, puede recibir un reembolso de hasta $15,000.00.

Es importante que envíe documentos que muestren lo que sucedió y cuánto perdió o gastó para que se le pueda reembolsar el dinero.

*Seleccione la Opción 2 si desea reclamar el reembolso de Gastos o pérdidas de bolsillo.*

☐   **Opción 2, Pago en efectivo por pérdidas documentadas:** He experimentado una pérdida de gastos de bolsillo documentada relacionada con los Incidentes de Datos de MGM. Proporciono la información y documentación necesarias.

Para obtener más detalles sobre cómo funcionan los Pagos en efectivo, visite **MGMDataSettlement.com** o llame al número gratuito 1-888-899-8358. Encontrará más información sobre los tipos de pérdidas que se le pueden devolver, qué documentos necesita adjuntar y cómo el Administrador de la Conciliación decide si aprueba su pago. *Al rellenar las casillas en la página siguiente de este formulario, certifica que el dinero que gastó no está relacionado con otras violaciones de seguridad de los datos.*

**Puede hacer tantas copias de las páginas del Formulario de Reclamación como sea necesario para enumerar todos sus gastos. Si necesita más espacio para enumerar sus pérdidas, envíe páginas adicionales de este Formulario de Reclamación para proporcionar esa información.**

| Tipo de pérdida | Fecha aproximada de la pérdida | Monto de la pérdida |
|---|---|---|
| Costos por bloqueo o desbloqueo de su informe de crédito a partir del 7/10/2019 | MM – DD – AAAA | $ ⬚⬚⬚⬚ • ⬚⬚ |

**Descripción de la pérdida o el dinero gastado y documentos de respaldo**
(Identifique lo que está adjuntando y por qué está relacionado con los Incidentes de Datos)
*Ejemplos: Recibos, avisos o estados de cuenta que reflejen el pago de un bloqueo de crédito.*

_____

_____

_____

_____

| | | |
|---|---|---|
| Monitoreo de crédito o protección contra el robo de identidad comprados entre el 7/10/2019 y la fecha de presentación de su reclamación | MM – DD – AAAA | $ ⬚⬚⬚⬚ • ⬚⬚ |

**Descripción de la pérdida o el dinero gastado y documentos de respaldo**
(Identifique lo que está adjuntando y por qué está relacionado con los Incidentes de Datos)
*Ejemplos: Recibos o estados de cuenta de servicios de monitoreo de crédito.*

_____

_____

_____

_____

| | | |
|---|---|---|
| Costos, gastos y pérdidas debido a robo de identidad, fraude o uso indebido de su información personal a partir del 7/10/2019, que usted crea que son razonablemente atribuibles al Incidente de Datos. | MM – DD – AAAA | $ ⬚⬚⬚⬚ • ⬚⬚ |

**Descripción de la pérdida o el dinero gastado y documentos de respaldo**
(Identifique lo que está adjuntando y por qué está relacionado con los Incidentes de Datos)
*Ejemplos: estado de cuenta con cargos no autorizados resaltados, informes policiales, documentos del IRS, informes de robo de identidad de la Comisión Federal de Comercio (Federal Trade Commission, FTC), cartas que se niegan a reembolsar cargos fraudulentos, servicios de monitoreo de crédito que usted compró*

_____

_____

_____

| Tipo de pérdida | Fecha aproximada de la pérdida | Monto de la pérdida |
|---|---|---|
| Honorarios profesionales pagados para resolver el robo de identidad a partir del 7/10/2019 y que usted crea que son razonablemente atribuibles a los Incidentes de Datos. | ☐☐ – ☐☐ – ☐☐☐☐<br>MM    DD    AAAA | $ ☐☐☐☐☐ . ☐☐ |

**Descripción de la pérdida o el dinero gastado y documentos de respaldo**
(Identifique lo que está adjuntando y por qué está relacionado con los Incidentes de Datos)
*Ejemplos: Recibos, cuentas y facturas de contadores, abogados u otros.*

_____

_____

_____

_____

| Tipo de pérdida | Fecha aproximada de la pérdida | Monto de la pérdida |
|---|---|---|
| Otros gastos como gastos de notario, fax, franqueo, fotocopias, millaje y cargos telefónicos de larga distancia relacionados con los Incidentes de Datos. | ☐☐ – ☐☐ – ☐☐☐☐<br>MM    DD    AAAA | $ ☐☐☐☐☐ . ☐☐ |

**Descripción de la pérdida o el dinero gastado y documentos de respaldo**
(Identifique lo que está adjuntando y por qué está relacionado con los Incidentes de Datos)
*Ejemplos: Facturas telefónicas, recibos, lista detallada de lugares a los que viajó (es decir, estación de policía, oficina del Servicio de Impuestos Internos [Internal Revenue Service, IRS]), razón por la que viajó allí (es decir, informe policial o carta del IRS con respecto a la declaración de impuestos falsificada) y número de millas que viajó*

_____

_____

_____

_____

## Pago en efectivo por niveles

Si ha sido identificado como Miembro del Grupo de Demandantes de la Conciliación de Nivel 1, Nivel 2 o Nivel 3, es elegible para recibir un pago fijo en efectivo. Los tres Niveles de pagos en efectivo se enumeran a continuación

**Pago en efectivo de nivel 1**: si su número de Seguro Social quedó expuesto, puede ser elegible para recibir un pago en efectivo fijo estimado de $75.00.

**Pago en efectivo de nivel 2**: si su número de pasaporte o número de licencia de conducir quedó expuesto, puede ser elegible para recibir un pago en efectivo fijo estimado de $50.00.

**Pago en efectivo de nivel 3**: si su nombre, dirección y/o fecha de nacimiento quedaron expuestos, puede ser elegible para recibir un pago en efectivo fijo estimado de $20.00.

