UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TANYA OWENS, et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>MGM RESORTS INTERNATIONAL,<br><br>    Defendant(s). | Case No. 2:23-cv-01480-GMN-NJK<br><br>**Order**<br><br>[Docket No. 80] |

    Plaintiffs served a notice for the deposition of, and production of documents from, class member Gregory Price on June 13, 2025. *See* Docket No. 79. Price filed a number of documents, including a document the Court construes as a motion to quash and for protective order. *See* Docket No. 80.[1] Plaintiffs filed a response indicating that their counsel "concluded [that] further discovery of Mr. Price is no longer needed." Docket No. 88 at 2. Accordingly, the Court orders that Price need not provide documents or appear for deposition. The motion to quash and for protective order is **DENIED** as moot.

    IT IS SO ORDERED.

    Dated: June 12, 2025

                                                        Nancy J. Koppe
                                                        United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants. *Erickson v. Pardus*, 551 U.S. 89, 94 (2007).