John A. Yanchunis
(Admitted Pro Hac Vice)
**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: 813-223-5505
jyanchunis@forthepeople.com

David M. Berger
(Admitted Pro Hac Vice)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Tel.: 510-350-9700
dmb@classlawgroup.com

J. Gerard Stranch IV
(Admitted Pro Hac Vice)
**STRANCH, JENNINGS & GARVEY, PLLC**
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, Tennessee 37203
Tel: 615-254-8801
gstranch@stranchlaw.com

James J. Pizzirusso
(Admitted Pro Hac Vice)
**HAUSFELD LLP**
888 16th Street, Ste 300
Washington, DC 20006
Tel: 202-540-7200
jpizzirusso@hausfeld.com

Douglas J. McNamara
(Admitted Pro Hac Vice)
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave
5th Floor Washington, DC 20005
Tel.: 202-408-4600
dmcnamara@cohenmilstein.com

E. Michelle Drake
(Admitted Pro Hac Vice)
**BERGER MONTAGUE PC**
43 SE Main Street, Suite 505
Minneapolis, MN 55414
Tel.: 612-594-5999
emdrake@bm.net

Lynn Toops
(Admitted Pro Hac Vice)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: 317-636-6481
ltoops@cohenandmalad.com

Jeff Ostrow
(Admitted Pro Hac Vice)
**KOPELOWITZ OSTROW, P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, Florida 33301
Tel: 954-525-4100
ostrow@kolawyers.com

Gary Klinger
(Admitted Pro Hac Vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
gklinger@milberg.com

*Proposed Settlement Class Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE MGM INTERNATIONAL RESORTS DATA BREACH LITIGAITON<br><br>This Document Relates To: All actions. | Case No.: 2:20-cv-00376-GMN |

1

NOTICE OF FILING SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ.
REGARDING IMPLEMENTATION AND ADEQUACY OF NOTICE PROGRAM

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| TANYA OWENS, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MGM RESORTS INTERNATIONAL<br><br>　　　　Defendant. | Master File No. 2:23-cv-01480-GMN<br>(Consolidated for pretrial proceedings with Case Nos. 2:23-cv-1481, 2:23-cv1537, 2:23-cv-1549, 2:23-cv-1550, 2:23-cv1577, 2:23-cv-1698, 2:23- cv-1719, 2:23-cv1777, 2:23-cv-1826, 2:23-cv- 1981, 2:23-cv2042, 2:23-cv-2064, 2:24-cv-81, 2:24-cv-00995, 2:24-cv-00999) |

**NOTICE OF FILING SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ. REGARDING IMPLEMENTATION AND ADEQUACY OF NOTICE PROGRAM**

In further support of the pending Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Awards (Case No. 2:20-cv-00376-GMN, ECF 257; Case No. 2:23-cv-01480-GMN, ECF 77), Plaintiffs and Class Counsel hereby file the Supplemental Declaration of Cameron R. Azari, Esq. Regarding Implementation and Adequacy of Notice Program, attached as ***Exhibit A***. This declaration supplements the Settlement Administrator's declaration included as an exhibit to the motion (Case No. 2:20-cv-00376-GMN, ECF 257-3; Case No. 2:23-cv-01480-GMN, ECF 77-3).

Dated:   June 12, 2025.　　　　　　　Respectfully submitted,

*/s/ Jeff Ostrow*　　　　　　　　　　　*/s/ Douglas J. McNamara*
Jeff Ostrow　　　　　　　　　　　　　Douglas J. McNamara
(Admitted Pro Hac Vice)　　　　　　　(Admitted Pro Hac Vice)
**KOPELOWITZ OSTROW, P.A.**　　　**COHEN MILSTEIN SELLERS & TOLL, PLLC**
One West Las Olas Blvd., Suite 500　　1100 New York Ave
Fort Lauderdale, Florida 33301　　　　5th Floor Washington, DC 20005
Tel: 954-525-4100　　　　　　　　　Tel.: 202-408-4600
ostrow@kolawyers.com　　　　　　　dmcnamara@cohenmilstein.com

J. Gerard Stranch IV　　　　　　　　E. Michelle Drake
(Admitted Pro Hac Vice)　　　　　　　(Admitted Pro Hac Vice)
**STRANCH, JENNINGS & GARVEY, PLLC**　　**BERGER MONTAGUE PC**
　　　　　　　　　　　　　　　　　　43 SE Main Street, Suite 505
The Freedom Center　　　　　　　　Minneapolis, MN 55414
223 Rosa L. Parks Avenue, Suite 200　Tel.: 612-594-5999
Nashville, Tennessee 37203　　　　　emdrake@bm.net
Tel: 615-254-8801
gstranch@stranchlaw.com　　　　　　John A. Yanchunis
　　　　　　　　　　　　　　　　　　(Admitted Pro Hac Vice)

2

NOTICE OF FILING SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ.
REGARDING IMPLEMENTATION AND ADEQUACY OF NOTICE PROGRAM

James J. Pizzirusso
(Admitted Pro Hac Vice)
**HAUSFELD LLP**
888 16th Street, Ste 300
Washington, DC 20006
Tel: 202-540-7200
jpizzirusso@hausfeld.com

Lynn Toops
(Admitted Pro Hac Vice)
**COHEN & MALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, Indiana 46204
Tel: 317-636-6481
ltoops@cohenandmalad.com

Gary Klinger
(Admitted Pro Hac Vice)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Tel: 866.252.0878
gklinger@milberg.com

*Interim Counsel in Master File No. 2:23-cv-01480-GMN*

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Tel.: 813-223-5505
jyanchunis@forthepeople.com

David M. Berger
(Admitted Pro Hac Vice)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607
Tel.: 510-350-9700
dmb@classlawgroup.com

*Interim Counsel in Case No.: 2:20-cv-00376-GMN*

NOTICE OF FILING SUPPLEMENTAL DECLARATION OF CAMERON R. AZARI, ESQ. REGARDING IMPLEMENTATION AND ADEQUACY OF NOTICE PROGRAM