AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

TANYA OWENS, et al.

        Plaintiffs,

v.

MGM RESORTS INTERNATIONAL,

        Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-01480-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

JUDGMENT is entered in favor of Plaintiffs, TANYA OWENS, et al., and against Defendant, MGM RESORTS INTERNATIONAL, as outlined in ECF No. 98 Order Granting Plaintiffs' Motion for Final Approval of Class Action Settlement and Application for Attorneys' Fees, Costs, and Service Awards and Final Judgment.

06/20/2025  
Date

DEBRA K. KEMPI  
Clerk

/s/ RJDG  
Deputy Clerk