*Seleccione la Opción 3 si desea recibir el Pago en efectivo por niveles para el cual es elegible.*

☐ **Opción 3: Pago en efectivo por niveles: Soy elegible para recibir uno de los Pagos en efectivo por niveles según el Aviso que recibí, y deseo reclamar el Pago en efectivo por niveles para el que soy elegible.**

*Si selecciona esta opción, revisaremos los registros de MGM para confirmar su elegibilidad. Si usted no es un Miembro del Grupo de Demandantes de la Conciliación de Nivel 1, Nivel 2 o Nivel 3, no recibirá un Pago en efectivo por niveles. Solo las personas cuyo Aviso las haya identificado como elegibles podrán reclamar esta opción.*

## Firma

Declaro en virtud de las leyes de los Estados Unidos que la información que he suministrado en este Formulario y cualquier copia de los documentos que estoy enviando para respaldar mi reclamación son verdaderas y correctas a mi leal saber y entender.

Comprendo que es posible que el Administrador de la Conciliación me pida que proporcione más información antes de que se complete mi reclamación.

Nombre, en letra de imprenta

Firma

Fecha: ☐☐ – ☐☐ – ☐☐☐☐
MM    DD    AAAA

# Attachment 12



**List of Opt-Outs**
*MGM International Resorts Data Breach Litigation*

| Number | First Name | Middle Name | Last Name |
|--------|-----------|-------------|-----------|
| 1 | Arnold | | Abraham |
| 2 | Lydia | Barroso | Anderson |
| 3 | Patricia | A | Anglin |
| 4 | Zachary | L | Barbour |
| 5 | David | | Barnes |
| 6 | Max | Jacob | Blumen |
| 7 | Michael | | Boyd |
| 8 | Joshua | | Burns |
| 9 | Christina | | Camerlingo |
| 10 | Kevin | | Clines |
| 11 | Archie | W | Colburn |
| 12 | Jessica | Taleen | Coleman |
| 13 | Alfredia | | Conner |
| 14 | Michael | Terrance | Conway |
| 15 | Barbara | | Dement |
| 16 | Kevin | | Dierker |
| 17 | Kimberly | | Erickson |
| 18 | Julio | | Ferrer |
| 19 | Robert | K | Flowers |
| 20 | Trent | | Folse |
| 21 | Lawrence | W | Freiman |
| 22 | Anne | Marie | Gault |
| 23 | Ricardo | | Gonzalez |
| 24 | Richard | | Hartley |
| 25 | Mary | | Hartley |
| 26 | Marilyn | | Hawranik |
| 27 | Taylor | | Hill |
| 28 | Michael | | Holtgrewe |
| 29 | Kyle | T | Hunter |
| 30 | Katherine | | Johns |
| 31 | Darryl | | Johns |
| 32 | Jennifer | M | Johnson |
| 33 | Kevin | | Jones |
| 34 | David | | Kamsler |
| 35 | Jason | David | Knight |
| 36 | Vasily | | Korovkin |
| 37 | Tawn | | Kreider |
| 38 | Steven | | Kulakowski |
| 39 | Robert | G | Lilburne |



**List of Opt-Outs**
*MGM International Resorts Data Breach Litigation*

| Number | First Name | Middle Name | Last Name |
|--------|-----------|-------------|-----------|
| 40 | Michael | | Lin |
| 41 | Chris | | Linder |
| 42 | Kenneth | | Ludwig |
| 43 | Peter | | Lum |
| 44 | Yovinka | Fatima | Mallo |
| 45 | Roland | | Manalo |
| 46 | Louis | wiffe | Marshall |
| 47 | Ashley | | Maylevi |
| 48 | John | Andrew | McClary II |
| 49 | Patsy | J | Melatti |
| 50 | Anwar | E | Monroy |
| 51 | Kimberly | | Moon |
| 52 | Kerushen | | Morgan |
| 53 | Sharon | | Moser |
| 54 | Tony | | Moser |
| 55 | Karen | S | Nelson |
| 56 | Matthew | C | North |
| 57 | Moon Ho | | Park |
| 58 | Steven | R | Penn |
| 59 | Eddie | Jack | Pool |
| 60 | Kathleen | Ann | Powell |
| 61 | Warren | W | Prince |
| 62 | Jayna | | Querin |
| 63 | Travis | | Radtke |
| 64 | Shoaib | | Razzaq |
| 65 | Jason | E | Rist |
| 66 | David | | Rosenstiel |
| 67 | Al | | Russ |
| 68 | Patrick | | Russo |
| 69 | Irvin | | Salgado |
| 70 | Heath | | Schweitzer |
| 71 | Robert | F | Severino |
| 72 | Rose | | Severino |
| 73 | Grace | D | Solomon |
| 74 | Chad | | Sthele |
| 75 | Nathan | | Stoll |
| 76 | Erick | | Suarez |
| 77 | Annette | | Szawan |
| 78 | Richard | | Szucs |



**List of Opt-Outs**
*MGM International Resorts Data Breach Litigation*

| Number | First Name | Middle Name | Last Name |
|--------|-----------|-------------|-----------|
| 79 | Andrew | | Tedesco |
| 80 | Alan | | Thierfeldt |
| 81 | Matthew | | Tollefsrud |
| 82 | Pat | | Tran |
| 83 | Ellen | S | Wakefield |
| 84 | Shawn | N | Warnecke |
| 85 | Neil | D | Weiser |
| 86 | Shane | | Whitley |
| 87 | Dara | | Wilson |
| 88 | Jacqueline | | Wilson |
| 89 | Tyler | | Winkelmann |
| 90 | Teeresa | | Wood |
| 91 | Kristopher | | Young |
| 92 | Aleksei | | Zubkov |